AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

*filed in open court 1/20/05*

**APPEARANCE**
(Initial Appearance & Bail Only)

Case Number: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Severin Yelaun

I certify that I am admitted to practice in this court.

_1/20/05_
Date

_[signature]_
Signature

Gerry D'Ambrosio          564199
Print Name                Bar Number

14 Proctor Ave
Address

Revere          MA          02151
City            State       Zip Code

781-284-5657              781-284-4967
Phone Number              Fax Number