UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 05 - 10010 |
| V. | |
| JOHN MONTONI, et al., | |

## ASSENTED TO MOTION TO CONTINUE ARRAIGNMENT

Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court continue the arraignment, currently scheduled for Thursday, January 27, 2005 at 3:30 p.m. to Wednesday, February 2, 2005 at 3:15 p.m.

Respectfully submitted,
John Montoni,
By his attorney,

Neil F. Faigel
BBO NO. 551688
265 Broadway
Methuen, MA 01844
(978) 681 – 9600

Assented to:

Igor Moyseyev,
By his attorney,

Murry Reiser

Severin Yelaun,
By his attorney,

Jerry D'Ambrosio

David Tamaren,
By his attorney,

John Plaut

Law Offices
**NEIL F. FAIGEL & ASSOCIATES**
265 Broadway
Methuen, Massachusetts 01844
Telephone    (978) 681-9600
Facsimile    (978) 688-2890

**TELECOPY TRANSMITTAL SHEET**

No. of Pages Sent: 2  (including this page)

Date: January 27, 2005

To: Rex Brown, Murry Reiser, Jerry D'Ambrosio, John Plout

Fax No.:  (617) 748 – 9090, (617) 742 – 5761, (781) 284 – 4967, (617) 451 - 3555

From:  Neil F. Faigel

Remarks: To follow please find **Assented to Motion to Continue Arraignment**. If you should have any questions, please do not hesitate to contact me.


If you do not receive all of the pages, or if any part is illegible, please call (978) 681-9600.

THIS TRANSMITTAL IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS TRANSMITTAL IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AT THE ABOVE ADDRESS. THANK YOU.