AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SEVERIN V. YELAUN

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10010 NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **SEVERIN V. YELAUN**
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
mail fraud, wire fraud, health care fraud, conspiracy, money laundering, and money laundering conspiracy

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JAN 14 A 9:49

in violation of Title  18  United States Code, Section(s)  1341, 1343, 1347, 371, 1956

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

1-14-05
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at WARRANT EXECUTED BY FBI / BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/25/25 |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.