

# MEMORANDUM

**To:**  Honorable Charles B. Swartwood, U.S. Magistrate Judge

**cc:**  Jeffrey Auerhahn, AUSA

Gennaro D'Ambrosio,  Counsel for the defendant.

**From:**  Basil F. Cronin, U.S. Pretrial Services Officer

**Re:**  YELAUN SEVERIN

CR#05-1010

**Date:**  February 4, 2005

This officer requests that the Court amend the conditions of release that were ordered on January 20, 2005 in the above noted case. The conditions of release ordered the defendant to surrender his passport by January 21, 2005. The defendant reported to this office that he does not possess any passports, nor any travel documents.

A letter has been mailed to the U.S. Department of State, which notifies them of Your Honor's order that the above named defendant is prohibited from obtaining a passport.

Reviewed by:

John R. Riley, Chief
U.S. Pretrial Services Officer

*Handwritten annotation:* 2-7-05 — release amended by deleting the requirement for Mr. Yelaun to surrender his passport and substitute therefore, the prohibition of his obtaining a passport. The Clerk shall distribute this memo of my endorsement to counsel.