UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 22 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS

)
UNITED STATES            )
                         )
    v.                   )
                         )    No. 05CR10010-NMG
SEVERIN YELAUN           )
                         )
                         )

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant Severin Yelaun in the above-entitled case.

                              Respectfully submitted,

                              /s/ Jonathan Shapiro
                              Jonathan Shapiro
                              BBO No. 454220
                              Stern, Shapiro, Weissberg
                                & Garin, LLP
                              90 Canal Street, Suite 500
                              Boston, MA 02114-2022
                              (617) 742-5800

Dated: February 18, 2005