UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 25  P 3: 16

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| SEVERIN YELAUN | ) |
| | ) |
| | ) |

U.S. DISTRICT COURT
DISTRICT OF MASS

CRIMINAL No. 05CR-10010-NMG

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly docket the withdrawal of appearance of Gerry D'Ambrosio as counsel for

defendant Severin Yelaun in the above-captioned matter.  New counsel for the defendant

has already filed his Notice of Appearance.

Respectfully Submitted,

Gerry D'Ambrosio, BBO # 564199
D'Ambrosio Law Offices
14 Proctor Avenue
Revere, MA 02151
T: (781) 284-5657
F: (781) 284-4967

DATED: February 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I served
all parties by
Signed

2/23/05