UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )         No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____ )
```

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Severin Yelaun, by his attorney, hereby moves this Court to modify the conditions of his release so that he may attend an eight (8) day course at the Mid-Atlantic School of Sleep Medicine in Mt. Laurel, New Jersey, from November 14, 2005 to November 23, 2005.  As grounds therefor, defendant states:

1.  On January 20, 2005, defendant was released by this Court on an unsecured bond of $10,000 subject to the condition, <u>inter alia</u>, that his travel be restricted to the New England states.

2.  Defendant would like to attend an eight (8) day course in sleep medicine in Mt. Laurel, New Jersey, from November 14th to November 23rd of 2005.  The purpose of the course is educational advancement at a recognized school designed for physicians and health care personnel seeking specific training in clinical polysomnography and sleep medicine.  A copy of the web

site and the course schedule is attached hereto as Exhibit A.

3. During the course, defendant would stay at one of the hotels listed on the websites and would notify Pretrial Services of his whereabouts.

4. The Assistant United States Attorney assigned to this matter, William Weinraub, has no objection to the relief requested.

WHEREFORE, defendant prays that this Court modify the conditions of his pretrial release to permit him to attend an eight (8) day course from November 14th to November 23rd of 2005 at the Mid-Atlantic School of Sleep Medicine in Mt. Laurel, New Jersey.

Respectfully submitted,

/S/
Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: November 10, 2005

Exhibit A



>>> PROSPECTIVE STUDENTS

**What is the field of sleep medicine?**

The field of sleep medicine is dedicated to diagnosing and people who suffer from sleeping related disorders. It is a r growing profession that is in great need of trained personr

**What is a sleep study and who performs it?**

A sleep study is a test ordered by a doctor to gather inforr about a persons sleep, or lack thereof. The test is usually performed at night in a hospital sleep lab by a trained technologist.

**What does a sleep technologist do?**

A sleep technologist's role in a sleep disorder center is vita place sensors on the patient's body that allow them to mo sleep, dreaming, breathing, heart rhythm, leg movements oxygen levels, and more. To capture this information they specialized monitoring equipment, computers, and softwar

**Why do people choose to work in the field of sleep medicine?**

- Excellent pay and benefits
- High demand and low supply of trained personnel
- Great satisfaction from helping people improve the c of their lives
- Opportunity to use high-end technology, computers, software
- Constantly learning from on the job experience as w new research published
- Opportunity to become certified as a Registered Polysomnographic Technologist (RPSGT), and or adv management

**What fields do people come from who work in sleep**

Prospective students come from various fields of endeavor physicians, nurses, respiratory therapists, radiology techn EEG technicians, medical technicians, college graduates, h school graduates, computer technicians, and more. It is ar evolving field open to almost anyone with a desire to learr grow.

home | print | site map | contact | search

### NEWSLETTER

Sign up here to receive our monthly newsletter!

**Name:**

**E mail:**

**Receive in:**

Text ● HTML ○

[ Join Newsletter ]



- PROSPECTIVE STUDENTS
- COURSE DESCRIPTIONS
- COURSE SCHEDULES
- CLASS REGISTRATION
- FACULTY & STAFF
- LODGING & DIRECTIONS
- SIGHTSEEING

>>> NEWSLETTER

Sign up here to receive our monthly newsletter!
**Name:**

**E mail:**

**Receive in:**

Text ● HTML ○

[ Join Newsletter ]

>>> COURSE SCHEDULES

**Course Schedules 2005**

**8-Day Program (Dates include weekend break)**

February 21 - March 2
May 2 – 11
July 11 – 20
September 19 – 29
November 14 – 23

**Technologist Registry Review Course**

April 23 – 24
October 25 – 26

**Sleep Scoring Workshop**

June 9 – 10
November 3 – 4
August 15 – 16

**Course Schedules 2006**

**8-Day Program (Dates include weekend break)**

February 20 – March 1
May 1 – 10
July 10 – 19
September 11 – 20
November 6 – 15

**Technologist Registry Review Course**

April 27 – 28
November 2 – 3

**Sleep Scoring Workshop**

June 1 – 2
December 14 – 15