UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10010

UNITED STATES OF AMERICA

v.

IGOR MOYSEYEV et al.

FILED
In Open Court
USDC, Mass.
Date 12/20/05
By _Jarrell Bull_
Deputy Clerk

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On December 20, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Counsel for Moyseyev and Tamaren believe that there are features of the case that deserve special attention or modification of the standard schedule.

2. Discovery is not complete and there are pending motions. If there are pending motions, then the pending motions include Moyseyev and Montoni's motions for production of codefendant statements.

3. Supplemental discovery anticipated: The government has agreed to produce a large number of documents that in its view are not required to be produced under the discovery rules but that it is willing to produce in order to accommodate the defendants, who believe it may be useful to the preparation of their defense.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act __All but six days have been excluded under the Speedy Trial Act__
   (b) Amount of time remaining under the Speedy Trial Act before trial must commence __64 days__

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act: Some defendants anticipate the possibility of filing motions to sever and/or suppress statements.

5. (a) The defendants do not intend to raise a defense of insanity.
   (b) The defendants do not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendants.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial:
   Some defendants anticipate the possibility of filing motions to sever and/or suppress statements.

   (b) Briefing schedule established __DISPOSITIVE MOTIONS, IF ANY, SHALL BE FILED ON OR BEFORE JANUARY 31, 2006.__

1

8. Need for schedule concerning any matter in the case other than trial _____NO_____

9. Possibility of early resolution of case without trial: The parties are continuing to evaluate discovery and will continue to discuss the possibility of early resolution of the case without trial.

10. Trial is necessary. Estimated duration of trial: six weeks

11. Other matters _____

    IT IS HEREBY ORDERED THAT

~~Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.~~

                                By the Court,

Date_____                    _____
                                       Deputy Clerk