UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA            )
                                    )
            v.                      ) Criminal No. 05-10010-NMG
                                    )
IGOR MOYSEYEV, <u>et al.</u>,            )
                                    )
            Defendants.             )
_____ )

## NOTICE OF APPEARANCE OF GREGG SHAPIRO

To the Clerk of this Court and all parties of record:  Please enter the appearance of Gregg Shapiro as counsel for the United States in the above-captioned matter.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


                         By:    <u>/s/ Gregg Shapiro</u>
                                Gregg Shapiro
                                Assistant United States Attorney
                                One Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3366

Dated: January 27, 2006