```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )      No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____)
```

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant Severin Yelaun in the above-entitled case.

```
                              Respectfully submitted,


                              /s/ Patricia Garin
                              Patricia Garin
                              BBO No. 544770
                              Stern, Shapiro, Weissberg
                               & Garin, LLP
                              90 Canal Street, Suite 500
                              Boston, MA 02114-2022
                              (617) 742-5800
```

Dated: February 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2006.

```
                              /s/ Patricia Garin
                              Patricia Garin
```