UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
UNITED STATES               )
                            )
    v.                      )
                            )   No. 05CR10010-NMG
SEVERIN YELAUN              )
_____)

**DEFENDANT SEVERIN YELAUN'S MOTION TO**
**SEVER DEFENDANTS**

Defendant Severin Yelaun moves, pursuant to F.R. Crim. P. 14, that the Court sever him from all co-defendants.

The grounds for this motion are set forth in the accompanying memorandum in support of this motion.

Respectfully Submitted,

/s/ *Jonathan Shapiro*
Jonathan Shapiro
BBO No. 454220
Patricia Garin
BBO No. 544770
Stern, Shapiro, Weissberg,
    & Garin, LLP
90 Canal Street
Boston, MA 02114
(617) 742-5800

Dated: March 9, 2006

G:\SSWG\YELAUN\motion to sever defendants.wpd