```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )        No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____)
```

**DEFENDANT SEVERIN YELAUN'S MOTION TO
EXTEND TIME FOR THE FILING OF MOTIONS IN LIMINE**

Defendant Severin Yelaun hereby moves this Court to extend the time for the filing of his motions in limine from Wednesday, September 6, 2006 to Friday, September 15, 2006. In support of this motion defendant states:

1. Counsel are engaged in plea negotiations with the government.

2. Counsel have not yet received any Jencks material. This makes the filing of meaningful motions in limine difficult.

3. If this extension is granted, counsel will request that the government provide the Jencks material several days early, by Wednesday, September 13, 2006, so that counsel are able to review the material prior to filing defendant's motions.

4.   Undersigned counsel will be in Buffalo, New York from Friday, September 8, 2006 to Tuesday, September 12, 2006, caring for an ill parent.

                                    Respectfully submitted,

                                    /s/ Patricia Garin
                                    Jonathan Shapiro
                                    BBO No. 454220
                                    Patricia Garin
                                    BBO No. 544770
                                    Stern, Shapiro, Weissberg
                                     & Garin, LLP
                                    90 Canal Street, Suite 500
                                    Boston, MA 02114-2022
                                    (617) 742-5800

Dated: September 6, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 9/6/06  .

/s/ Patricia Garin


G:\SSWG\YELAUN\motion to extend time to file.wpd