UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )      No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____)

**DEFENDANT SEVERIN YELAUN'S MOTION FOR INDIVIDUAL**
**VOIR DIRE OF PROSPECTIVE JURORS**

Defendant, by his attorney, hereby moves this Court, to permit counsel to examine each prospective juror individually and outside the presence of other prospective jurors for the purpose of determining whether each such prospective juror may not be impartial as a result of issues extraneous to the case, including, but not limited to, community attitudes, possible exposure to potentially prejudicial material or possible preconceived opinions toward the credibility of certain classes of persons.

Furthermore, defendant requests that his counsel be permitted to conduct, or, in the alternative, the Court should conduct, the following examination of each prospective juror:

1. The defendant in this case is a United States citizen who immigrated from Russia. You have no obligation to like or feel comfortable with Russians, or people who have immigrated, but you do have a legal obligation to answer this question

honestly and candidly: Do you have any feelings about Russians or immigrants that might, in any way, affect your ability to be a fair and impartial juror in this case?  If yes, please explain.

 2. What are your feelings about the possibility of being a juror in a case in which the defendant is charged with fraudulently billing health insurance companies?  Would the nature of the alleged crime interfere in any way with your ability to be a fair and impartial juror in this case?

 3. Have you, any member of your immediate family, or anyone with whom you are close, ever been employed in law enforcement?  This includes employment as a police officer, state trooper, federal agent, or security guard; correction, probation or parole officer; a sheriff, or by the military police; or by a district attorney's or any prosecutor's office.

 4. Have you, any member of your immediate family, or anyone with whom you are close, ever been employed by an insurance company or the Insurance Fraud Bureau?  If so, where was the employment?

 5. Do you, any member of your immediate family, or anyone with whom you are close, own stock in an insurance company?  If so, which company?

 6. Do you believe that a police officer, or F.B.I. agent or IRS agent is more likely to tell the truth than an ordinary citizen because he or she is a law enforcement officer?  Would

you tend to believe the testimony of a law enforcement officer more than you would believe the testimony of an ordinary citizen simply because he is a law enforcement officer?

    7.  Have you, a relative, or a close friend ever been the victim of a white collar crime?  If yes, describe the incident.  Would this affect in any way your ability to be a fair and impartial juror in this case?

    8.  Are you aware of the legal principle referred to as the "presumption of innocence"?  What does that mean to you?  Do you understand that you must consider, as he stands here today, that Mr. Yelaun is innocent of the crimes with which he is charged?  Are you able to do that?

    9.  Are you aware that the government has the burden of proving the guilt of the defendant beyond a reasonable doubt?  What does that mean to you?  Do you understand that before you can return a verdict of guilty against Mr. Yelaun the government must introduce evidence that persuades you beyond a reasonable doubt of Mr. Yelaun's guilt?  Do you understand that if you are not persuaded of Mr. Yelaun's guilt beyond a reasonable doubt the law requires you to return a verdict of "Not Guilty"?

    10.  Do you understand that Mr. Yelaun has no obligation whatsoever to prove that he is innocent or to present any evidence on his own behalf?  Do you understand that the entire burden of proving Mr. Yelaun's guilt beyond a reasonable doubt is

on the government and that you cannot even consider in any way whether or not Mr. Yelaun has presented any evidence on his own behalf?

    11.  Are you aware of any bias or prejudice whatsoever that you may have against Mr. Yelaun in this case?

    12.  Can you think of reason why you might not be able to be completely fair and impartial to Mr. Yelaun if you were selected as a juror in this case?

    Respectfully submitted,

/S/ Patricia Garin
Jonathan Shapiro
BBO # 454220
Patricia Garin
BBO # 544770
Jeffrey Wiesner
BBO # 655814
Stern Shapiro Weissberg
& Garin, LP
90 Canal Street, 5th Fl
Boston, MA 02110
(617) 742-5800

Dated: September 28, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 5, 2006.

/s/Patricia Garin
Patricia Garin