UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 05-CR-10010 |
| **SEVERIN YEALUN** | ) |
| | ) |

### GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by and through its undersigned attorneys, hereby requests that, in addition to those questions commonly put to the <u>venire</u> in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

    1.   The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you had any experience with the government, or do you have feelings about the government, that would in any way impair your ability to be a fair and impartial juror in this case?

    2.   Some of the witnesses expected to be called by the United States at trial are Special Agents of the Federal Bureau of Investigation or FBI and Internal Revenue Service or IRS.  Have you or has anyone close to you had any experience with law enforcement that would prevent you from judging a law enforcement witness in the same way that you would judge any other witness?

    3.   The defendant is charged with submitting fraudulent

medical bills to automobile insurance companies.  Have you, or has anyone you know, ever had an experience with an automobile insurance company that would prevent you from being fair and impartial?  Have you, or has anyone you know, ever had an experience involving an insurance company's refusal to pay for medical costs that would prevent you from being fair and impartial?

    4.   In this trial, the government intends to call witnesses who have pleaded guilty and are cooperating with the government.  Do you have any beliefs or views about such witnesses that would interfere with your ability to act fairly and impartially as a juror in this case?

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

BY:   /s/ William Weinreb
    WILLIAM D. WEINREB
    GREGG S. SHAPIRO
    JEREMY M. STERNBERG
    Assistant U.S. Attorneys