```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
          v.              )    Criminal No. 05-10010-NMG
                          )
SEVERIN YELAUN,           )
                          )
          Defendant.      )
```

## GOVERNMENT'S MOTION PURSUANT TO *UNITED STATES V. RENGIFO* REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF TAPE-RECORDED CONSENSUALLY MONITORED CONVERSATIONS IN RUSSIAN

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys William Weinreb, Gregg Shapiro and Jeremy Sternberg, respectfully moves for leave to introduce into evidence at trial (1) copies of original tape recordings made during the investigation of this case, which recordings are in Russian; and (2) English translations of those conversations. The government further requests leave to read into evidence all or part of the English translations.

During the investigation of this case, the government made and/or obtained tape recordings of consensually monitored telephone calls involving defendant Severin Yelaun. Most of the recorded conversations were in Russian. The government has made English translations of those tape recordings and has produced the tapes and English transcripts to Yelaun. The government is prepared to offer testimony at trial that the English transcripts are true and accurate.

The government hereby moves for leave to introduce into evidence at trial copies of the original Russian tape recordings, as well as the English transcripts of those conversations, and further requests leave to read into evidence all or part of the English transcripts.  See United States v. Rengifo, 789 F.2d 975, 983 (1st Cir. 1986) (holding that English-language translations of tape-recorded Spanish-language conversations are admissible as substantive evidence; that such transcripts may go to the jury room; and that the government may use readers to read the English translations as an alternative to playing the tape recording).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                             By: /s/Jeremy M. Sternberg
                                WILLIAM D. WEINREB
                                GREGG SHAPIRO
                                JEREMY M. STERNBERG
                                Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            /s/ Jeremy M. Sternberg
                                            Jeremy M. Sternberg
                                            Assistant U.S. Attorney