UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA            )
                                    )   Criminal No. 05-10010-NMG
     v.                             )
                                    )
IGOR MOYSEYEV, JOHN MONTONI,        )
DAVID TAMAREN, and                  )
SEVERIN YELAUN,                     )
                                    )
             Defendants.            )
                                    )
```

**GOVERNMENT'S EXHIBIT LIST**

The government may introduce the following exhibits at trial:

1.  Map of Lynn, Massachusetts
2.  Map of Chelsea, Massachusetts
3.  Chart depicting corporation names and ownership
4.  Diagram of 140 Union Street, Lynn, Massachusetts
5.  Diagram of 320 Broadway, Chelsea Massachusetts
6.  Contract between Symco and Global Tech
7.  Contract between Symco and Lynn Diagnostics
8.  Holyoke Ins. file for Juan Agosto
9.  Met. Life Ins. file for William Baez
10. Trust Ins. file for Claudia Batia
11. Commerce Ins. file for Martha Casco
12. Liberty Mut. Ins. file for Yudelca Castillo
13. Fitchburg Ins. file for Serena Dos

14. Commerce Ins. file for Gale Famolari
15. Safety Ins. file for John Fusi
16. Commerce Ins. file for Julie Gelfand Leyfer
17. Arbella Ins. file for Wanda Gonzalez
18. CGU Ins. file for Jose Grullon
19. Commerce Ins. file for Stephanie Martinez
20. Trust Ins. file for Ada Mateo
21. Liberty Mut. Ins. file for Nerkis Moreno
22. Commerce Ins. file for Michelle Mulley
23. Commerce Ins. file for Paul Musaelyants
24. Liberty Mut. Ins. file for Wynter Plunkett
25. Liberty Mut. Ins. file for Secundino Reyes
26. Liberty Mut. Ins. file for Yicauri Rodrigues
27. Safety Ins. file for George Rossi
28. Safety Ins. file for Maria Rossi
29. Liberty Mut. Ins. file for Inna Shtyrkov
30. Safety Ins. file for Juan Suazo
31. Commerce Ins. file for Raisa Tkach
32. Commerce Ins. file for Victoria Tkach
33. Liberty Mut. Ins. file for Christopher Zombrano
34. Lynn Diagnostics file for Julie Leyfer
35. Lynn Diagnostics file for Nerkis Moreno
36. Lynn Diagnostics file for Stefanie Martinez
37. Lynn Diagnostics file for William Baez

38. Lynn Diagnostics file for Yicauri Rodriguez
39. Lynn Diagnostics file for Claudia Batia
40. Lynn Diagnostics file for Jose Grullon
41. Lynn Diagnostics file for Wynter Plunkett
42. Symco file for Martha Casco
43. Symco file for Serena Dos
44. Symco file for Inna Shtyrkov
45. Stamp (1) of Randendra Chatterjee's signature
46. Stamp (2) of Ranendra Chatterjee's signature
47. Contracts between Ranendra Chatterjee and Global Tech Diagnostics
48. Plea agreement between Ranendra Chatterjee and the United States
49. Current Procedural Terminology (CPT) – 1999 edition
50. Current Procedural Terminology (CPT) – 2000 edition
51. Plea agreement between John Montoni and the United States
52. Stub of check from Commerce Insurance to Lynn Diagnostics Mgmt Inc
53. Bank of America (formerly Fleet, formerly Bank of Boston) account statements for account #27352856 in the name of Global Tech Diagnostics
54. Checks written on account #27352856 in the name of Global Tech Diagnostics during 1999, 2000, and 2001
55. Items deposited into account #27352856 in the name of Global

Tech Diagnostics during 1999, 2000, and 2001

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

Dated: November 20, 2006      By:  /s/ William Weinreb
                                              WILLIAM WEINREB
                                              GREGG SHAPIRO
                                              JEREMY STERNBERG
                                              Assistant U.S. Attorneys