```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>IGOR MOYSEYEV, JOHN MONTONI, )<br>DAVID TAMAREN, and        )<br>SEVERIN YELAUN,        )<br>)<br>Defendants.  ) | Criminal No. 05-10010-NMG |

## GOVERNMENT'S WITNESS LIST

The following are individuals who may be called as witnesses in the government's case-in-chief or whose names may be mentioned by government witnesses:

1. Special Agent Jessica Crocker (IRS)
2. Special Agent Vincent Clarke (IRS)
3. Special Agent Mary Brennan (FBI)
4. Special Agent Dave Johnson (FBI)
5. Special Agent Dennis Drum (FBI)
6. Ranendra Chatterjee (Milton, MA)
7. John Montoni (Gloucester, MA)
8. Richard Levy (Exeter, NH)
9. Alex Smolnitsky (Swampscott, MA)
10. Joseph McCann (Scituate, MA)
11. Michael Bousa (Pelham, NH)
12. Yevgenia Gorovodsky (Swampscott, MA)
13. Maria Rossi (Lynn, MA)

14. George Rossi (Miami, FL)
15. John Fusi (Malden, MA)
16. William Baez (Lynn, MA)
17. Jose Grullon (Lynn, MA)
18. Julie Leyfer-Gelfand (Lynn, MA)
19. Wanda Gonzales (Lynn, MA)
20. Claudia Batia (Lynn, MA)
21. Michelle Mulley (Peabody, MA)
22. Nerkis Moreno (Lynn, MA)
23. Wynter Plunkett (Lynn, MA)
24. Martha Casco (Lynn, MA)
25. Gale Famolari (Lynn, MA)
26. Inna Shtyrkov (Swampscott, MA)
27. Christopher Zambrano (Boston, MA)
28. Juan Suazo (Manchester, NH)
29. Gregory Voykhansky (Framingham, MA)
30. Cheryl Nobrega (Sterling, MA)
31. Quelvis Mendez (Woburn, MA)
32. Juan Agosto (Chelsea, MA)
33. Raisa Tkach (Ashland, MA)
34. Victoria Tkach (Ashland, MA)
35. Stefanie Martinez (Winthrop, MA)
36. Yicauri Rodrigues (Lynn, MA)
37. Ada Mateo (Lynn, MA)

38. Secundino Reyes (Lynn, MA)

39. Serenda Dos (Honolulu, HI)

40. Paul Musaelyants (Oakdale, LA)

41. Daniel Devlin (Representative of Safety)

42. Eveline Tibeau (Representative of Commerce)

43. Brian Scofield (Representative of Commerce)

44. Luis Cantres (Representative of Metropolitan)

45. Mark Connors (Representative of Fitchburg)

46. Tom Shea (Representative of Repbulic Western)

47. Ramona Gallagher (Representative of Liberty Mutual)

48. Elizabeth Capstick (Representative of Trust)

49. Gail Erban (Representative of CGU/OneBeacon)

50. Ed Curley (Representative of Arbella/Commonwealth)

51. Representative of Bank of America

52. Marina Shartilov (Representative of Symco)

53. Regina Volkov (Representative of Symco)

54. Viktor Schevelyov (Russian Translator)

55. Sabirjan Kurmayev (Russian Translator)

56. Deborah Huacuja (Spanish Interpreter)

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

Dated: November 27, 2006     By:  /s/ William Weinreb
                                            WILLIAM D. WEINREB
                                            GREGG D. SHAPIRO
                                            Assistant U.S. Attorneys