```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>     v. )<br> )<br>IGOR MOYSEYEV, JOHN MONTONI, )<br>DAVID TAMAREN, and )<br>SEVERIN YELAUN, )<br>           Defendants. ) | Criminal No. 05-10010-NMG |

**GOVERNMENT'S EXHIBIT LIST**

The government may introduce the following exhibits at trial:

1. Rule 611(a) Summary Chart of Corporations
2. Diagram of 140 Union Street, Lynn, Massachusetts
3. Diagram of 320 Broadway, Chelsea Massachusetts
4. Contract between Symco and Global Tech
5. Contract between Symco and Lynn Diagnostics
6. Met. Life Ins. file for William Baez
7. Trust Ins. file for Claudia Batia
8. Commerce Ins. file for Martha Casco
9. Commerce Ins. check for M. Casco EMG test claim
10. Liberty Mut. Ins. file for Yudelca Castillo
11. Commerce Ins. file for Gale Famolari
12. Commerce Ins. check for G. Famolari EMG test claim
13. Safety Ins. file for John Fusi
14. Safety Ins. check for J. Fusi EMG test claim

15. Commerce Ins. file for Julie Gelfand Leyfer
16. Commerce Ins. check for J. Gelfand EMG test claim
17. Arbella Ins. file for Wanda Gonzalez
18. Arbella Ins. check for W. Gonzalez EMG test claim
19. CGU Ins. file for Jose Grullon and Carmen Marmalejos
20. CGU Ins. check for C. Marmalejos EMG test claim
21. Commerce Ins. file for Stephanie Martinez
22. Commerce Ins. check for S. Martinez EMG test claim
23. Trust Ins. file for Ada Mateo
24. Liberty Mut. Ins. file for Nerkis Moreno
25. Commerce Ins. file for Michelle Mulley
26. Commerce Ins. check for M. Mulley EMG test claim
27. Commerce Ins. file for Paul Musaelyants
28. Liberty Mut. Ins. file for Wynter Plunkett
29. Liberty Mut. Ins. file for Secundino Reyes
30. Liberty Mut. Ins. file for Yicauri Rodrigues
31. Safety Ins. file for George Rossi, Maria Rossi, Juan Suazo, and Miguel Berrios
32. Safety Ins. check for G. Rossi EMG test claim
33. Safety Ins. check for M. Rossi EMG test claim
34. Safety Ins. check for J. Suazo EMG test claim
35. Safety Ins. check for M. Berrios EMG test claim
36. Liberty Mut. Ins. file for Inna Shtyrkov
37. Liberty Mut. Ins. check for I. Shtyrkov EMG test claim

38. Commerce Ins. file for Raisa Tkach
39. Commerce Ins. file for Victoria Tkach
40. Liberty Mut. Ins. file for Christopher Zombrano
41. Lynn Diagnostics file for Julie Leyfer
42. Lynn Diagnostics file for Nerkis Moreno
43. Lynn Diagnostics file for Stefanie Martinez
44. Lynn Diagnostics file for William Baez
45. Lynn Diagnostics file for Yicauri Rodriguez
46. Lynn Diagnostics file for Claudia Batia
47. Lynn Diagnostics file for Jose Grullon
48. Lynn Diagnostics file for Wynter Plunkett
49. Symco file for Martha Casco
50. Symco file for Serena Dos
51. Symco file for Inna Shtyrkov
52. Symco file for Miguel Berrios
53. Stamp (1) of Ranendra Chatterjee's signature
54. Stamp (2) of Ranendra Chatterjee's signature
55. Contracts between Ranendra Chatterjee and Global Tech Diagnostics
56. Plea agreement between Ranendra Chatterjee and the United States
57. Current Procedural Terminology (CPT) – 1999 edition
58. Current Procedural Terminology (CPT) – 2000 edition
59. Plea agreement between John Montoni and the United States

60. Bank of America (formerly Fleet, formerly Bank of Boston) account statements for account #27352856 in the name of Global Tech Diagnostics

61. Checks written on account #27352856 in the name of Global Tech Diagnostics during 1999, 2000, and 2001

62. Items deposited into account #27352856 in the name of Global Tech Diagnostics during 1999, 2000, and 2001

63. Republic Western Ins. file for Severin Yelaun

64. Diagram Showing Location of Businesses at 248 Everett Avenue

65. Articles of Organization of Broadway Center Physical Therapy and Rehabilitation Services, Inc.

66. Articles of Organization of Global Tech Diagnostics, Inc.

67. Articles of Organization of Orthopedic Physical Therapy and Rehabilitation Center, Inc.

68. Articles of Organization of Southern Essex Physical Therapy, Inc.

69. Articles of Organization of Lynn Diagnostic Management, Inc.

70. 2000 Annual Report of Lynn Diagnostic Management, Inc.

71. Articles of Organization for North Shore Sonographers, Inc.

72. Articles of Organization for Allstar Physical Therapy, Inc.

73. Articles of Organization for American Home Care Association, Inc.

74. Articles of Organization for Pleasant Physical Therapy and Rehabilitation Center, Inc.

75. Fax dated October 1, 2001, from Symco to Jeffrey Glassman

76. Tape of telephone conversations between Gregory Voykhansky and Severin Yelaun, April 17-18, 2001

77. Transcript of telephone conversation between Gregory Voykhansky and Severin Yelaun, April 18, 2001

78. Photograph of EMG machine

79. Photograph of EMG needle

80. Symco:  Global Tech Patient Report

81. Symco:  Lynn Diagnostic Patient Report

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

Dated:  November 29, 2006     By:    /s/ William Weinreb
                                          WILLIAM WEINREB
                                          GREGG SHAPIRO
                                          Assistant U.S. Attorneys