```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    v. )<br>)<br>IGOR MOYSEYEV, JOHN MONTONI, )<br>DAVID TAMAREN, and )<br>SEVERIN YELAUN, )<br>    Defendants. ) | Criminal No. 05-10010-NMG |

**GOVERNMENT'S WITNESS LIST**

The following are individuals who may be called as witnesses in the government's case-in-chief or whose names may be mentioned by government witnesses:

1. Special Agent Jessica Crocker (IRS)
2. Special Agent Vincent Clarke (IRS)
3. Special Agent Mary Brennan (FBI)
4. Special Agent Dave Johnson (FBI)
5. Special Agent Dennis Drum (FBI)
6. Ranendra Chatterjee (Milton, MA)
7. John Montoni (Gloucester, MA)
8. Richard Levy (Exeter, NH)
9. Alex Smolnitsky (Swampscott, MA)
10. Joseph McCann (Scituate, MA)
11. Michael Bousa (Pelham, NH)
12. Yevgenia Gorovodsky (Swampscott, MA)
13. Maria Rossi (Lynn, MA)

14. George Rossi (Miami, FL)
15. John Fusi (Malden, MA)
16. William Baez (Lynn, MA)
17. Jose Grullon (Lynn, MA)
18. Julie Leyfer-Gelfand (Lynn, MA)
19. Wanda Gonzales (Lynn, MA)
20. Claudia Batia (Lynn, MA)
21. Michelle Mulley (Peabody, MA)
22. Nerkis Moreno (Lynn, MA)
23. Wynter Plunkett (Lynn, MA)
24. Martha Casco (Lynn, MA)
25. Gale Famolari (Lynn, MA)
26. Inna Shtyrkov (Swampscott, MA)
27. Christopher Zambrano (Boston, MA)
28. Juan Suazo (Manchester, NH)
29. Gregory Voykhansky (Framingham, MA)
30. Cheryl Nobrega (Sterling, MA)
31. Quelvis Mendez (Woburn, MA)
32. Juan Agosto (Chelsea, MA)
33. Raisa Tkach (Ashland, MA)
34. Victoria Tkach (Ashland, MA)
35. Stefanie Martinez (Winthrop, MA)
36. Yicauri Rodrigues (Lynn, MA)
37. Ada Mateo (Lynn, MA)

38. Secundino Reyes (Lynn, MA)

39. Serenda Dos (Honolulu, HI)

40. Paul Musaelyants (Oakdale, LA)

41. Daniel Devlin (Representative of Safety)

42. Eveline Tibeau (Representative of Commerce)

43. Brian Scofield (Representative of Commerce)

44. Luis Cantres (Representative of Metropolitan)

45. Mark Connors (Representative of Fitchburg)

46. Tom Shea (Representative of Republic Western)

47. Ramona Gallagher (Representative of Liberty Mutual)

48. Elizabeth Capstick (Representative of Trust)

49. Gail Erban (Representative of CGU/OneBeacon)

50. Ed Curley (Representative of Arbella/Commonwealth)

51. John Snow (Boston, MA)

52. Marina Shartilov (Burlington, MA)

53. Regina Volkov (Representative of Symco)

54. Viktor Schevelyov (Boston, MA)

55. Sabirjan Kurmayev (Boston, MA)

56. Deborah Huacuja (Boston, MA)

57. Jeffrey Glassman (Boston, MA)

58. Anna Klebanov (Brookline, MA)

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

```
Dated: November 27, 2006      By:  /s/ William Weinreb
                                   WILLIAM D. WEINREB
                                   GREGG D. SHAPIRO
                                   Assistant U.S. Attorneys
```