```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
         v.                     )  CRIMINAL NO. 05-10010-NMG
                                )
SEVERIN YELAUN                  )

WE, THE JURY, FIND the defendant, SEVERIN YELAUN, as to:

**COUNTS ONE THROUGH THIRTY-SEVEN (MAIL FRAUD)**

| Count | Description | Exhibit | Verdict |
|---|---|---|---|
| 1 | April 11, 2000 letter from Symco to Safety Insurance regarding Miguel Berrios EMG claim | 33 | ___ Guilty<br>___ Not Guilty |
| 2 | April 26, 2000 check for $1573.24 from Safety to Global Tech for Miguel Berrios EMG claim | 24G | ___ Guilty<br>___ Not Guilty |
| 3 | February 7, 2000 letter from Inna Shtyrkov's attorney to Global Tech enclosing check from Liberty Mutual Insurance | 33 | ___ Guilty<br>___ Not Guilty |
| 4 | October 11, 2001 letter from Global Tech to Commerce Insurance regarding Martha Casco EMG claim | 44G | ___ Guilty<br>___ Not Guilty |
| 8 | January 28, 2000 letter from Symco to a lawyer seeking payment of $1598.24 to Global Tech for Christopher Zambrano EMG claim | 35 | ___ Guilty<br>___ Not Guilty |
| 9 | February 19, 2001 letter from Symco to a lawyer seeking payment of $1598.24 to Global Tech for Christopher Zambrano EMG claim | 35 | ___ Guilty<br>___ Not Guilty |

| | | | |
|---|---|---|---|
| 10 | March 20, 2001 letter from Symco to a lawyer seeking payment of $1598.24 to Global Tech for Christopher Zambrano EMG claim | 35 | ___ Guilty<br><br>___ Not Guilty |
| 11 | February 11, 2000 claim form from Lynn Diagnostics to CU Homeland Ins. seeking $2494.00 for Jose Grullon EMG claim | 52B | ___ Guilty<br><br>___ Not Guilty |
| 12 | February 17, 2000 letter from CGU Insurance to Lynn Diagnostics regarding Jose Grullon EMG claim | 52C | ___ Guilty<br><br>___ Not Guilty |
| 13 | March 6, 2000 claim form from Lynn Diagnostics to CU Homeland Ins. seeking $2494.00 for Jose Grullon EMG claim | 52E | ___ Guilty<br><br>___ Not Guilty |
| 14 | March 10, 2000 letter from CGU Insurance to Lynn Diagnostics regarding Jose Grullon EMG claim | 52H | ___ Guilty<br><br>___ Not Guilty |
| 17 | March 15, 2000 certification from Lynn Diagnostics to Trust Insurance regarding Claudia Batia EMG claim | 54F | ___ Guilty<br><br>___ Not Guilty |
| 21 | April 18, 2000 check for $1352.00 from Arbella to Lynn Diagnostics for Wanda Gonzales EMG claim | 38F | ___ Guilty<br><br>___ Not Guilty |
| 23 | May 15, 2000 check for $1318.00 from Commerce Insurance to Lynn Diagnostics for Stefanie Martinez EMG claim | 43E | ___ Guilty<br><br>___ Not Guilty |
| 24 | January 19, 2000 claim form from Lynn Diagnostics to Liberty Mutual Insurance seeking $2548.00 for Secundino Reyes EMG claim | 49B | ___ Guilty<br><br>___ Not Guilty |

| | | | |
|---|---|---|---|
| 25 | January 27, 2000 Symco letter and claim form from Lynn Diagnostics to Commerce Insurance seeking $2494 for Gale Famolari EMG claim | 41A, 41B | ___ Guilty<br><br>___ Not Guilty |
| 26 | March 16, 2000 claim form from Lynn Diagnostics to Commerce Insurance seeking $2494 for Gale Famolari EMG claim | 41F | ___ Guilty<br><br>___ Not Guilty |
| 27 | February 10, 2000 Symco letter and claim form from Lynn Diagnostics to Trust Insurance seeking $1352 for Ada Mateo EMG claim | 55A, 55B | ___ Guilty<br><br>___ Not Guilty |
| 28 | March 15, 2000 certification from Lynn Diagnostics to Trust Insurance regarding Ada Mateo EMG claim | 55E | ___ Guilty<br><br>___ Not Guilty |
| 30 | February 11, 2000 letter from Symco and claim form from Lynn Diagnostics to Liberty Insurance seeking $1318 for Yicauri Rodriguez EMG claim | 50F, 50G | ___ Guilty<br><br>___ Not Guilty |
| 31 | February 11, 2000 letter from Symco and claim form from Lynn Diagnostics to Yicauri Rodriguez's attorney seeking $1318 for Yicauri Rodriguez EMG claim | 50F, 50H | ___ Guilty<br><br>___ Not Guilty |
| 32 | January 27, 2000 letter from Symco and claim form from Lynn Diagnostics to Commerce Insurance seeking $1352 for Julie Leyfer (Gelfand) EMG claim | 40A, 40B | ___ Guilty<br><br>___ Not Guilty |
| 33 | March 30, 2000 claim form from Lynn Diagnostics to Commerce Insurance seeking $1352 for Julie Leyfer (Gelfand) EMG claim | 40E | ___ Guilty<br><br>___ Not Guilty |

| 34 | February 16, 2000 claim form from Lynn Diagnostics to an attorney seeking $1352 for Carmen Marmolejos EMG claim | 53B | ___ Guilty<br>___ Not Guilty |
| --- | --- | --- | --- |
| 36 | March 16, 2000 claim form from Lynn Diagnostics to an attorney seeking $1352 for Carmen Marmolejos EMG claim | 53D | ___ Guilty<br>___ Not Guilty |
| 37 | May 17, 2001 check for $1273.47 from CGU Insurance to Lynn Dignostics for Carmen Marmolejos EMG claim | 53I | ___ Guilty<br>___ Not Guilty |

### COUNT FORTY-ONE (HEALTH CARE FRAUD)

| 41 | Health care fraud | ___ Guilty<br>___ Not Guilty |
| --- | --- | --- |

### COUNT FORTY-TWO (CONSPIRACY)

| 42 | Conspiracy (mail fraud, health care fraud) | ___ Guilty<br>___ Not Guilty |
| --- | --- | --- |

### COUNT FORTY-THREE (MONEY LAUNDERING CONSPIRACY)

| 43 | Conspiracy to commit money laundering | ___ Guilty<br>___ Not Guilty |
| --- | --- | --- |

_____          _____
FOREPERSON'S SIGNATURE                   DATE