UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )     No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____)
```

**MOTION OF DEFENDANT FOR A JUDGMENT OF ACQUITTAL
AT THE CLOSE OF THE GOVERNMENT'S CASE**

Defendant, by his attorney, hereby moves this Court, pursuant to Fed.R.Crim.P. 29(a), to order the entry of judgment of acquittal of the offenses charged in the indictment on the ground that the evidence is insufficient to sustain a conviction on these offenses.

Respectfully submitted,

/s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Patricia Garin
BBO No. 544770
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg,
& Garin, LLP
90 Canal Street
Boston, MA 02114
(617) 742-5800

Dated: December 14, 2006

## Certificate of Service

    I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2006.

    <u>/s/ Jonathan Shapiro</u>