```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

```
_____
                     )
UNITED STATES        )
                     )
     v.              )
                     )        No. 05CR10010-NMG
SEVERIN YELAUN       )
                     )
_____)
```

### MOTION OF DEFENDANT FOR A JUDGMENT OF ACQUITTAL
### AT THE CLOSE OF ALL THE EVIDENCE

Defendant, by his attorney, hereby moves this Court, pursuant to Fed.R.Crim.P. 29(a), to order the entry of judgment of acquittal of the offenses charged in the indictment on the ground that the evidence is insufficient to sustain a conviction on these offenses.

```
                              Respectfully submitted,

                              /s/ Jonathan Shapiro
                              Jonathan Shapiro
                              BBO No. 454220
                              Patricia Garin
                              BBO No. 544770
                              Jeffrey Wiesner
                              BBO No. 655814
                              Stern, Shapiro, Weissberg,
                              & Garin, LLP
                              90 Canal Street
                              Boston, MA 02114
                              (617) 742-5800
```

Dated: November 14, 2006

Certificate of Service

    I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2006.

    /s/ Jonathan Shapiro