```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )          No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____)
```

## DEFENDANT'S SUPPLEMENTAL PROPOSED REQUEST FOR JURY INSTRUCTIONS

The Defendant requests that the following First Circuit Pattern Jury Instruction be given to the jury:

**2.07 Caution as to Cooperating Witness/Accomplice/Paid Informant**

You have heard the testimony of Dr. John Montoni. He

   (1) provided evidence under agreements with the government; and

   (2) participated in the crime charged against Severin Yelaun.

You have also heard the testimony of Dr. Ranendra Chatterjee. He also

   (1) provided evidence under agreement with the government.

Some people in this position are entirely truthful when testifying. Still, you should consider the testimony of these individuals with particular caution. They may have had reason to make up stories or exaggerate what others did because they wanted to help themselves.

```
                                        Respectfully submitted,

                                        /s/ Jonathan Shapiro
                                        Jonathan Shapiro
                                        BBO No. 454220
                                        Patricia Garin
                                        BBO No. 544770
                                        Jeffrey Wiesner
                                        BBO No. 655814
                                        Stern, Shapiro, Weissberg,
                                        & Garin, LLP
                                        90 Canal Street
                                        Boston, MA 02114
                                        (617) 742-5800
```

Dated: December 14, 2006

### Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2006.

                                        /s/ Jonathan Shapiro