AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

# EXHIBIT AND WITNESS LIST

U.S.A.    v.   Severin Yelaun

Case Number: 05cr10010

| PRESIDING JUDGE<br>Nathaniel M. Gorton | PLAINTIFF'S ATTORNEY<br>Weinreb, J. Shapiro | DEFENDANT'S ATTORNEY<br>Shapiro, Wiesner |
|---|---|---|
| TRIAL DATE(S)<br>12-4-06 → | COURT REPORTER<br>Pohlstrom | COURTROOM DEPUTY<br>NICEWICZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-11 |  | 12/5/06 | X | X | Articles of Corporation/organization |
| 12 |  |  | X | X | Yelaun Phy. Therapy cuno |
| 13 |  |  | X | X | Diag. of Brookline + Global |
| 14 |  |  | X | X | Diag.    "        "   on Everett |
| 15 |  |  | X | X | Diag. of Lynn Diag - Lynn UW |
| 16 |  |  | X | X | Photo copy letter to Yelaun |
| 17 |  |  | X | X | CD |
| 18 |  |  | X | X | transcript of CD |
|  | 101 |  | X | X | Copies various diedr Comm int. to global tech |
|  | ↳ |  | X | X | 6/3/99 |
|  | 102 |  | X | X | 6/11/99 |
|  | 103 |  | X | X | Drs lien of auth + release 2/20/99 + 2/21/99 |
| 57 |  | 12/6/07 | X | X | Global tech check 208.00 |
| 58 |  |  | X | X | Global tech check 994.76 |
| 19A |  |  | X | X | photo of Cadwell machine NCB |
| 19C |  |  | X | X | Elec. Needle NCB |
| 20 |  |  | X | X | letter to Bowa from G. Tech Diag. |
| 21A |  |  | X | X | Global tech letter 5/26/99 |
|  | B |  | X | X | item. med reports - B. George Rossi |
|  | C |  | X | X | Health Ins. Claim Form - G. Rossi |
|  | D |  | X | X | G. tech Dia, Rossi request for EMG/NCV |
|  | E |  | X | X | EMG & NCV report - Rossi |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| USA | | | vs. Severin Yelaun | | CASE NO. 05-10010 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21F | | 12/6/07 | x | x | summary of payments |
| 2/v | | | x | x | checks for rossi project |
| 22A | | | x | x | maria rossi patient records |
| B | | | x | x | ⎫ |
| C | | | x | x |  |
| D | | | x | x | — as described in 21 |
| E | | | x | x |  |
| F | | | x | x |  |
| G | | | x | x | ⎭ |
| 23A-G | | | x | x | Juan Suaso patient records |
| 24A-G | | | x | x | Miguel Berrios patient records |
| 25A-F | | | x | x | John Kusi " " |
| 26 | | 12/7/06 | x | x | Chatterjee plea agreement |
| | 104 | | x | x | S. Information |
| | A | | x | | US Version of Off. Conduct |
| | 105 | | x | x | EMG NCV reports |
| | 106 | | x | x | Clisson Health mgmt report |
| | 107 | | x | x | " " " re-evaluation |
| | 108 | | x | x | EMG NCV report 2/20/95 |
| | 109 | | x | x | " " 2/27/95 McDonald |
| | 110 | | x | x | McDonald Health Ins. Claim form |
| | 111 | | x | x | Copy check pay to GTD |
| | 112 | | x | x | 2/27/95 Grahni |
| | 113 | | x | x | Health Ins. Claim 5/24/0 |
| | 114 | | x | x | Dimmons EMG NCV |
| | 115 | | x | x | Health Ins Claim |
| | 116 | | | | Chatterjee physical therapy |

