United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                       )<br>)<br>)<br>SEVERIN YELAUN,                  )<br>)<br>Defendant.              )<br>) | Criminal Action No.<br>05-10010-NMG |

<u>Verdict Form</u>

**WE, THE JURY, UNANIMOUSLY FIND AS TO THE DEFENDANT, SEVERIN YELAUN:**

**(1)   ON THE CHARGES OF MAIL FRAUD (18 U.S.C. § 1341)**

| <u>Count</u> | <u>Description</u> | <u>Exhibit</u> | <u>Verdict</u> |
|---|---|---|---|
| 1 | letter (4/11/00) Symco to Safety Ins. re Berrios EMG claim | 33 | ___ Not Guilty<br>_✓_ Guilty |
| 2 | check (4/26/00) for $1573.24, Safety Ins. to Global Tech re Berrios EMG claim | 24G | ___ Not Guilty<br>_✓_ Guilty |
| 3 | letter (2/7/00) Shtyrkov's att'y to Global Tech w/check | [34 + 48G] | ___ Not Guilty<br>_✓_ Guilty |
| 4 | letter (10/11/01) Global Tech to Commerce Ins. re Casco EMG claim | 44H | ___ Not Guilty<br>_✓_ Guilty |
| 8 | letter (1/28/00) Symco to att'y seeking payment re Zambrano EMG claim | 35 | ___ Not Guilty<br>_✓_ Guilty |

-1-

| | | | |
|---|---|---|---|
| 9 | letter (2/19/01) Symco to att'y seeking payment re Zambrano EMG claim | 35 | ___ Not Guilty<br>_✓_ Guilty |
| 10 | letter (3/20/01) Symco to att'y seeking payment re Zambrano EMG claim | 35 | ___ Not Guilty<br>_✓_ Guilty |
| 11 | claim (2/11/00) Lynn Diag. to CU Homeland Ins. seeking payment re Grullon EMG claim | 52B | ___ Not Guilty<br>_✓_ Guilty |
| 12 | letter (2/17/00) CGU Ins. to Lynn Diag. re Grullon EMG claim | 52C | ___ Not Guilty<br>_✓_ Guilty |
| 13 | claim (3/6/00) Lynn Diag. to CU Homeland Ins. re EMG Grullon claim | 52E | ___ Not Guilty<br>_✓_ Guilty |
| 14 | letter (3/10/00) CGU Ins. to Lynn Diag. re Grullon EMG claim | 52H | ___ Not Guilty<br>_✓_ Guilty |
| 17 | certification (3/15/00) Lynn Diag. to Trust Ins. re Batia EMG claim | 54F | ___ Not Guilty<br>_✓_ Guilty |
| 21 | check (4/18/00) for $1,352, Arbella to Lynn Diag. re Gonzales EMG claim | 38F | ___ Not Guilty<br>_✓_ Guilty |
| 23 | check (5/15/00) for $1,318, Commerce Ins. to Lynn Diag. re Martinez EMG claim | 43E | ___ Not Guilty<br>_✓_ Guilty |
| 24 | claim (1/19/00) Lynn Diag. to Liberty Mutual Ins. re Reyes EMG claim | 49B | ___ Not Guilty<br>_✓_ Guilty |
| 25 | letter and claim (1/27/00) Symco/Lynn Diag. to Commerce Ins. re Famolari EMG claim | 41A/B | ___ Not Guilty<br>_✓_ Guilty |
| 26 | claim (3/16/00) Lynn Diag. to Commerce Ins. re Famolari EMG claim | 41F | ___ Not Guilty<br>_✓_ Guilty |

-2-

| # | Description | Ex. | Verdict |
|---|---|---|---|
| 27 | letter and claim (2/10/00) Symco/Lynn Diag. to Trust Ins. re Mateo EMG claim | 55A/B | ✓ Guilty |
| 28 | certification (3/15/00) Lynn Diag. to Trust Ins. re Mateo EMG claim | 55E | ✓ Guilty |
| 30 | letter and claim (2/11/00) Symco/Lynn Diag. to Liberty Ins. re Rodriguez EMG claim | 50F/G | ✓ Guilty |
| 31 | letter and claim (2/11/00) Symco/Lynn Diag. to att'y re Rodriguez EMG claim | 50G/H | ✓ Guilty |
| 32 | letter and claim (1/27/00) Symco/Lynn Diag. to Commerce Ins. re Leyfer (Gelfand) EMG claim | 40A/B | ✓ Guilty |
| 33 | claim (3/30/00) Lynn Diag. to Commerce Ins. re Leyfer (Gelfand) EMG claim | 40E | ✓ Guilty |
| 34 | claim (2/16/00) Lynn Diag. to att'y re Marmolejos EMG claim | 53B | ✓ Guilty |
| 36 | claim (3/16/00) Lynn Diag. to att'y re Marmolejos EMG claim | 53D | ✓ Guilty |
| 37 | check (3/17/01) for $1,273.47, CGU Ins. to Lynn Diag. re Marmolejos EMG claim | 53I | ✓ Guilty |

**(2) ON THE CHARGE OF HEALTH CARE FRAUD (18 U.S.C. § 1347), COUNT 41**

\_\_\_\_ Not Guilty     ✓ Guilty

(3) ON THE CHARGE OF CONSPIRACY TO COMMIT MAIL FRAUD AND HEALTH CARE FRAUD (18 U.S.C. § 371), COUNT 42

_____ Not Guilty    __✓__ Guilty

(4) ON THE CHARGE OF CONSPIRACY TO COMMIT MONEY LAUNDERING (18 U.S.C. § 1956), COUNT 43

_____ Not Guilty    __✓__ Guilty

YOUR DELIBERATIONS ARE COMPLETE. THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: *Dec 15, 2006*    Jury Forewoman: *[signature]*

-4-