UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                     )
UNITED STATES        )
                     )
     v.              )
                     )        No. 05CR10010-NMG
SEVERIN YELAUN       )
                     )
_____)
```

## DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION
## FOR DETENTION PENDING SENTENCING

The defendant, Severin Yelaun, hereby opposes the Government's Motion for Detention Pending Sentencing for the following reasons:

1. Defendant was found guilty after trial on December 15, 2006, on all counts of the indictment herein and, as a result, faces a likely sentencing guidelines range, according to the government, of 37-41 months.  Pursuant to 18 U.S.C. §3143(a), "the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the community."

2.  Defendant, who was born in the Ukraine, emigrated to the United States with his family, consisting of his parents and a brother, in 1991, and has lived continuously in Massachusetts for

the last 15 years.  He was educated in Russia and was gainfully employed for much of the past decade in physical therapy businesses in Massachusetts, during which time he was also a student at the Massachusetts School of Law in Andover.  Due to the pendency of the present charges against him, he was unable to continue in the physical therapy businesses and he was required to expend most of his assets in his defense against these charges.  The possibility of a conviction and prison sentence in the present case has made it difficult, if not impossible, for defendant to obtain employment.

    3.   Defendant has significant and long-standing roots in the community.  Until relatively recently, defendant owned a condominium in Lynn, MA, which he was forced to sell to raise funds for his defense.  He still owns a condominium in Shrewsbury, MA, although it has very little equity due to the mortgage and other liens.  He now lives with his parents in Framingham.  Defendant became a citizen of the United States approximately five years ago.  Although he still has family in Russia, he has never returned there since coming to the United States, and he has never even traveled outside the country.  He has a fiancé who is a student at Brandeis University.  Defendant has no criminal record.

    4.   The Pretrial Services Office has informed the undersigned that it has had no problems with defendant and that

he has been compliant with all of the conditions of his release for almost two years. These conditions have required monthly in-person reporting to Pretrial Services, the surrender of his passport and obligation not to apply for a new one, and the usual conditions with respect to maintaining a residence and reporting changes, and travel restricted to the district of Massachusetts.

    5. Defendant's ties to the community, the fact that he does not have a passport, and the reporting requirements (with which he has been compliant) is clear and convincing evidence that he will not, as the government speculates he might, flee to Russia. Moreover, defendant does not object to modifying the conditions of his release to require more frequent reporting to Pretrial Services, or the imposition of any other condition which Pretrial Services might recommend to insure that he will not default.

    WHEREFORE, defendant prays that this Court deny the government's motion for detention pending sentencing, and order that he be released pursuant to 18 U.S.C. §3142(c) under the present, or modified, conditions of release.

                                      Respectfully submitted,

                                      <u>s/ Jonathan Shapiro</u>
                                      Jonathan Shapiro
                                      BBO # 454220
                                      Jeffrey Wiesner
                                      BBO # 655814
                                      Stern Shapiro Weissberg
                                      & Garin, LLP
                                      90 Canal Street
                                      Boston, MA 02110

(617) 742-5800

Certificate of Service

  I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 22, 2006.

/s/ Jonathan Shapiro

4