UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                         )
       v.             )    Criminal No. 05-10010-NMG
                         )
                         )
SEVERIN YELAUN,          )
     Defendant      )

## MOTION FOR REVOCATION OF RELEASE

The United States of America, by and through its undersigned counsel, hereby moves the Court, pursuant to 18 U.S.C. § 3148(b), to revoke Severin Yelaun's order of release pending sentencing, As grounds for this motion, the government states the following:

1.   On December 15, 2006, following a two-week trial, Yelaun was convicted by a jury of 26 counts of mail fraud, one count of health care fraud, one count of conspiracy, and one count of conspiracy to launder money.  Yelaun faces a maximum sentence of 20 years' imprisonment on each count (except for the conspiracy count) and a likely sentencing guidelines range of at least 37-41 months' imprisonment (and quite possibly more).

2.   Following Yelaun's conviction, the Court continued him on his then-existing conditions of release, which consisted primarily of an unsecured money bond and a reporting requirement. On December 29, 2006, the Court denied the government's motion to detain Yelaun pending sentencing but simultaneously issued an order requiring Yelaun to surrender to Pretrial Services at 9:00 a.m. on Wednesday, January 3, to be placed on electronic

monitoring.

    3.    As set forth in the attached Affidavit of FBI Special
Agent Russell Chisholm, Yelaun fled the United States to avoid
confinement on or about December 25, 2006.  Specifically, Yelaun
traveled to Kiev, Ukraine, and then to Canada, with the intent of
avoiding sentencing in this case.

    4.    Accordingly, the government respectfully moves that the
Court revoke Yelaun's conditions of release and detain him
pending sentencing.

                     Respectfully submitted,

                     MICHAEL J. SULLIVAN
                     United States Attorney


           By:   /s/ William Weinreb
                 WILLIAM D. WEINREB
                 GREGG D. SHAPIRO
                 Assistant U.S. Attorney

Dated: January 3, 2007