```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                      )
UNITED STATES         )
                      )
     v.               )
                      )      No. 05CR10010-NMG
SEVERIN YELAUN        )
                      )
_____)
```

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant Severin Yelaun hereby moves this Court to continue the sentencing hearing, presently scheduled for March 16, 2007, to a date after March 30, 2007. In support of this motion, defendant states:

1. Defendants' trial attorneys in this case, Jonathan Shapiro and Jeffrey Wiesner, have been on trial in the case of <u>United States v. Freddy Davis-Brea</u>, No. 05-10315-WGY since February 20, 2007. During the week prior to the start of the Davis-Brea trial, both Mr. Shapiro and Mr. Wiesner worked full-time on trial preparation for that case. They have had no opportunity to work on the sentencing issues in the Yelaun case since they received the Presentence Report.

2. Objections to the Presentence Report in the Severin Yelaun case were originally due on February 23, 2007. On February 22, 2007, U.S. Probation Officer Tricia Marcy agreed that defense counsel could have until Wednesday, February 28,

2007 to file objections, provided the objections were not extensive.

    3.    Defense counsel, however, have been unable to complete their objections by February 28, 2007. Attorney Patricia Garin, who was supposed to assist Mr. Shapiro and Mr. Wiesner in drafting objections to the Presentence Report, had to travel to Buffalo, N.Y. from February 24 to February 28, 2007 to be with a disabled parent. Upon her return, she faced a crisis in a case of her own and was unable to work on the objections. Also, on February 23, 2007, counsel received a very lengthy communication from the defendant concerning the Presentence Report and counsel must now meet with him prior to filing their objections. Mr. Shapiro and Mr. Wiesner will likely be on trial for the rest of this week.

    4.    Defense counsel, therefore, are requesting that the sentencing hearing be continued for two weeks to allow them time to adequately prepare objections to the Presentence Report and to meet with their client to discuss his concerns about the Report.

```
                                    Respectfully submitted,

                                    /s/Patricia Garin
                                    Jonathan Shapiro
                                    BBO # 454220
                                    Patricia Garin
                                    BBO # 544770
                                    Jeffrey Wiesner
                                    BBO # 655814
                                    Stern Shapiro Weissberg
                                      & Garin, LLP
                                    90 Canal Street
                                    Boston, MA 02110
                                    (617) 742-5800
```

Dated: February 28, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  2/28/07  .

/s/ Patricia Garin


G:\SSWG\YELAUN\continue sentencing.mot.wpd