UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


_____
                        )
UNITED STATES           )
                        )
     v.                 )
                        )          No. 05CR10010-NMG
SEVERIN YELAUN          )
                        )
_____)


**NOTICE OF APPEAL**

Defendant Severin Yelaun, by his attorney, hereby appeals, pursuant to 18 U.S.C. §1291 and §3742, from the conviction and sentence of the District Court, entered on Tuesday April 10, 2007.  Defendant was determined to be financially unable to obtain an adequate defense in this case, and he proceeds on appeal in forma pauperis, in accordance with 28 U.S.C. §1915, and Rule 24(a)(3) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

/s/ Jonathan Shapiro
Jonathan Shapiro
BBO # 454220
Patricia Garin
BBO # 544770
Jeffrey Wiesner
BBO # 655814
Stern Shapiro Weissberg
& Garin, LLP
90 Canal Street
Boston, MA 02110
(617) 742-5800


Dated: April 16, 2006

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 16, 2007 /s/ Jonathan Shapiro

G:\SSWG\YELAUN\Pleadings\Notice of Appeal.wpd