UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10010

United States of America

v.

Severin Yelaun

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-116

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/16/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ James
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/25/07.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, INTERP

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10010-NMG-2

Case title: USA v. Moyseyev et al

Date Filed: 01/13/2005

Assigned to: Judge Nathaniel M. Gorton

**Defendant**

**Severin Yelaun** (2)
*TERMINATED: 04/13/2007*

represented by **Gennaro D'Ambrosio**
D'Ambrosio Law Offices
14 Proctor Avenue
Revere, MA 02151
781-284-5657
Fax: 781-284-4967
Email: gdambrosio@Dambrosiolawoffices.com

*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan Shapiro**
Stern, Shapiro, Weissberg & Garin
Suite 500
90 Canal Street
Boston, MA 02114-2022
617-742-5800
Fax: 617-742-5858
Email: jshapiro@sswg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Patricia Garin**
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
617-742-5800
Fax: 617-742-5858
Email: pgarin@sswg.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1341 Mail Fraud (1-4) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (5-7) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (8-14) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (15-16) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (17) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (18-20) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (21) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (22) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (23-28) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (29) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud (30-34) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |

| | |
|---|---|
| 18:1341 Mail Fraud<br>(35) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1341 Mail Fraud<br>(36-37) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1343 Wire Fraud<br>(38-40) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1347 HEALTH CARE FRAUD<br>(41) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:371 CONSPIRACY 42<br>(42) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1956(h)- MONEY LAUNDERING CONSPIRACY<br>(43) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |
| 18:1956(a)(1)(A)(i) Money Laundering<br>(44-58) | TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

---

**Plaintiff**

**USA**                                represented by **James J. McGovern**

United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3953
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Auerhahn**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3963
Email: jeffrey.auerhahn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Weinreb**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 900
Boston, MA 02210
617-748-3222
Fax: 617-748-3358
Email: william.weinreb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg D. Shapiro**
Office of the United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3366
Email: gregg.shapiro@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy M. Sternberg**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

617-748-3142
Fax: 617-748-3675
Email: jeremy.sternberg@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2005 | 1 | SEALED INDICTMENT as to Igor Moyseyev (1) count(s) 1-37, 38-40, 41, 42, 43, 44-58, Severin Yelaun (2) count(s) 1-37, 38-40, 41, 42, 43, 44-58, David S. Tamaren (3) count(s) 1-37, 38-40, 41, 42, John F. Montoni (4) count(s) 1-37, 38-40, 41, 42. (Attachments: # 1 # 2 # 3 # 4) (Gawlik, Cathy) (Entered: 01/14/2005) |
| 01/13/2005 | 2 | MOTION to Seal as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby USA. (Gawlik, Cathy) (Entered: 01/14/2005) |
| 01/14/2005 |  | Judge Charles B. Swartwood : ORDER entered granting 2 Motion to Seal as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4) (Gawlik, Cathy) (Entered: 01/14/2005) |
| 01/20/2005 |  | Arrest of Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (Roland, Lisa) (Entered: 01/20/2005) |
| 01/20/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Initial Appearance as to Igor Moyseyev, Severin Yelaun held on 1/20/2005. Case called, Counsel (McGovern, Auerhahn), PTS Pucozzi, Interpreter Malek & Defendants appear, Defendants informed of rights, charges & maximum penalties, Government agrees to release, Both Defendants released on conditions, Case continued for Arraignment before Judge Alexander on 1/27/2005 @ 3:30. (12:52 P.) (Roland, Lisa) (Entered: 01/20/2005) |
| 01/20/2005 | 3 | MOTION to Unseal Case as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby USA. (Roland, Lisa) (Entered: 01/25/2005) |
| 01/20/2005 |  | Judge Charles B. Swartwood : Electronic ORDER entered granting 3 Motion to Unseal Case as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 01/25/2005) |
| 01/20/2005 | 6 | NOTICE OF ATTORNEY APPEARANCE: Gennaro D'Ambrosio appearing for Severin Yelaun (Roland, Lisa) (Entered: 01/25/2005) |
| 01/20/2005 | 10 | Judge Charles B. Swartwood : ORDER Setting Conditions of Release as to Severin Yelaun. (Roland, Lisa) (Entered: 01/25/2005) |
| 01/20/2005 |  | Unsecured Bond Entered as to Severin Yelaun in amount of $ 10,000.00. (Roland, Lisa) (Entered: 01/25/2005) |
| 01/20/2005 |  | Set Hearings as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: Arraignment set for 1/27/2005 03:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Roland, Lisa) |

