## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10010

United States of America

v.

Severin Yelaun

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-116

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/16/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2007.

Sarah A. Thornton, Clerk of Court

By: _____

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4-26-07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1651

- 3/06