SEVERIN YELAUN
#25490-038
unit JA131
FMC Devens
PO Box 879
Ayer MA 01432-0879

FILED
IN CLERKS OFFICE

2007 SEP 17 P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 10, 2007

Clerk's Office
US District Court, Mass
One Courthouse Way
Boston MA

RE: United States v. SEVERIN YELAUN, NO. 05-10010-NMG

Dear Sir/Madam:

I am writing to request a complete copy of the Docket entry in the above-referenced case. Kindly send me a copy of the docket entry at your earliest convenience. Your anticipated cooperation in this matter will be greatly appreciated.

Very Truly Yours,

SEVERIN YELAUN