1                       UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS
2

3

4       UNITED STATES OF AMERICA           )
                                           )
5                                          )
                                           )
6       vs.                                )   CR No. 05-10010-NMG
                                           )
7                                          )
        SEVERIN YELAUN                     )
8

9

        BEFORE:   THE HONORABLE NATHANIEL M. GORTON
10

11

                      EXCERPT OF DAY TWO OF JURY TRIAL
12
                      Opening Statement by the Government
13

14

15

            John Joseph Moakley United States Courthouse
16                         Courtroom No. 4
                          One Courthouse Way
17                         Boston, MA 02210
                    Tuesday, December 5, 2006
18                         9:13 A.M.

19

20

21                  Cheryl Dahlstrom, RPR, RMR
                       Official Court Reporter
22        John Joseph Moakley United States Courthouse
                    One Courthouse Way, Room 3209
23                        Boston, MA 02210
             Mechanical Steno - Transcript by Computer
24

25

1    APPEARANCES:

2        OFFICE OF THE UNITED STATES ATTORNEY
         By:  William D. Weinreb, AUSA, and
3              Gregg D. Shapiro, AUSA
         1 Courthouse Way
4        Boston, Massachusetts 02210
         On behalf of the Government.
5
         STERN, SHAPIRO, WEISSBERG & GARIN
6        By:  Jonathan Shapiro, Esq., and
              Jeffrey Weisner, Esq.
7        90 Canal Street
         Boston, Massachusetts 02114-2022
8        On behalf of the Defendant.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

1

2       THE COURT:  Good morning, jurors.  We are ready now to

3   proceed with the trial, but we have two items of business to

4   take care of before that.  The first is for you all to stand up

5   and be sworn in as the jury in this case.  If you'll please

6   stand.

7   (Jury sworn.)

8       THE COURT:  And I appoint Miss Sheetoo to be the

9   forewoman of this jury.

10      Ladies and gentlemen, you have been chosen to be

11  judges of the facts in this case.  Your responsibility in that

12  role is to listen carefully to the evidence so that you can

13  properly judge the facts.

14      You must decide this case only on what you hear in

15  this courtroom and only upon that information which is admitted

16  as evidence.  That evidence will be in the form of witnesses'

17  sworn testimony, documentary evidence such -- and other things

18  received as exhibits.  You're not to judge the facts on what

19  you hear outside of this courtroom, and you're not to base your

20  decision on any bias, prejudice or sympathy that you may have.

21      Now, with respect to your fellow jurors, feel free to

22  get to know one another, but please do not talk about the

23  specifics of this case with each other before you're asked to

24  deliberate at the end of the case.  What you say to each other

25  based upon only some of the evidence could put a slant on the

1    case that would be unfair.  You must not form any opinion until

2    all of the evidence is received and admitted.  Keep an open

3    mind until you start your deliberations at the end of the case.

4         Now, during the course of the trial, if at any time

5    something that could assist you occurs or that you don't

6    understand or if anything detracts you from your understanding

7    of this case, please raise your hand.  We'll stop the

8    proceedings and try to correct the problem.  For instance, if a

9    lawyer steps between you a witness and you cannot see the

10   witness, raise your hand and we'll have the lawyer move.  If

11   you cannot hear a witness, raise your hand and we'll have the

12   witness repeat his or her answer.  If you'd like a glass of

13   water, let us know.  We'll bring you one.  If you need a short

14   break for any reason, we will take a short break.

15        I'm going to permit you to take notes during the

16   course of this trial to aid your recollection.  And my deputy

17   clerk will now provide you with those notebooks and pens.  Now,

18   the number on the cover of the notebook, if there is one,

19   should be your own jury seat number.  If there isn't one, I'd

20   like you to write your own seat number on your notebook when

21   you get it just so it's identified with you.  And, of course,

22   the numbers start here, 1, in the front row, through 6, and

23   then in the back row it would be 7 through 14.