Page __2__ of ____ Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | USA   vs.   Severin Yelaun | CASE NO. 05-CR-10010 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 117 | 12/7/06 | x | x | emg mcv test 6/30/99 | |
| | 118 | | x | x | initial evaluation quintana 6/3/99 | |
| | 119 | | x | x | reevaluation 6/24/99 | |
| | 120 | | x | x | chatterjee script 6/24/99 | |
| | 121 | | x | x | cert. med. records 9/9/99 | |
| | 122 | | x | x | chatterjee 5/6/99 report | |
| 59 | | | x | x | Quintina file | |
| 60 | | | x | x | Tran claim form | |
| 61 | | 12/8/06 | x | x | chatterjee gratini + report and billing | |
| 62 | | | x | x | chatterjee tran + report and billing | |
| 63 | | | x | x | chatterjee rossi + report and billing | |
| 61a | | | x | x | danny rivera, sothea eth, bill | |
| 65 | | | x | x | mully, matul, maredia, lizardi, maritinez, loranes ... | |
| 27 | | | x | x | GTD check to Y.Gorovodsky | |
| 28 | | 12/11/06 | x | x | | |
| 29 | | | x | x | | |
| 30 | | | x | x | | |
| 36 | | | x | x | | |
| 32 | | | x | x | Global Tech folders | |
| 33 | | | x | x | Medeiors file | |
| 34 | | | x | x | Stirkov file | |
| 35 | | | x | x | Zambrano file | |
| 39 | | | x | x | Montoni plea agreement | |
| 66 | | | x | x | Baez EMG report + additional | |
| 38a-f | | 12/12/06 | x | x | Curley Ins. folder= Wanda Gonzalez | |
| 42 | | | x | x | Mulley file | |
| 40a-f | | | x | x | Clm file J. Leyfer | |

Page __3__ of ____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| U.S.A. | | | vs. Severino Yelam | | CASE NO. 05cr10010 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 42A-I | | 12/12/06 | x | x | GTD – Commerce Ins. – Milley |
| 44A-I | | | x | x | GTD – Commerce Ins. – Cosco |
| 41A-I | | | x | x | GTD – Commerce Ins. – Symco |
| 43A-F | | | x | x | GTD – " " – S. Martinez |
| | | 12/13/06 | ← | ← | |
| 45A-I | | | x | x | Liberty Mutual / Jeff Glassman |
| 46A-F | | | x | x | Liberty Mutual / Francis Hurley |
| 47A-E | | | x | x | " " / Walter Plunkett |
| 48A-E | | | x | x | " " / M. Marino |
| 49A-D | | | x | x | " " / S. Reyes |
| 50A-H | | | | | " " / Y. Rodriguez |
| 51A-H | | | | | Symco envelope – Met Life |
| 52 | | | x | | |
| 52A-H | | | x | x | Copies of Docs  Medical Billings Docs – Symco, Lym Diagnostics, etc. |
| 53A-I | | | x | x | |
| 54A-F | | | x | x | Trust Ins. claim files – C. Batia |
| 55A-E | | | x | x | " " " – A. Mateo |
| 56A-E | | | x | x | Rep. West Ins. S. Yelam |
| 67 | | | x | x | S. Yelam MA S. Law App |
| | B | | x | 12/21 | Prel. PSR of Montoni (under seal) |

CIVIL/CRIMINAL CASE NO: 05cr10010

TITLE: U.S.A.   VS.   Severin Yelaun

## JURY PANEL

01. Melissa Sheeroo F.C.
02. Linda Fuccitto
03. Andrew Puglise
04. Elizabeth Festa (excused)
05. A1 Wendy Whelan (buote)
06. Lawrence Lodge
07. Jocelyn Watson
08. Helen Costa
09. Louise Morris
10. Holly Jacob
11. Brandy Newlon
12. Roberson Jones

ALT. #1 ___
ALT. #2 Stephen Devine
ALT. #3 ___
ALT. #4 #2 Raymond Wootton

## WITNESSES

**PLAINTIFF/GOVT.**

01. Jimmy Brennan
02. Greg Voykhansky
03. Michael Rusa
04. David Devlin
05. George Ross
06. Juan Suazo
07. Dr. Chatterjee
08. V. Gorovodsky
09. M. Gorovodsky
10. Alex Smolnitsky
11. Julie Gelfand
12. Anna Klosanov
13. Marina Shartilow
14. John Montoni

**DEFENDANT**

22. 01. Ina Shtyrkov
23. 02. Christopher Zambrano
24. 03. Luis Cantres
25. 04. William Baez
26. 05. Gail Erban
27. 06. Jose Joser Grullon
28. 07. Elizabeth Capstick
29. 08. Thomas D. Slen

(jury&wit.lst - 09/92)

15. Edward Curley
16. Michelle Mulley
17. Wanda Gonzalez
18. Brian Schureta
19. Martha Crasco
20. Ramona Gallagher
21. Gail Ermoloni