|  |  | (Entered: 01/25/2005) |
|---|---|---|
| 01/20/2005 | 🔍 | Case unsealed as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (Roland, Lisa) (Entered: 01/25/2005) |
| 01/27/2005 | 🔍 13 | ASSENTED-MOTION to Continue to 2/2/05 at 3:15 PM to hold arraignment as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby John F. Montoni. (Brown, Rex) (Entered: 01/28/2005) |
| 01/27/2005 | 🔍 | Judge Joyce London Alexander : Electronic ORDER entered granting 13 Motion to Continue as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4) (Brown, Rex) (Entered: 01/28/2005) |
| 01/27/2005 | 🔍 14 | Judge Joyce London Alexander : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni Time excluded from 1/27/05 until 2/2/05. (Brown, Rex) (Entered: 01/28/2005) |
| 01/31/2005 | 🔍 18 | Arrest Warrant Returned Executed on 1/20/2005. as to Severin Yelaun. (Barrette, Mark) (Entered: 02/03/2005) |
| 02/02/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Arraignment as to Igor Moyseyev (1) Count 1-37,38-40,41,42,43,44-58 and Severin Yelaun (2) Count 1-37,38-40,41,42,43,44-58 and David S. Tamaren (3) Count 1-37,38-40,41,42 held on 2/2/2005. The Court advises the defendants of the charges and the government states the maximum penalty. The defendants plead not guilty. The Court provides counsel with automatic disclosure notices. Initial Status Conference set for 4/11/2005 11:00 AM in Courtroom 24 before Judge Nathaniel M. Gorton. (Tape #Digital Recording.) (Brown, Rex) (Entered: 02/02/2005) |
| 02/02/2005 | 🔍 23 | NOTICE OF AUTOMATIC DISCLOSURE by Severin Yelaun (Brown, Rex) (Entered: 02/15/2005) |
| 02/03/2005 | 🔍 15 | MOTION for Excludable Delay from February 2, 2005 to April 11, 2005 as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby USA. (Auerhahn, Jeffrey) (Entered: 02/03/2005) |
| 02/07/2005 | 🔍 20 | PRETRIAL MEMORANDUM as to by Severin Yelaun (Roland, Lisa) (Entered: 02/08/2005) |
| 02/07/2005 | 🔍 | ELECTRONIC ENDORSEMENT on Pretrial Memorandum as to Severin Yelaun: " I concur. Conditions of release amended by deleting the requirement for Mr. Yelaun to surrender his passport and substitute therefore, the prohibition of his obtaining a passport. The clerk shall distribute this memo and my endorsement to counsel." cc/cl (Roland, Lisa) (Entered: 02/08/2005) |
| 02/22/2005 | 🔍 25 | NOTICE OF ATTORNEY APPEARANCE: Jonathan Shapiro appearing for Severin Yelaun (Barrette, Mark) (Entered: 02/25/2005) |
| 03/02/2005 | 🔍 26 | NOTICE of Withdrawal of Appearance in case as to Severin Yelaun. |