24        You, of course, are not obliged to take any notes at

25   all.  If you do not take any notes, you should not be

1  influenced by the notes taken by another juror but rely solely

2  on your own recollection of the evidence.  You must not allow

3  any note-taking to interfere with the ongoing nature of the

4  trial or to detract from what happens here in this courtroom.

5  One of your most important jobs is to observe the witnesses,

6  and, of course, you cannot do that while you're taking notes.

7  Notes taken by a juror, moreover, are not evidence in the case

8  and must not take precedence over your or someone else's

9  independent recollection of what the evidence received actually

10  is.

11         Notes are only an aid to recollection and are not

12  entitled to any greater weight than actual recollection or the

13  impression of each juror as to what the evidence is.  Any notes

14  taken are solely for your own use, and you cannot take those

15  notes outside of this courtroom and the jury room.  You'll

16  leave your notebooks in the jury room at the end of each

17  session and retrieve them the following morning.  So put your

18  seat number on the notebooks.  They are for your use and that's

19  all.

20         Now, I'm the judge of the law in the case, and it is

21  my job to provide you with the law, and you must take the law

22  from me as I define it for you.  You must follow the law

23  whether you agree with it or not.

24         Occasionally, I will confer with the lawyers in this

25  case at sidebar where we will be discussing a matter of law.

1   This is not evidence.  It's not relevant to your consideration

2   and you need not be concerned about it.

3         The lawyers in this case are presenting to you the

4   view of the things as their clients see it.  Let me caution you

5   right away that what lawyers say here is not evidence of

6   anything.  Statements -- opening statements and arguments and

7   even questions by the lawyers are not evidence.  The evidence

8   comes from the witnesses, from writings, exhibits, and from any

9   facts that the lawyers agree or stipulate to or that the Court

10  may instruct you to find.

11        Now, with respect to the witnesses, you have broad

12  power.  You may believe everything a witness tells you.  You

13  can believe some of what a witness tells you.  Or you can

14  disbelieve what a witness tells you.

15        Certain things are not evidence and must not be

16  considered by you.  As I've already said, statements, arguments

17  and questions by lawyers are not evidence.  Objections to

18  questions are not evidence, and you should not be influenced by

19  the objection or the Court's ruling on it.  If the objection is

20  sustained, ignore the question.  If it's overruled, treat the

21  answer like any other answer.

22        Testimony that the Court excludes or tells you to

23  disregard is not evidence and must not be considered.

24        And, finally, anything that you've seen or heard

25  outside of this courtroom is not evidence and must be

1    disregarded.  You are to decide this case solely on the

2    evidence presented in this courtroom.

3        Now, this is a criminal case.  There are three basic

4    rules to keep in mind:  First, the defendant is presumed

5    innocent until proven guilty.  The defendant starts this case

6    as innocent.  You cannot draw any conclusions against him

7    because he happens to be here in court with us and the

8    government has made certain charges against him.  The

9    indictment only makes accusations, nothing more.  The

10   defendant, therefore, starts out with a clean slate.

11       Second, the burden of proof is on the government

12   throughout the case.  The government must prove each and every

13   element of the offenses charged against the defendant.  A

14   defendant does not have any burden to prove his innocence or to

15   present evidence or even to testify.  Each defendant has the

16   right to remain silent, and the law prohibits you from

17   considering that fact, that a defendant may not have testified

18   when arriving at your verdict.

19       And, third, the government must prove its case against

20   the defendant beyond a reasonable doubt.  This is a strict and

21   heavy burden.  This standard requires that the evidence leaves

22   no reasonable doubt concerning the defendant's guilt.

23       Now, with respect to your conduct as jurors, first,

24   please do not discuss the case with anyone.  Until you retire

25   to the jury room at the end of the case to deliberate to your

1    verdict, you simply are not to talk about the case with anyone,

2    including family, friends or fellow jurors.  If you encounter

3    lawyers or witnesses or parties involved in this case in the

4    hallways or the cafeteria or anywhere else, please do not say

5    anything to them.  Your talking with them while the trial is

6    ongoing would be inappropriate.