| | | |
|---|---|---|
| | | Attorney Gennaro D'Ambrosio terminated. (Barrette, Mark) (Entered: 03/02/2005) |
| 03/02/2005 | 27 | NOTICE re automatic disclosure as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (McGovern, James) (Entered: 03/02/2005) |
| 03/02/2005 | 28 | NOTICE re automatic disclosure as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (McGovern, James) (Entered: 03/02/2005) |
| 03/02/2005 | 29 | NOTICE re automatic disclosure as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (McGovern, James) (Entered: 03/02/2005) |
| 03/02/2005 | 30 | NOTICE re automatic disclosure as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (McGovern, James) (Entered: 03/02/2005) |
| 03/02/2005 | 31 | NOTICE re automatic disclosure as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (McGovern, James) (Entered: 03/02/2005) |
| 04/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 4/11/2005. Order to issue. Interim Status Conference set for 6/16/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 04/28/2005) |
| 04/28/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting 15 Motion to Exclude as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4) (Brown, Rex) (Entered: 04/28/2005) |
| 06/16/2005 | | NOTE: NOT A FINAL STATUS CONFERENCE. SEE FOLLOWING ENTRY. Electronic Clerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Further Final Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 6/16/2005. Case returned to district judge. (Miner, Valencia) Modified on 8/9/2005 (Miner, Valencia). (Entered: 07/14/2005) |
| 06/16/2005 | | NOTE: CASE HAS NOT BEEN RETURNED TO DISTRICT JUDGE. Case as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni no longer referred to Magistrate Judge Joyce London Alexander. (Miner, Valencia) Modified on 8/9/2005 (Miner, Valencia). (Entered: 07/14/2005) |
| 06/16/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Interim Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 6/16/2005. Government states that it is in the process of scanning and producing documents. Further Interim Status Conference set for 8/9/2005 @ 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London |

| | | |
|---|---|---|
| | | Alexander. (Miner, Valencia) (Entered: 08/09/2005) |
| 06/16/2005 | 🔾 | Notice of correction to docket made by Court staff. Correction: Final Status Conference dated 6/16/05 corrected because: Should have been entered as an Interim Status Conference instead of a Final Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni. See correct electronic clerk notes for Interim Status Conference held on 6/16/05 with Further Interim Status Conference set for 8/9/05. (Miner, Valencia) (Entered: 08/09/2005) |
| 08/09/2005 | 🔾 | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 8/9/2005. Court sets a further status conference for 10/25/2005 at 4:00 PM. Court orders the parties toprepare a final status report in preparation for the next conference. Court orders the parties to file a motion to exclude time as soon as possible. (O'Leary, Dennis) (Entered: 08/09/2005) |
| 08/09/2005 | 🔾 | Set/Reset Hearings as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: Status Conference set for 10/25/2005 04:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (O'Leary, Dennis) (Entered: 08/09/2005) |
| 08/09/2005 | 🔾 | SET Hearings as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: FINAL Status Conference set for 10/25/2005 @ 04:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Miner, Valencia) (Entered: 08/10/2005) |
| 08/15/2005 | 🔾 | Judge update in case as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni. Judge Joyce London Alexander added. (Edge, Eugenia) (Entered: 08/15/2005) |
| 10/25/2005 | 🔾41 | Assented to MOTION for Excludable Delay from April 12, 2005 to October 25, 2005 as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby USA. (Weinreb, William) (Entered: 10/25/2005) |
| 10/25/2005 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Joyce London Alexander :Interim Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 10/25/2005. W. Weinraub for Gov't, various defense counsel all def'ts are represented. J. Schapero is not here is in Trial. Other defense counsel stands in for him. Gov't indicates large volume of documents have been given to def'ts but review is not yet complete. Def'ts have forwarded document requests but gov't needs further time to produce. Gov't presents report asked for at the previous status conference on 8/9/2005. Court sets dispositive motion deadline on or before December 20, 2005. Final Status Conference will be held December 20, 2005 @ 2:00 P.M. COURT ORDERS THIS WILL BE A FINAL STATUS CONFERENCE. (Digital Recording) (Russo, Noreen) (Entered: 10/25/2005) |
| 10/25/2005 | 🔾42 | Magistrate Judge Joyce London Alexander : ElectronicORDER entered. REPORT AND ORDER on Interim Status Conference as to Igor |

| | | Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: Motions due on or before 12/20/2005. Final Status Conference set for 12/20/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 10/28/2005) |
|---|---|---|
| 10/26/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 41 Assented to Motion to Exclude as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4) (Lovett, Jarrett) Modified on 10/28/2005 (Lovett, Jarrett). (Entered: 10/28/2005) |
| 11/10/2005 | 43 | MOTION to Modify Conditions of Release as to Severin Yelaun. (Attachments: # 1 Exhibit A)(Shapiro, Jonathan) (Entered: 11/10/2005) |
| 11/14/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 43 Motion to Modify Conditions of Release as to Severin Yelaun (2), "in that the Government does not object." (Lovett, Jarrett) (Entered: 11/28/2005) |
| 12/20/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Final Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 12/20/2005. AUSA's McGovern & Weinreb for the Gov't, Atty's McCall, Shapiro, McAlary, Valerio, Faigel for the Deft's. Report & Order on Final Status Report filed in open court. Gov't reports additional discovery is available to the Deft's, Reciprocal discovery is herby ordered. All Dispositive Motions, if any, shall be filed by 1/31/06. Cae to be returned to Judge Nathaniel M. Gorton. (Digital Recording.) (Lovett, Jarrett) Modified on 12/27/2005 (Lovett, Jarrett). As to include AUSA Weinreb's presence at the final status conference. (Entered: 12/27/2005) |
| 12/20/2005 | | Set Deadlines as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: Dispositive Motions due by 1/31/2006. (Lovett, Jarrett) (Entered: 12/27/2005) |
| 12/20/2005 | 47 | Magistrate Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni (Lovett, Jarrett) (Entered: 12/27/2005) |
| 12/21/2005 | 46 | Assented to MOTION for Excludable Delay from October 26, 2005 to January 31, 2006 as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby USA. (Weinreb, William) (Entered: 12/21/2005) |
| 12/21/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 46 Motion to Exclude as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4) (Lovett, Jarrett) (Entered: 12/27/2005) |
| 12/21/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni Time excluded from 12/20/05 until 1/31/06. (Lovett, Jarrett) (Entered: 12/27/2005) |

| 12/21/2005 | 🔵 | Case as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni no longer referred to Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 12/27/2005) |
|---|---|---|
| 01/10/2006 | 🔵 | NOTICE OF HEARING as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni. Initial Pretrial Conference set for 1/20/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/10/2006) |
| 01/13/2006 | 🔵 | Terminate Deadlines and Hearings as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: initial pretrial (Nicewicz, Craig) (Entered: 01/13/2006) |
| 01/13/2006 | 🔵 | NOTICE OF RESCHEDULING as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni. Initial Pretrial Conference set for 2/9/2006 02:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/13/2006) |
| 01/27/2006 | 🔵48 | NOTICE OF ATTORNEY APPEARANCE Gregg D. Shapiro appearing for USA. (Shapiro, Gregg) (Entered: 01/27/2006) |
| 02/09/2006 | 🔵 | Attorney update in case as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni. Attorney William D. Weinreb for USA added. (Nicewicz, Craig) (Entered: 02/09/2006) |
| 02/13/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni held on 2/13/2006. Motions to sever by 3/9/06, responses 3/23/06. Motions in limine 9/6/06, responses 9/20/06. Exhibit/witness lists 9/20/06, objections 9/27/06. Proposed voir dire, jury instructions and verdict form 9/26/06. Parties will file motion to exclude time. Jury Trial set for 10/10/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 9/29/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/13/2006) |
| 02/15/2006 | 🔵51 | NOTICE OF ATTORNEY APPEARANCE: Patricia Garin appearing for Severin Yelaun (Garin, Patricia) (Entered: 02/15/2006) |
| 03/09/2006 | 🔵54 | MOTION to Sever *Defendants* as to Severin Yelaun. (Shapiro, Jonathan) (Entered: 03/09/2006) |
| 03/09/2006 | 🔵55 | MEMORANDUM in Support by Severin Yelaun re 54 MOTION to Sever *Defendants* (Shapiro, Jonathan) (Entered: 03/09/2006) |
| 03/23/2006 | 🔵56 | Opposition by USA as to Igor Moyseyev, Severin Yelaun, John F. Montoni re [53] MOTION to Sever *Trial*, 54 MOTION to Sever *Defendants*, [52] MOTION to Sever *preliminary motion for severance* (Weinreb, William) (Entered: 03/23/2006) |
| 08/11/2006 | 🔵57 | NOTICE OF ATTORNEY APPEARANCE Jeremy M. Sternberg appearing for USA. (Sternberg, Jeremy) (Entered: 08/11/2006) |
| 09/06/2006 | 🔵60 | MOTION in Limine *to Preclude Testimony by Government's Expert* |