7          In addition, do not read or listen to anything which

8    may be in the media about this case, and do not try to do any

9    independent research or make an investigation about the case on

10   your own.  Keep your minds open and do not form any opinion

11   until all of the evidence has been presented.  Keep an open

12   mind until you start your deliberations at the end of the case.

13         Now, the trial will begin with opening statements of

14   the attorneys for the parties.  An opening statement is neither

15   evidence nor argument.  It is an outline of what that party

16   intends to prove, and it is offered to help you follow the

17   evidence.

18         Next, the government will present its witnesses and

19   the defendant may cross-examine them.  Then the defendant will

20   present his witnesses, and, if he chooses to do so -- rather,

21   if he chooses to do so, and the government may cross-examine

22   them.

23         After all of the evidence is in, the attorneys will

24   present their closing arguments to summarize and interpret the

25   evidence for you, and then the Court will instruct on the

1    law.  You will then retire to deliberate to your verdict.  And

2    with that, I would ask the government to make its opening.  Mr.

3    Shapiro.

4           MR. GREGG SHAPIRO:  Good morning.  This is a case

5    about an ambitious, young entrepreneur who tried to make easy

6    money using fraud.  The entrepreneur is this man, Severin

7    Yelaun.  When Severin Yelaun was just in his mid-20s, he was

8    already the president, director, treasurer or manager of more

9    than a half dozen different Massachusetts companies, all

10   involved in the physical therapy and medical testing

11   businesses.  Those businesses served patients who had been

12   injured in car accidents, and their treatment was covered by

13   auto insurers.

14          Two of the companies that Yelaun ran were involved in

15   a specific type of medical test called a needle EMG test.  A

16   needle EMG test is a way to test nerve function.  And the way

17   it works is that there's a needle that's connected to a

18   computer tech machine which has a screen and emits electricity.

19   And the needle is put in various muscles in a patient's body.

20   So, for example, during a needle EMG test, a needle might be

21   put in the biceps, the triceps, the deltoid, sometimes the back

22   of the neck, sometimes the lower back, sometimes even in the

23   legs.  As you can imagine, it's a painful test and it's a

24   memorable test.  It's also an expensive test.  It costs at

25   least $1,000, sometimes more than $2,000.  The fraud that

1    Yelaun committed involved billing insurance companies, auto

2    insurance companies, for needle EMG tests that never happened.

3        Here's how the fraud worked:  A patient, someone who

4    had been injured in a car accident, would come in to one of the

5    clinics that Yelaun was running.  The patient would be seen by

6    a doctor, and the doctor generally would prescribe a course of

7    physical therapy.  And that physical therapy would last a

8    period of weeks, sometimes months.

9        During that time, a bill for a needle EMG test would

10   be prepared by the clinic, and it would be sent to that

11   patient's auto insurance company.  The bills were accompanied

12   by at least two other documents.  One of those documents would

13   be a prescription or a request signed by a doctor indicating

14   that the test was medically necessary.  The second document was

15   a report of the test.  The reports, which were usually several

16   pages, looked real.  At the top of each report, there would be

17   the patient's name, the patient's age, and some other

18   information about the patient.  And then there would be a

19   description of the test that was done.  And for a needle EMG,

20   there would be a list of the specific muscles that were stuck

21   with the needle.  And then it would show the electrical

22   function, the nerve function, inside those muscles with numbers

23   and letters and sometimes graphs and waves.

24       At the bottom of each report there was a doctor's

25   signature.  So even though the reports looked real, they

1    weren't.  They were phony.  The patients whose names were at

2    the tops of the reports, they had gone to the clinic for

3    physical therapy, but they never had needle EMG tests.  They

4    never had those expensive tests.  And the doctors whose names

5    were at the bottom of the report, the doctors had never

6    performed needle EMG tests on those patients.