| | | |
|---|---|---|
| | | *Witnesses* as to Severin Yelaun. (Garin, Patricia) Additional attachment(s) added on 9/7/2006 (Sonnenberg, Elizabeth). (Entered: 09/06/2006) |
| 09/06/2006 | ●61 | MOTION for Extension of Time to September 15, 2006 to File File Motions in Limine as to Severin Yelaun. (Garin, Patricia) (Entered: 09/06/2006) |
| 09/19/2006 | ● | Judge Nathaniel M. Gorton : Electronic ORDER entered granting [58] Motion for Extension of Time to File as to Igor Moyseyev (1); granting 61 Motion for Extension of Time as to Severin Yelaun (2) (Nicewicz, Craig) (Entered: 09/19/2006) |
| 09/19/2006 | ●62 | MOTION for Extension of Time to 9/27/06 to File Response/Reply *to motions in limine* as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoniby USA. (Weinreb, William) (Entered: 09/19/2006) |
| 09/21/2006 | ●63 | MOTION to Continue *Trial to a Date After 11/13/2006* as to Severin Yelaun. (Shapiro, Jonathan) (Entered: 09/21/2006) |
| 09/22/2006 | ●64 | Opposition by USA as to Severin Yelaun re 63 MOTION to Continue *Trial to a Date After 11/13/2006* (Weinreb, William) (Entered: 09/22/2006) |
| 09/22/2006 | ● | Terminate Deadlines and Hearings as to Severin Yelaun, David S. Tamaren: pretrial conference(Nicewicz, Craig) (Entered: 09/22/2006) |
| 09/22/2006 | ● | ELECTRONIC NOTICE OF RESCHEDULING as to Severin Yelaun, David S. Tamaren Pretrial Conference set for 9/28/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. The 9/29/06 date is cancelled as the court has other judicial business out of the district. (Nicewicz, Craig) (Entered: 09/22/2006) |
| 09/22/2006 | ●65 | Response as to Severin Yelaun: 64 Opposition to Motion filed by USA,. (Shapiro, Jonathan) (Entered: 09/22/2006) |
| 09/22/2006 | ●66 | AFFIDAVIT of Jonathan Shapiro by Severin Yelaun 65 Response (unrelated to a motion) (Attachments: # 1 Attachment A# 2 Attachment B# 3 Attachment C)(Shapiro, Jonathan) (Entered: 09/22/2006) |
| 09/28/2006 | ●69 | Proposed Voir Dire by Severin Yelaun (Garin, Patricia) (Entered: 09/28/2006) |
| 09/28/2006 | ●70 | MOTION to Produce *Notes Taken By Government Agents During Interviews of the Defendant* as to Severin Yelaun. (Garin, Patricia) (Entered: 09/28/2006) |
| 09/28/2006 | ●71 | Proposed Voir Dire by USA as to Severin Yelaun (Weinreb, William) (Entered: 09/28/2006) |
| 09/28/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Severin Yelaun held on 9/28/2006. Case will be completed within 3 weeks. Pretrial filings will be backed up from new trial date. Jury Trial set for 12/4/2006 09:00 AM in Courtroom |