7          At first, Yelaun and a business partner, Igor

8    Moyseyev, had obtained a doctor's signature stamp, and they

9    used that stamp to apply the doctor's signature to phony EMG

10   test reports which were then sent to insurance companies with

11   bills.

12         Later, Moyseyev split up with Yelaun, and Yelaun then

13   went on and got a chiropractor named John Montoni to sign phony

14   EMG test reports.  Montoni was a chiropractor, and he had no

15   idea even how to do an EMG test.  He never did one in his life.

16         Dozens of these phony EMG test reports were prepared

17   and sent with bills to auto insurance companies to be paid to

18   the clinics that Yelaun was running.

19         Before I go any further, I should reintroduce myself.

20   My name is Gregg Shapiro.  I'm an Assistant United States

21   Attorney.  And together with my colleague, Bill Weinreb, we

22   represent the United States of America in this matter.

23         Over the next couple of weeks -- and we'll try to do

24   it as quickly as possible, but over the next couple we're going

25   to show you that the fraud I just briefly described happened

1    and that Severin Yelaun was a part of it.

2        Yelaun was involved in stamping the doctor's signature

3    onto phony EMG test reports.  Yelaun was involved in getting

4    the chiropractor, Doctor Montoni, to sign phony EMG test

5    reports.  Yelaun was involved in making sure that those phony

6    EMG test reports went out with bills to insurance companies for

7    EMG tests that never happened.  Yelaun was involved in plowing

8    the money that came back from the insurance companies back into

9    the businesses that he was running and using it to pay the

10   people who worked there, including himself.

11       Over the next few minutes, I'm going to describe to

12   you in a bit more detail some of the witnesses and evidence you

13   will hear during the trial about Yelaun's fraud.  You will hear

14   that the scheme, Yelaun's fraudulent scheme, began in late

15   1998, which is about the time when Yelaun first met Igor

16   Moyseyev.  At that time, in late 1998, Yelaun already knew how

17   to run a physical therapy business and the medical testing

18   business and how to submit bills to auto insurance companies.

19   Moyseyev had some money, and he was interested in investing in

20   a new business.

21       Together, Yelaun and Moyseyev set up several

22   businesses.  One of those businesses was called Broadway Center

23   Physical Therapy, and it is what it sounds like.  It was a

24   physical therapy business that had doctors and physical

25   therapists, and it had an office in Chelsea.

1        Another business that Yelaun and Moyseyev set up was

2    called Global Tech Diagnostics.  Global Tech was in the EMG

3    test business, and it sent bills to insurance companies for EMG

4    tests, including EMG tests that never happened.  Yelaun and

5    Moyseyev set up Broadway Center Physical Therapy and Global

6    Tech Diagnostics in the same office on Broadway in Chelsea,

7    just over the bridge from here, a few miles away.

8        Now, Moyseyev was the owner, technically, of those two

9    businesses, of Broadway Center Physical Therapy and Global Tech

10   Diagnostics, but Yelaun ran the two businesses.  He hired the

11   doctors to work there.  He hired the physical therapists to

12   work there.  He hired the billing staff to work there.  And he

13   showed the billing staff how to bill insurance companies for

14   the services that were provided and sometimes not provided at

15   those clinics.

16       There's also -- you're also going to hear the names

17   repeatedly during the trial of three different doctors.  One of

18   them is Doctor Montoni, who I've already mentioned, the

19   chiropractor, who, at Yelaun's behest, signed reports of tests

20   that never happened.  A second doctor whose name you're going

21   to hear is Doctor David Tamaren.  I'll talk more about Montoni

22   in a second.  Doctor Tamaren, the second doctor, saw patients

23   at the clinics in Chelsea, and he would prescribe physical

24   therapy for them, and he would prescribe tests for them.  He

25   prescribed nearly all of the tests, the needle EMG tests, that

1    you're going to hear about during this trial.