| | | |
|---|---|---|
| | | 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 09/29/2006) |
| 09/28/2006 | 🌀 | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 60 Motion in Limine as to Severin Yelaun (2); granting 63 Motion to Continue as to Severin Yelaun (2) (Nicewicz, Craig) (Entered: 09/29/2006) |
| 09/29/2006 | 🌀 | Terminate Deadlines and Hearings as to Igor Moyseyev, Severin Yelaun, David S. Tamaren, John F. Montoni: j trial (Nicewicz, Craig) (Entered: 09/29/2006) |
| 10/11/2006 | 🌀 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 62 Motion for Extension of Time to File Response/Reply as to Igor Moyseyev (1), Severin Yelaun (2), David S. Tamaren (3), John F. Montoni (4) (Nicewicz, Craig) (Entered: 10/11/2006) |
| 10/26/2006 | 🌀76 | MOTION for Order *For Leave to Introduce Into Evidence at Trial Copies of Original Russian Tape Recordings* as to Severin Yelaunby USA. (Sternberg, Jeremy) (Entered: 10/26/2006) |
| 11/03/2006 | 🌀77 | *SEALED*   SEALED MOTION-Motion for Leave to file under seal and to impound as to Severin Yelaun. (Sonnenberg, Elizabeth) (Entered: 11/03/2006) |
| 11/03/2006 | 🌀78 | *SEALED*   SEALED MOTION -Motion for Appointment as Counsel for defendant as to Severin Yelaun. (Sonnenberg, Elizabeth (Entered: 11/03/2006) |
| 11/10/2006 | 🌀79 | Response as to Severin Yelaun: 69 Proposed Voir Dire filed by Severin Yelaun,. (Weinreb, William) (Entered: 11/10/2006) |
| 11/20/2006 | 🌀80 | EXHIBIT/WITNESS LIST by USA as to Severin Yelaun (Weinreb, William) (Entered: 11/20/2006) |
| 11/27/2006 | 🌀 | ELECTRONIC NOTICE OF HEARING as to Severin Yelaun Pretrial Conference set for 11/30/2006 11:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. The government will file its witness list (including cities and states) forthwith.(Nicewicz, Craig) Modified on 11/27/2006 (Nicewicz, Craig). (Entered: 11/27/2006) |
| 11/27/2006 | 🌀81 | EXHIBIT/WITNESS LIST by USA as to Severin Yelaun (Weinreb, William) (Entered: 11/27/2006) |
| 11/29/2006 | 🌀82 | EXHIBIT/WITNESS LIST by USA as to Severin Yelaun (Weinreb, William) (Entered: 11/29/2006) |
| 11/29/2006 | 🌀83 | EXHIBIT/WITNESS LIST by USA as to Severin Yelaun (Weinreb, William) (Entered: 11/29/2006) |
| 11/30/2006 | 🌀 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Severin Yelaun held on 11/30/2006, Motions terminated as to Severin Yelaun: 70 finding as moot, 76 allowed to the extent stated in open court, 77 and 78 allowed. Court will seat |

| | | |
|---|---|---|
| | | 12+2, colloquy re: empanelment process. Trial should be completed in 2 weeks. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 11/30/2006) |
| 12/04/2006 | 🔵84 | *SEALED*    SEALED MOTION as to Severin Yelaun. (Sonnenberg, Elizabeth) (clerk mailed endorsed order to attorney Shapiro.) (Entered: 12/05/2006) |
| 12/04/2006 | 🔵 | *SEALED*    Judge Nathaniel M. Gorton : Electronic ORDER entered granting 84 Sealed Motion as to Severin Yelaun (2) (Sonnenberg, Elizabeth) (Entered: 12/05/2006) |
| 12/04/2006 | 🔵85 | *SEALED*    SEALED MOTION as to Severin Yelaun. (Sonnenberg, Elizabeth) clerk mailed endorsed order to attorney Shapiro.) (Entered: 12/05/2006) |
| 12/04/2006 | 🔵 | *SEALED*    Judge Nathaniel M. Gorton : Electronic ORDER entered granting 85 Sealed Motion as to Severin Yelaun (2) (Sonnenberg, Elizabeth) (Entered: 12/05/2006) |
| 12/04/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Voir Dire begun on 12/4/2006 Severin Yelaun (2) on Count 1-4,5-7,8-14,15-16,17,18-20,21,22,23-28,29,30-34,35,36-37,38-40,41,42,43,44-58 (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/04/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial as to Severin Yelaun held on 12/4/2006. Jury of 12 +2 alternates selected. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/05/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 2 as to Severin Yelaun held on 12/5/2006. Jury SWORN and instructed. Openings. Testimony of Mary Brennan. Testimony of Greg Voykhansky. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/06/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 3 as to Severin Yelaun held on 12/6/2006. Testimony of Voykhansky continues. Testimony of Michael Bousa. Testimony of Dan Devlin. Testimony of George Rossi. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/07/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 4 as to Severin Yelaun held on 12/7/2006. Testimony of Juan Suazo. Testimony of Renendra Chatterjee. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/08/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 5 as to Severin Yelaun held on 12/8/2006. Testimony of Chatterjee continues. Testimony of Yevgenia Gorovodsky. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/11/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. |