2         A third doctor that you're going to hear about is

3    Doctor Chatterjee.  Doctor Chatterjee -- that's

4    C-H-A-T-T-E-R-J-E-E in case you're curious.  He also saw

5    patients at the Chelsea clinics.  At some point Yelaun and

6    Moyseyev got ahold of a signature stamp for Doctor Chatterjee,

7    and they used that stamp to sign reports of EMG tests that

8    never happened.

9         Patients whose names are at the tops of those reports

10   will come in here.  Many of them will come in here, and they

11   will testify to you that, while they had physical therapy at

12   the clinics, they never had anyone stick a needle into them.

13   No one ever did a needle EMG test on them.

14        Now, Doctor Chatterjee, in his own practice -- apart

15   from his work in Chelsea, in his own practice he committed

16   healthcare fraud, and he pled guilty and he agreed to cooperate

17   with the government.  Like the patients who will testify to you

18   that they never had those needle EMG tests, Doctor Chatterjee

19   will testify to you that he never performed any needle EMG

20   tests on those patients.  Where there's a signature stamp with

21   his signature on it, he never performed the needle EMG test.

22        At some point Doctor Chatterjee figured out what

23   Yelaun and Moyseyev were doing.  He saw a report that had his

24   signature stamp on it, and he said I didn't do that.  He called

25   Yelaun and Moyseyev.  He called the clinic, and he got in touch

1    with Yelaun and Moyseyev and he was angry.  Then they came down

2    to his office and they met with him.  Yelaun and Moyseyev

3    admitted to Doctor Chatterjee that they were using his stamp,

4    and they promised -- and they were using it to stamp EMG test

5    reports and other nerve test reports, and they promised him

6    that they would stop doing that.

7           During the trial you're also going to hear from

8    another witness, someone who worked in the clinics, someone

9    that Yelaun hired.  Her name is Yevgenia Gorovodsky.  I won't

10   try to spell that for you.  Miss Gorovodsky was hired by Yelaun

11   to collect money from insurance companies based on bills that

12   had already been sent.  During her work there, soon after she

13   started -- first of all, she had worked for Yelaun before at a

14   different clinic.  Then he hired her to work at this clinic in

15   Chelsea.

16          During her work she was looking through the files of

17   all the bills that had been sent and ones that she was supposed

18   to try to collect on.  She saw that a lot of the EMG test

19   reports in the files weren't signed.  She told Yelaun the

20   insurance companies won't pay these bills unless the EMG test

21   reports are signed.  She'll testify that when she told Yelaun

22   that he told her he'd take care of it.  And sometime not long

23   after that, Yelaun gave her a file with an EMG test bill and

24   report in it.  And she opened it up, and she looked at the EMG

25   test, and there was a stamp on the doctor's signature line, and

1    the ink from the stamp was still fresh.  And sometime after

2    that, she will testify, she saw Yelaun cutting and pasting EMG

3    test reports, putting doctors' signatures on other EMG test

4    reports.

5          After Doctor Montoni -- rather, after Doctor

6    Chatterjee confronted Yelaun and Moyseyev about the use of his

7    stamp and after they promised to stop doing that, Moyseyev

8    split up with Yelaun, and Yelaun then went on to start another

9    EMG testing business.  This one was in Lynn and it's called

10   Lynn Diagnostics.  Yelaun set this business up with a different

11   partner whose name was Paul Musaelyants.  This time Yelaun was

12   an incorporator of the business, and he was an officer of the

13   business.  Like Global Tech, the EMG business in Chelsea, Lynn

14   Diagnostics submitted bills to insurance companies for EMG

15   tests that never happened.

16         This time, instead of using Doctor Chatterjee's stamp

17   to sign the phony EMG test reports, Yelaun got Doctor Montoni,

18   the chiropractor, to sign those reports.  Doctor Montoni has

19   pled guilty for his participation in this fraud, and he has

20   agreed to cooperate with the government.  He will come in and

21   he will testify that Yelaun -- first of all, that he's a

22   chiropractor and he knows how to do chiropractic work, and he

23   knows also a little bit about X-rays but that he knows nothing

24   about EMG tests.  He has never done one, ever.  He was never

25   trained to do them and never did any of the tests you're going

1   to see in this case.