| | | |
|---|---|---|
| | | Gorton :Jury Trial Day 6 as to Severin Yelaun held on 12/11/2006. Testimony of Gorodvosky continues. Testimony of Alex Smolnitsky. Juror No. 5 excused. Testimony of Julie Gelfand. Testimony of Anna Klebanov. Testimony of Marina Shartiolv. Testimony of John Montoni. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/12/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 7 as to Severin Yelaun held on 12/12/2006. Testimony of Montoni cross. Testimony of Edward Curley. Testimony of Michelle Mulley. Testimony of Wanda Gonzalez. Testimony of Brian Schofield. Testimony of Martha Casto. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/13/2006 | 🔵86 | Proposed Jury Instructions by USA as to Severin Yelaun (Weinreb, William) (Entered: 12/13/2006) |
| 12/13/2006 | 🔵87 | AMENDED DOCUMENT by USA. *Proposed verdict form* as to Severin Yelaun: (Weinreb, William) (Entered: 12/13/2006) |
| 12/13/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 8 as to Severin Yelaun held on 12/13/2006. Testimony of Ramona Gallagher. Testimony of Gale Famolari. Testimony of Inna Shtyrkov. Testimony of Christopher Zambrano. Testimony of Luis Cantres. Testimony of William Baez. Testimony of Gale Erban. Testimony of Jose Grullen. Testimony of Elizabeth Capstick. Testimony of Tom Shea. Government rests. Defendant rests. Court excuses Jury until 9:00 a.m. 12/15/06. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/14/2006 | 🔵88 | Proposed Jury Instructions by Severin Yelaun (Shapiro, Jonathan) (Entered: 12/14/2006) |
| 12/14/2006 | 🔵89 | MOTION for Acquittal as to Severin Yelaun. (Shapiro, Jonathan) (Entered: 12/14/2006) |
| 12/14/2006 | 🔵90 | MOTION for Acquittal *At Close of Evidence* as to Severin Yelaun. (Shapiro, Jonathan) (Entered: 12/14/2006) |
| 12/14/2006 | 🔵91 | Objection as to Severin Yelaun: 88 Proposed Jury Instructions filed by Severin Yelaun,. (Weinreb, William) (Entered: 12/14/2006) |
| 12/14/2006 | 🔵92 | MOTION to Dismiss *Count 43 - The Money Laundering Conspiracy Charge* as to Severin Yelaun. (Shapiro, Jonathan) (Entered: 12/14/2006) |
| 12/14/2006 | 🔵93 | Proposed Jury Instructions by Severin Yelaun (Shapiro, Jonathan) (Entered: 12/14/2006) |
| 12/14/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Hearing Out of Jury Presence/charge conference as to Severin Yelaun held on 12/14/2006 (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/15/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 9as to Severin Yelaun held on 12/15/2006. |