2        He will also testify that while he was working with

3   Yelaun, doing chiropractic work at Yelaun's clinics, Yelaun

4   would come to him with EMG test reports that weren't signed and

5   that Yelaun would say that someone else had done the tests but

6   would Doctor Montoni please sign them.  Doctor Montoni will

7   say, that although he regrets what he did now, that he went

8   ahead and did what Yelaun asked, that he signed those phony EMG

9   test reports because he felt intimidated by Yelaun.

10        The patients whose names are at the tops of those

11   reports, the ones signed by Doctor Montoni at the Lynn clinic,

12   they will also come in and testify.  And they will testify,

13   just like the ones who went to the Chelsea clinic, that they

14   had physical therapy but they never had an EMG test.  No one

15   ever stuck a needle into them.

16        Yelaun is charged with four crimes because the conduct

17   I have just described violated four different federal laws.

18   The first crime that Yelaun is charged with is mail fraud,

19   which involves using the mails to commit a fraud.  In this

20   case, the mails were used to send a lot of different documents.

21   The clinics where Yelaun worked would send bills, EMG test

22   reports, prescriptions and other documents to insurance

23   companies.  And then the insurance companies, thinking that

24   those tests were real, would send checks back to the clinics in

25   the mail.

1        Now, Yelaun himself didn't send the checks -- I'm

2    sorry.  Of course, he didn't send the checks.  He also didn't

3    send the mail from his clinics.  His billing staff, the people

4    he hired, did that.  But they did that at his behest and only

5    because of the fraud that he was committing with the phony EMG

6    test reports.  And the insurance companies -- of course, it

7    wasn't Yelaun sending the checks back.  It was the insurance

8    companies sending them back, but they only did that because of

9    Yelaun's fraud.  And so Yelaun is guilty of mail fraud.

10        The second crime that Yelaun is charged with is

11    healthcare fraud.  Healthcare fraud involves using fraud to

12    obtain healthcare benefits from an insurance company.  In this

13    case, the patients who you will hear from, they were covered by

14    auto insurance in Massachusetts, and in Massachusetts auto

15    insurance -- each auto insurance policy has a specific type of

16    coverage called personal injury protection, or PIP, and PIP

17    provides a limited medical benefit for everyone who is injured

18    in a car.  If you're driving a car and you're insured, it

19    covers you and everyone who is in the car with you who may be

20    injured to a limited extent, for medical costs.

21        In this case, the fraud that Yelaun perpetrated was to

22    get auto insurance companies to pay out on that medical benefit

23    based on fraudulent EMG test reports -- EMG tests that never

24    happened.  That was the healthcare fraud, and that's why Yelaun

25    is guilty of health insurance fraud.

1          The third crime that Yelaun is charged with is

2     conspiracy.  Conspiracy involves an agreement between one --

3     two or more people to commit a crime.  And in this case the

4     conspiracy was to commit mail fraud and to commit healthcare

5     fraud.  Now, you're not going to hear ever that there was an

6     explicit agreement between anyone.  But Yelaun conspired with a

7     number of people to commit his crimes, including with Moyseyev,

8     his partner at the businesses in Chelsea, and then later with

9     Doctor Montoni, getting him to sign those phony EMG test

10    reports.  They all worked cooperatively to commit their fraud,

11    and that's why Yelaun is guilty of conspiracy.

12         The last crime, the fourth crime, that Yelaun is

13    charged with is conspiracy to commit money laundering.  Money

14    laundering involves plowing the proceeds, the illegal proceeds

15    -- the proceeds of an illegal business back into a business and

16    then using it to pay workers and other expenses.  And in this

17    case Yelaun was involved in getting the insurance companies to

18    pay out in fraudulent test claims, and then that money would

19    come back into the business, and it would be used to pay the

20    people who worked there.