| | | |
|---|---|---|
| | | Closings. Court charges the jury. Deliberations. Jury verdict of guilty on all counts submitted to jury. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/15/2006 | 94 | EXHIBIT/WITNESS LIST by Severin Yelaun, USA as to Severin Yelaun (Sonnenberg, Elizabeth) (Entered: 12/18/2006) |
| 12/15/2006 | 95 | Jury Charge as to Severin Yelaun (Sonnenberg, Elizabeth) (Entered: 12/18/2006) |
| 12/15/2006 | 96 | JURY VERDICT as to Severin Yelaun (2) Guilty on Count 1-4,8-14,17,21,23-28,30-34,36-37,41,42,43. (Sonnenberg, Elizabeth) (Entered: 12/18/2006) |
| 12/18/2006 | | ELECTRONIC NOTICE OF HEARING as to Severin Yelaun Sentencing set for 3/16/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 12/18/2006) |
| 12/19/2006 | 98 | MOTION for Detention *Pending Sentencing* as to Severin Yelaunby USA. (Weinreb, William) (Entered: 12/19/2006) |
| 12/22/2006 | 99 | Opposition by Severin Yelaun re 98 MOTION for Detention *Pending Sentencing* (Shapiro, Jonathan) Additional attachment(s) added on 12/26/2006 (Sonnenberg, Elizabeth). (Entered: 12/22/2006) |
| 12/29/2006 | 100 | Judge Nathaniel M. Gorton : Pretial will initiate contact with Yelaun immediately and he shall report to Pretrial Services in Boston (U.S. District Courthouse, One Courthouse Way Suite 1300) on Wednesday, January 3, 2007 at 9AM for installation of EM and for further instructions commensurate with this order.ORDER entered. as to Severin Yelaun. (Nici, Richard) (Entered: 12/29/2006) |
| 01/03/2007 | 101 | MOTION for Detention as to Severin Yelaunby USA. (Sonnenberg, Elizabeth) (Entered: 01/04/2007) |
| 01/03/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Detention/Motion Hearing as to Severin Yelaun held on 1/3/2007 re 101 MOTION for Detention filed by USA. Govt. claims defendant fled to Ukraine last week while on conditions pending sentencing. Defendant was returned to Canada and then to USA custody by FBI. Court revokes release. Defendant is remanded to custody of US Marshal pending sentencing on 3/16/07. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/04/2007) |
| 01/03/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 89 Motion for Acquittal as to Severin Yelaun (2); denying 90 Motion for Acquittal as to Severin Yelaun (2); terminating 92 Motion to Dismiss as to Severin Yelaun (2); denying 98 Motion for Detention as to Severin Yelaun (2); granting 101 Motion for Detention as to Severin Yelaun (2) (Nicewicz, Craig) (Entered: 01/18/2007) |
| 02/28/2007 | 112 | MOTION to Continue *sentence hearing* to After 03/30/07 to Continue sentencing hearing as to Severin Yelaun. (Garin, Patricia) (Entered: 02/28/2007) |

| 03/05/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 112 Motion to Continue as to Severin Yelaun (2) (Nicewicz, Craig) (Entered: 03/05/2007) |
|---|---|---|
| 03/05/2007 | | Terminate Deadlines and Hearings as to Severin Yelaun: sentencing (Nicewicz, Craig) (Entered: 03/05/2007) |
| 03/05/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Severin Yelaun Sentencing set for 4/10/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/05/2007) |
| 04/06/2007 | 113 | SENTENCING MEMORANDUM by Severin Yelaun (Shapiro, Jonathan) (Entered: 04/06/2007) |
| 04/09/2007 | 114 | SENTENCING MEMORANDUM by USA as to Severin Yelaun (Weinreb, William) (Entered: 04/09/2007) |
| 04/10/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Sentencing held on 4/10/2007 for Severin Yelaun (2), Count(s) 1-4, 15-16, 17, 18-20, 21, 22, 23-28, 29, 30-34, 35, 36-37, 38-40, 41, 42, 43, 44-58, 5-7, 8-14, TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 04/13/2007) |
| 04/13/2007 | 115 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT, STATEMENT OF REASONS as to Severin Yelaun.Sentencing held on 4/10/2007 for Severin Yelaun (2), Count(s) 1-4, 15-16, 17, 18-20, 21, 22, 23-28, 29, 30-34, 35, 36-37, 38-40, 41, 42, 43, 44-58, 5-7, 8-14, TOL 24 CHC I, 51 months in BOP, followed by 24 months of SR, with restitution of $88,800,84. See Judgment for details. (Entered: 04/13/2007) |
| 04/16/2007 | 116 | NOTICE OF APPEAL by Severin Yelaun NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/7/2007. (Shapiro, Jonathan) (Entered: 04/16/2007) |