21         The conspiracy to commit money laundering charge

22    relates specifically to the business at Global Tech, the first

23    EMG testing business in Chelsea.  And you'll see that Moyseyev

24    is the one who actually wrote the checks, but Yelaun was

25    involved in getting those checks to come in in the first place.

1    He's the one who helped to create the EMG test reports, who

2    organized the billing.  And then he's also the one frequently

3    who arranged to pay the workers.  Even though he didn't sign

4    the checks, he handed the workers checks.  So he is also guilty

5    of conspiracy to commit money laundering.

6            Before I sit down, I want to say a few words about the

7    trial.  You're going to hear from a lot of different witnesses,

8    perhaps over 40 witnesses.  The first few are going to take

9    longer.  Then there will be quite a few that are very short.

10   And you're going to see a lot of documents.  But you shouldn't

11   be overwhelmed by it because this case is really about

12   something very simple.  It's just about billing insurance

13   companies for an expensive medical test that never happened.

14           The witnesses you're going to hear from include the

15   patients who didn't have the medical tests.  You're going to

16   hear from representatives of auto insurance companies.  You're

17   going to hear from a number of people who worked in the

18   clinics, including at least one who saw what Yelaun was doing,

19   who saw Yelaun using -- or at least providing her with that

20   stamp that was still fresh.

21           Some of the testimony is going to be repetitive.

22   You're going to hear the same thing from a lot of different

23   people.  And you're going to wonder why do I have to sit here

24   through all this.  The reason is we need to prove to you that

25   Yelaun committed each of the crimes that he's charged with.  We

1   need to prove to you that the patients never had the tests,

2   that the bills were sent to the insurance companies, that the

3   insurance companies looked at the bills, looked at the EMG test

4   reports in considering whether to pay the bills and that the

5   insurance company sometimes did pay the bills and that the

6   money then was used by the clinic, the Global Tech clinic and

7   then the other clinics, to pay the people who worked there.

8           And we're also going to need to prove to you beyond a

9   reasonable doubt that Severin Yelaun was involved in all of

10  that criminal activity.  Now, there were others who were

11  involved, too.  There was Moyseyev.  There was Doctor Montoni.

12  But Severin Yelaun was involved throughout.  And the evidence

13  will prove to you beyond a reasonable doubt that Severin Yelaun

14  participated in the fraud and that he is guilty of the crimes

15  that he's charged with.

16          At the end of the trial, we'll come back to you, and

17  we will explain to you how all of the evidence fits in.  For

18  example, with mail fraud, there are a number of different

19  counts of mail fraud, 26 overall.  And each of them relates to

20  a specific document, a specific check, a specific bill that

21  went out from the clinics.

22          We'll explain to you how all that evidence fits in to

23  each of the crimes that Yelaun is charged with, and we will

24  come back, and we will ask you to find that Severin Yelaun is

25  guilty of mail fraud, that Severin Yelaun is guilty of

1    healthcare fraud, that Severin Yelaun is guilty of conspiracy,

2    and that Severin Yelaun is guilty of conspiracy to commit money

3    laundering.

4              THE COURT:  All right.  Does the defendant wish to

5    make an opening or reserve until its case?

6              MR. JONATHAN SHAPIRO:  Your Honor, the defendant

7    reserves his opening.

8    .   .   .   END OF EXCERPT.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3

4          I, Cheryl Dahlstrom, RMR, and Official Reporter of the

5    United States District Court, do hereby certify that the

6    foregoing transcript excerpt, from Page 2-1 to Page 2-22,

7    constitutes, to the best of my skill and ability, a true and

8    accurate transcription of my stenotype notes taken in the

9    matter of Criminal Action No. 05-10010, United States of

10   America vs. Severin Yelaun.

11

12

13

14

15

16                     /s/ Cheryl Dahlstrom

17                     Cheryl Dahlstrom, RMR

18                     Official Court Reporter

19

20

21

22

23

24

25