1              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
2

3

4     UNITED STATES OF AMERICA            )
                                          )
5                                         )
                                          )
6     vs.                                 )  CR No. 05-10010-NMG
                                          )
7                                         )
                                          )
      SEVERIN YELAUN                      )
8

9

      BEFORE:  THE HONORABLE NATHANIEL M. GORTON
10

11

                 EXCERPT OF DAY NINE OF JURY TRIAL
12

           Closing Arguments by the Government and the Defendant
13

14

15

               John Joseph Moakley United States Courthouse
16                        Courtroom No. 4
                          One Courthouse Way
17                        Boston, MA 02210
                      Friday, December 15, 2006
18                        9:14 A.M.

19

20

21              Cheryl Dahlstrom, RPR, RMR
                    Official Court Reporter
22       John Joseph Moakley United States Courthouse
                 One Courthouse Way, Room 3209
23                    Boston, MA 02210
            Mechanical Steno - Transcript by Computer
24

25

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By:  William D. Weinreb, AUSA, and
 3              Gregg D. Shapiro, AUSA
           1 Courthouse Way
 4         Boston, Massachusetts 02210
           On behalf of the Government.
 5
           STERN, SHAPIRO, WEISSBERG & GARIN
 6         By:  Jonathan Shapiro, Esq., and
                Jeffrey Weisner, Esq.
 7         90 Canal Street
           Boston, Massachusetts 02114-2022
 8         On behalf of the Defendant.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2          THE COURT:  Good morning, counsel.  Before we call the

3     jury, I have some matters that I needed to discuss with you or

4     at least inform you about, and that is, first of all, with

5     respect to Count 42 on the verdict form, I have decided not to

6     divide the question and ask about both kinds of conspiracy.

7     The charge, however, will make clear that the conspiracy

8     requires unanimity with respect to either or both of the

9     charged conspiracies.

11:48 10          With respect to the substantive healthcare fraud, the

11     Court will not dismiss that substantive healthcare fraud count

12     as requested by the defendant.

13          With respect to the indictment, the Court has decided

14     that it will redact the first 40 pages of the indictment.  It

15     does seem to me that that is an introduction and surplusage

16     that is unnecessary for the consideration of the jury if the

17     jury decides to look at the indictment at all.  The remainder

18     of the indictment will be submitted to the jury.  It includes

19     the necessary elements of the offenses and the pertinent

11:48 20     information that is deemed appropriate for submission.

21          The Court has also noticed that in the final pages,

22     with respect to the money laundering conspiracy, there was some

23     more mention of wire fraud that the Court redacted by blacking

24     out the portions that were pertinent.  So, basically, the

25     indictment will go to the jury without the first 40 pages.

1          And, finally, I am going to submit all of the mail

2     fraud counts to the jury.

3          Those are the decisions that I have made that we

4     talked about at the charge conference.  Any comments by

5     counsel?

6          MR. WEINREB:  Yes, your Honor.  With respect to

7     redacting the indictment, I'd just like that the record be

8     clear that the jury instructions tell the jury that they must

9     convict the defendant of the conspiracy as set forth in the

11:48 10   indictment; in other words, not some other conspiracy.  I think

11    that it should be clear that the defendant, by making the

12    motion to redact the first 40 pages, is waiving any argument he

13    might have that the jury did not convict the defendant of the

14    conspiracy in the indictment because they're not going to be in

15    a position to determine the full details of it since we're

16    eliminating the full description of it from the indictment.

17          I mean, the counts -- starting on Page 41, it says,

18    "Paragraphs 1 through 45 set forth above are hereby realleged

19    and incorporated as if fully set forth herein."  That means

11:48 20   that Counts 1 through 37 incorporate all of this.  It's all

21    part of that charge.  So an enormous part of the charge -- and

22    that's realleged in every one of the counts except the money

23    laundering count -- is being redacted.  So I don't think that

24    the defendant can have it both ways.  He can't forbid them from

25    seeing it and then later come back and say that they weren't

1    properly informed or that there was a variance.

2        THE COURT:  The Court finds that it has left, after

3    Page 40, all of the elements of the crime and that the jury has

4    all of the elements of the indictment necessary to determine

5    that the crime has been committed if it so determines.

6        MR. WEINREB:  Very well, your Honor.

7        Secondly, I would note that the mail fraud counts, as

8    set forth in the indictment, reference the paragraphs of the

9    indictment in which these particular mailings are described.

11:48 10       THE COURT:  I have blacked those out.

11       MR. WEINREB:  Very well.

12       I have only one other thing, which is, your Honor,

13    although I should have anticipated yesterday you were going to

14    ask me how much time I needed for closing, I hadn't really

15    given it any thought.  In preparing my closing last night and

16    practicing it, it's going to take me a little over an hour to

17    do the initial part of it.  This was an eight, full-day trial

18    with a lot of evidence and so on.

19       I'm very careful not to repeat myself or waste time,

11:48 20    but I would ask the Court to not impose a strict limit of one

21    hour or at the very least allow a margin of ten minutes or so

22    so that I can go through the evidence and the various counts.

23       We've also got several different kinds of laws that

24    are alleged to be violated here, including money laundering,

25    which is complicated.  And it would be helpful for the jury,

1    frankly, to have a concise summation.  I understand it should

2    be concise.  But, still, it will be helpful for them to hear

3    it.  So I would just ask for --

4        THE COURT:  I've given you 15 minutes for rebuttal.

5    You can take at least some of that time.  Why do you need 15

6    minutes for rebuttal?

7        MR. WEINREB:  Your Honor, I'm anticipating that issues

8    may be raised.  I've tried a lot of cases.  Issues are often

9    raised on the defense closing that require some kind of

11:48 10   rebuttal.  I may not take all 15 minutes on rebuttal, but I

11   would like to reserve 15 minutes because that seems like an

12   appropriate amount given the anticipated length of the defense

13   closing.

14       I'd just ask, if the government goes over by ten

15   minutes in its initial closing, that I may be permitted -- I'll

16   try not -- I think it's fair, given the length of the trial,

17   the amount of the evidence and the complexity of the charges.

18       MR. JONATHAN SHAPIRO:  Judge, I can -- my closing is

19   going to be considerably less than an hour.  I understand that

11:48 20   Mr. Weinreb thinks he has a lot to say.  I think that if he

21   wants to take more than his hour on his closing that that

22   should reduce the time that he has for rebuttal.  I think it's

23   only fair that the parties have roughly equivalent time.  It

24   sounds like he's going to be taking twice as much time as the

25   defendant.

1          THE COURT:  I'll allow you one hour and twenty minutes

2     total, okay?

3          MR. WEINREB:  Very well, your Honor.

4          THE COURT:  We're ready to go.  Mr. Shapiro.

5          MR. JONATHAN SHAPIRO:  Just a couple matters.

6          THE COURT:  Excuse me.

7          MR. JONATHAN SHAPIRO:  One is, I had filed yesterday a

8     motion to dismiss the money laundering count on the grounds

9     that I had raised previously when I objected to certain

11:48 10    evidence on the grounds that there was a material variance from

11    the indictment.

12          THE COURT:  I haven't heard anything about the

13    variance since the opening of the trial.

14          MR. JONATHAN SHAPIRO:  Well, if you recall, during the

15    trial when the government introduced the checks payable to some

16    of the employees of the --

17          THE COURT:  Yes.  You objected and I noted your

18    objection.

19          MR. JONATHAN SHAPIRO:  Okay.  And at that time you

11:48 20    indicated that you would consider the motion to dismiss at the

21    end of the trial based upon the evidence that had been

22    introduced, to see if the government had sufficiently dealt

23    with the issues I had raised.

24          Just for the record, I'm filing -- I have filed a

25    motion to dismiss the money laundering conspiracy charge on the

1    grounds that the government changed its theory on the opening

2    day of the trial from a theory which was based upon payments by

3    Global Tech to Symco Billing, which accounted for all of the

4    substantive counts in the indictment, and changed their theory

5    completely to rely now on a theory of payments by Global Tech

6    to certain employees.

7         They had introduced, I think, one check to Miss

8    Gorovodsky and one check to Mr. Smolnitsky, as well as several

9    checks to Mr. Yelaun.  My argument is that that's not what was

11:48 10   charged, and for that reason I'm asking for a ruling on the

11   motion to dismiss just so I haven't waived it.

12        THE COURT:  Your motion is acknowledged and is denied.

13   But it is acknowledged on the record that you made it.

14        MR. JONATHAN SHAPIRO:  Okay.  The only other matter is

15   that yesterday -- yesterday afternoon I filed a supplemental

16   request for a jury instruction.  I'm not sure whether the Court

17   had planned on giving it or not.  But I'm requesting that the

18   Court give the First Circuit pattern jury instruction with

19   respect to caution as to cooperating witness, accomplice, paid

11:48 20   informant.  That's Section 2.07.

21        THE COURT:  Yes.  I'm going to give that instruction.

22        MR. JONATHAN SHAPIRO:  Thank you.

23        THE COURT:  All right.  We're ready to call the jury.

24        Mr. Weinreb, if you use that chart, I want you to be

25   careful not to block my view from any of the jurors.  It

1    probably would be preferable if it were on the other side over

2    there, but I don't want Mr. Shapiro to be blocked either.

3        MR. WEINREB:  Your Honor, before you came in, we set

4    up the chart and we sat in all the various seats and tried to

5    make sure there were good sight lines.  If there aren't, I'm

6    sure you'll let me know.

7        THE COURT:  Okay.

8    (The jury entered the room at 9:25 a.m.)

9        Good morning, jurors.  Welcome back.  I'm glad to see

11:48  10   you again.  I would ask if you have been able to honor my

11   instructions about not talking about this case.  May I have a

12   showing of hands of those of you who did honor my instructions.

13   Thank you.  This is a unanimous showing of hands.

14       We are now ready, as I informed you before, to hear

15   closing arguments.  By tradition, in criminal cases, the

16   government is allowed to go first and have a brief period of

17   rebuttal after the end of its argument.  So you'll hear first

18   from the government's attorney, then from the defendant's

19   attorney, and then finally, briefly, from the government's

11:48  20   attorney once again.

21       With that, I would ask the government for its closing

22   arguments.  Mr. Weinreb.

23       MR. WEINREB:  Good morning.  Severin Yelaun was an

24   ambitious young man who decided to make his fortune in the

25   medical services business.  Too bad he decided to make some of

1    it through insurance fraud.  But you can see why he did it.  It

2    was pretty easy money.  I have put something up on the screen

3    here.  The fraud was a simple one.  All you had to do was start

4    with a report like this one, duplicate it exactly, at least

5    with a different name on top and a different date of birth,

6    different patient information, put Doctor Chatterjee's

7    signature stamp on it -- that's the one for George Rossi that

8    you saw -- send it into an insurance company with one of these

9    things attached.  And the result:  $1,500 for not a whole lot

11:48 10    of work.

11         And then that same report could be duplicated again

12    and again.  This time Christopher Zambrano's name was put on

13    the top, along with his patient information and date of birth.

14    Send that in with a claim form like this one, another $1,500.

15         That was the fraud.  And when Mr. Yelaun was running

16    the show at Global Tech Diagnostics, that fraud happened again

17    and again and again.  You saw over 50 separate EMG reports from

18    Global Tech Diagnostics that had Doctor Chatterjee's signature

19    stamp on it.  And then after Doctor Chatterjee discovered the

11:48 20    use of his stamp and Mr. Moyseyev split from Mr. Yelaun and Mr.

21    Yelaun went over and formed Lynn Diagnostics in Lynn, it

22    started happening again, this time with Doctor Montoni's

23    signature on the reports.  And at Lynn Diagnostics, it happened

24    again and again and again.  1,500 to $2,500 just by duplicating

25    a report, getting a signature on it and sending it in to the

1    insurance companies.

2          Now, let's start with Global Tech.  Global Tech and

3    Broadway Diagnostics started out just as ideas in Mr. Yelaun's

4    head.  You heard that Global Tech -- and you saw the report --

5    Global Tech was -- Broadway Center Physical Therapy was created

6    in November, 1998.  Let me put it up on the screen, too, for

7    those of you who can't see that chart.  At the time it was

8    created, Mr. Yelaun was already pretty experienced in the

9    medical services and billing area.  He had worked in Brighton,

11:48 10    at American Care Associates, where he was the treasurer and

11    secretary.  He had worked at Atlantic Physical Therapy and

12    Rehab Center in Allston, where he was the treasurer and one of

13    the directors.  He had worked in Dedham, at All Star Physical

14    Therapy, where he was the treasurer.

15          And you know that his job at all of these places,

16    because you heard from the various people who worked for him

17    there -- Julie Leyfer, Chatterjee, Mike Bousa -- that Mr.

18    Yelaun was the manager.  He ran the show at these places.  And

19    his specialty was billing.  He even boasted of it in his law

11:48 20    school application which you saw.  He wrote that from July,

21    1996, to April 1998, at Atlantic Physical Therapy and Rehab

22    Center, he was the office administrator and head of the billing

23    operation; September, 1998, to October, 1999, Broadway Center

24    Physical Therapy, billing collection operation; and then

25    October, 1999, to the present, Lynn Diagnostic Management,

1   general manager.  So that's Mr. Yelaun's account of his own

2   job.

3        Mr. Yelaun told his friend, Gregory Voykhansky, that

4   he had a dream of creating a full-service medical center, one

5   that would provide physical therapy, chiropractic services,

6   testing of all sorts, all located in one place.  His problem

7   was that he lacked the money to start a business.  That's where

8   Igor Moyseyev came in.  Moyseyev didn't know anything about

9   medical services or medical billing.  He didn't even speak

11:48 10  English very well.  But he had some money to invest.  So

11  Gregory Voykhansky introduced Mr. Yelaun to Mr. Moyseyev, and

12  he was there when the two of them first spoke.  They agreed to

13  go into business together.  And in November, 1998, they created

14  Broadway Center Physical Therapy, and then a month or two

15  later, they founded Global Tech Diagnostics.  And those were

16  just two businesses in the same location, here, on Broadway, in

17  Chelsea, in the same building with the post office.  You heard

18  people refer to this over and over as the Broadway clinic.  And

19  over here, on 320 Broadway, is where those businesses were

11:48 20  located.

21       Now, it's true Mr. Yelaun's name is not on the

22  corporate documents for Broadway Physical Therapy or Global

23  Tech.  And you heard why that was.  Mr. Moyseyev was the one

24  putting up all the money, so he wanted to be the owner.  Mr.

25  Yelaun was going to get added when he had proved himself to Mr.

1    Moyseyev.

2          But everyone who you saw, everyone who worked there,

3    told you that Mr. Yelaun was effectively a partner.  You heard

4    from the three office workers who Mr. Yelaun hired to work

5    there over a period of time:  Yevgenia Gorovodsky, Julie

6    Leyfer, Alex Smolnitsky.  You heard from Doctor Chatterjee,

7    from Doctor Montoni, both of whom were hired to work there by

8    Mr. Yelaun.

9          Mr. Yelaun always held himself out to be a partner.

11:48 10   He acted like a partner.  And, indeed, he ran the show there.

11   And you certainly know that in his own mind he considered

12   himself a full partner because even in April, 2001, a year and

13   a half later, that's what he was telling Gregory Voykhansky.

14   You don't have to take Mr. Voykhansky's word for it because his

15   phone call with Mr. Voykhansky was tape-recorded by the FBI.

16   This took place on April 18, 2001, and you see -- you heard the

17   conversation although you heard it in Russian.  You were able

18   to read along with the transcript at the time.

19          And here's how the conversation went:  Mr. Yelaun said

11:48 20   "Hi, Grisha," which was Voykhansky's nickname.  "How are

21   things?"  And Voykhansky says, "How much does Igor owe you

22   now?", Igor Moyseyev.  And Yelaun said, "170."  Voykhansky

23   asked, "170,000?"  And Yelaun said, "Uh-Huh."  And Yelaun said,

24   "In all fairness, you know, taking 50 percent of the

25   receivables paid, you see."  Because that's what Mr. Yelaun

1    considered himself:  a 50 percent partner, an equal partner,

2    who was entitled to 50 percent of the accounts receivable.

3         And in April, 2001, there were still accounts

4    receivable from Global Tech.  Those fraudulent claims, which

5    had been sent out by Global Tech, not all of them had been paid

6    yet.  You heard that Symco Billing Company was hired to collect

7    them.  In April, 2001, Mr. Yelaun was still trying to collect

8    his share, a 50 percent share.

9         Gorovodsky -- I'm sorry, Voykhansky asks, "I don't

11:48 10   know.  Did he," meaning Moyseyev, "provide you with any

11   accounting information regarding this?"  And Yelaun said,

12   "Listen, I even have deposit books.  I have everything.  The

13   reality is that he owes 170.  I wouldn't Claim 250, 230.  This

14   is rubbish.  I'm the only one who can make a business like

15   this.  Only a few people here in Boston know this better than

16   me."

17        On the next page, Voykhansky asks, "Okay.  So it's

18   your half which" -- and Yelaun says, "Yes, it's my half."

19   That's what he wanted, his 50 percent share he was owed.

11:48 20        And towards the end, Yelaun said, "Okay, no problem.

21   Grisha, you know I prefer to settle all disputes amicably."

22   And Voykhansky said, "You know, I think he basically is a

23   normal guy," meaning Moyseyev, "and you are probably a normal

24   guy, too.  What can prevent you and him from reaching an

25   agreement?  If you earn money, then share it between

1    yourselves."  Yelaun said, Of course, we will share the money

2    and go our separate ways."

3         So although they had stopped doing business together,

4    the business went on.  Yelaun still wanted his share, and until

5    he got his share, he was still a partner of Igor Moyseyev,

6    entitled to his share, and once he got it, then they would go

7    their separate ways.

8         Of course, you heard that Yelaun had every right to

9    consider himself a full partner at Global Tech and at Broadway

11:48 10    Physical Therapy because he ran the show there.  It was his

11    baby.  Every witness who testified told you that.  He was the

12    manager; he was the supervisor; and he ran the day-to-day

13    operations.

14         In particular, he ran the billing operation.  You

15    heard from three people who billed at Global Tech.  In

16    chronological order from when they worked there, there was

17    Julie Leyfer, then Alex Smolnitsky and then Yevgenia

18    Gorovodsky.  That's not the order they testified in.  They

19    testified in the opposite order, but that was the order in

11:48 20    which they worked there.

21         Yelaun hired them; he trained them; he supervised

22    them; and he told them all about how to bill an insurance

23    company for an EMG test.  And what he told them is that you

24    bill an insurance company for an EMG test by creating a package

25    of materials.  The packages, as you saw, varied from time to

1    time.  They didn't always contain exactly the same documents.

2    But the one for George Rossi, who was the first patient who

3    testified, this one is typical.  There's a cover letter on

4    Global Diagnostics stationery.  The name of the insurance

5    company is up here.  Patient name, claim number and date of

6    loss.  And then it says, enclosed please find a bill and

7    medical records.  And then it's signed by the biller, in this

8    case Julie Leyfer.  She told you that was her signature and

9    this was her handwriting.

11:49 10          Then it also often contained a certification.  Global

11    Tech Diagnostics, itemized medical reports rendered to George

12    Rossi.  I, Julie Leyfer, hereby certify that the attached

13    bills, records and/or reports rendered to George Rossi are true

14    and complete.  And, again, signed under the pains and penalties

15    of perjury by Julie Leyfer.

16          Then there would be a claim form, called a HCFA form,

17    stating who gets the money and how much money they should get,

18    1,598, for the EMG test.  And then there would be one of these

19    request forms requesting the test be done.  And then there

11:49 20    would be the report to show that the test had, in fact, been

21    done, and signed by a doctor to show it wasn't just a blank

22    report.

23          Now, what Julie Leyfer told you was that every single

24    thing she put into this package, everything she sent to the

25    insurance company and everything she wrote on this form she did

1    because Mr. Yelaun told her to.  When she was working at Global

2    Tech, she was 17 years old.  She was barely out of high school.

3    She didn't know how to do any of this stuff.  She was trained

4    by Mr. Yelaun.  She testified she wasn't trained actually at

5    Broadway P.T.  She was trained at the -- she had worked for him

6    previously at other clinics and that's where he trained her.

7    The same practices that he had trained her to do at other

8    clinics, she continued at Broadway Physical Therapy.  When I

9    asked her -- or she was asked, why did you certify here that

11:49 10    these were true and complete charges and that the tests had

11    actually been done, she said because Mr. Yelaun told me to.

12    That was my job, to fill out the certification and sign it.

13    She obviously didn't know.  She just works in the billing

14    department.  She just listened to what he told her to do.  She

15    said that she filled this out.  Of course, she didn't know if

16    the tests had been done.  She just knew what Mr. Yelaun told

17    her.

18         Then, here, she said she even filled this out.

19    Doesn't that strike you as odd?  This is the request, a

11:49 20    doctor's request, a doctor's referral, for a test.  And, yet,

21    it's being filed out by someone in the billing department and

22    stamped with a signature.  Why was it done that way?  Because

23    Mr. Yelaun told her to do it that way.  And she was asked, was

24    the signature on there or before or after you filled it out.

25    She couldn't remember.  But she does know that's her

1   handwriting.  She wrote down what the problem diagnosis was.

2   She wrote down what was needed.  She checked off what was

3   needed.  She knew what to write and what to check off because

4   Mr. Yelaun had trained her.  He had told her what to do.  And

5   then the report, of course, also, has Doctor Chatterjee's

6   signature on it.  And all these things got sent to the

7   insurance company by her but not because she cared about them

8   going to the insurance company.  Because he did.  That was his

9   job.  He was in charge of the billing operation there.

11:49 10        Now, you notice that two of those documents have a

11  stamp on them, Doctor Chatterjee's signature stamp.  So let's

12  talk for a moment about that stamp.  Doctor Chatterjee told you

13  that he first met Severin Yelaun in 1997.  That was before --

14  that was before Broadway Physical Therapy and Global Tech got

15  started in November, 1998.  1997 was when Mr. Yelaun was still

16  working at these companies.

17        And he told you that Mr. -- he met Mr. Yelaun, and Mr.

18  Yelaun came to his office and asked him to see patients at two

19  clinics, one in Brighton and one in Lynn.  That would have been

11:49 20  this one, American Home Care Associates, and this one,

21  Orthopedic Physical Therapy, which Mr. Yelaun incorporated in

22  January, 1998.  He was the president and treasurer.  If he

23  didn't incorporate it, he eventually became the president and

24  treasurer.

25        So it was late 1997, early 1998, Mr. Chatterjee starts

1    working for Mr. Yelaun.  And he's seeing patients at these

2    clinics because these clinics were physical therapy clinics.

3    There were physical therapists and chiropractors there.  But a

4    doctor needed to see the patients initially to give them --

5    prescribe a course of treatment if they needed it and needed to

6    periodically evaluate them to make sure they were okay.

7         For these clinics to function, for them to be able to

8    run, Mr. Yelaun needed doctors to work there at least a couple

9    days a week to see the patients who came in.  Mr. Yelaun (sic)

11:49 10    was one of the doctors he hired to come in and see patients.

11    Doctor Chatterjee agreed and he worked there.  And then in late

12    1998, he testified, right around the time that Broadway Center

13    Physical Therapy was getting formed, Mr. Yelaun introduced him

14    to Mr. Moyseyev, and he explained to Doctor Chatterjee that he

15    and Moyseyev, Yelaun and Moyseyev, were creating a new clinic

16    in Chelsea.  And he wanted Doctor Chatterjee to see patients

17    there as well.  And Doctor Chatterjee agreed.  And he saw

18    patients at that Chelsea clinic until, he said, the summer of

19    1999.  He didn't remember the exact month but around then.

11:49 20         During that period, that same period that he's working

21    there, Doctor Chatterjee has his own office in Dorchester.  He

22    had his own practice and he saw patients there.  And he also

23    did NCV, EMG tests on his own machine that he had in his

24    office.  And he had a secretary who typed up his reports and

25    did his billing.  He also testified that he used a signature

1    stamp, but he allowed it to be used only in his own office, by

2    his own secretary, and only on certain reports.  And he told

3    you why.  I would submit that his reasons will make sense to

4    you.

5            Most of what Doctor Chatterjee did was see patients

6    for evaluations, same thing he was doing at these clinics,

7    basically office visits.  Patients would come in.  I got into

8    an accident, complained of pain.  There would be an office

9    visit.  He would examine them.  Do you feel pain here?  Do you

11:49 10  feel pain there?  He would take notes by hand.  He told you he

11   used a template, a standard form, where he would write in the

12   patient's history, information, and he'd fill in the various

13   boxes of what they said.  Then he would give those reports to

14   his secretary to type up into a formal report that could be

15   sent to an insurance company and billed for.

16           And he told you that he reviewed her work for a period

17   of months to see how well she could do the transcribing.  After

18   he was satisfied that she could do it correctly, he began to

19   allow her to stamp his signature on the reports and bill for

11:49 20  them before he had actually reviewed the final reports because

21   he trusted her to do it right.  That way they could be billed

22   in a timely fashion because he told you she was always behind

23   in doing her work.  She was behind in transcribing things, and

24   he wanted the process to be sped up.

25           He wasn't always in the office.  He was often at these

1    other clinics seeing patients for Mr. Yelaun.  So she'd stay

2    back at the office, transcribe the reports, stamp them, bill

3    for them.  And then later on he told you that the next time he

4    picked up the file and he saw the report, he could see -- he

5    had his notes there.  He had the report.  If there were any

6    corrections that needed to be made, he could make it at that

7    time.  He even said that there were times when he gave a report

8    a report back to her and said, no, this is wrong.  You need to

9    fix it and resubmit it.

11:49 10         Of course, you did hear that during 1997 and early

11   1998, when Doctor Chatterjee was seeing patients at his own

12   clinic, he was putting down the wrong codes on the claim forms.

13   He was putting down codes for complex office visits, one of

14   those numbers that you saw, rather than the number for a simple

15   office visit.  And that was wrong.  He should have known

16   better.  He should have known what code to put down there.  He

17   put down the wrong code, and he put down a code that got him

18   more money than he was entitled to.

19         And he was charged with a crime for doing that, and he

11:49 20  told you that as soon as he was shown that he was doing it, he

21   accepted responsibility for it.  He pled guilty and he was

22   punished.  He didn't go to jail.  His son and wife and

23   mother-in-law had all been killed in a car accident right

24   before that, and the judge held that he should stay home under

25   home detention to take care of his son.  But he did pay a huge

1    amount of restitution and a fine, and he was on probation for

2    four years.  He lost his medical license.  So you heard all of

3    that.

4          And when he was confronted with it, he both admitted

5    what he did, and he agreed to cooperate with the government, as

6    you also heard.  He agreed to answer any questions the

7    government had and to testify truthfully if required.  That was

8    his testimony to you.

9          Now, among the things that he was explaining to you

11:49 10   about his practice was that the NCV, EMG tests -- the NCV, EMG

11   machine that he used in his own office didn't have a printer

12   attached.  It was an older model.  It spit out a tape like EKG

13   machines do.  So he had to record all the numerical values from

14   all those shocks and the needlesticks by hand.  He recorded

15   them by hand on a piece of paper, and that was another type of

16   report that his secretary had to transcribe and type up.

17         Now, that was not a standard report, like an office

18   visit report, the same thing happening over and over again.

19   This was a report with a lot of numbers, little numbers going

11:49 20   out to two decimal points, like you've seen over and over

21   again.  And the results were complicated and the numbers were

22   important.  The exact numerical values were important because

23   that determined whether the test was normal or abnormal.

24         It was important that those were transcribed exactly.

25   And so he told you that those were not reports that he allowed

1    his secretary to just transcribe and type and stamp.  He needed

2    to review those reports to make sure that they were, in fact,

3    accurate and compared them to his notes, compared them to the

4    tape, and make sure it was done correctly.  So he told you that

5    that's exactly what he did.  When there was an NCV report or an

6    EMG report to review, his secretary typed it, give it to him.

7    He would review it.  He'd write in any corrections that were

8    needed, and then he would sign it by hand.  He didn't stamp

9    those reports, and, of course, there would be no reason to

11:49 10   stamp them because he's got them right there in his hand,

11   reviewing them.

12         When Mr. Yelaun asked Mr. Chatterjee to work at

13   Broadway Center Physical Therapy, seeing patients, he also

14   asked him to do NCV tests there, or at least he told Mr.

15   Chatterjee that he wanted to do NCV tests.  He actually thought

16   that Mr. Yelaun wanted to learn how to do them.  That's what

17   Mr. Bousa told you, that Mr. Yelaun first thought that he would

18   be doing them.  Doctor Chatterjee explained that the NCV test

19   had to be done by a trained technician and had to be reviewed

11:49 20   by a doctor.  The results had to be reviewed by a doctor.

21         Mr. Yelaun told Mr. Chatterjee he was going to hire

22   Mike Bousa.  You remember Mike Bousa.  He was the guy from

23   Sierra Cadwell, the NCV, EMG technician.  He said he was going

24   to hire Mike Bousa to do these tests, and he would pay Doctor

25   Chatterjee to review the NCV reports and signed them.  Doctor

1    Chatterjee had worked with Mr. Bousa before and trusted him, so

2    he agreed to do that.

3           So when Doctor Chatterjee would go to the Broadway

4    Physical Therapy clinic to see patients, he would get a bunch

5    of reports, NCV reports, that Mike Bousa had done, and he would

6    review them and sign them right then and there.  And he told

7    you that that's the way it worked.  He'd get the reports; he'd

8    review it; write in any corrections; see if he agreed with Mike

9    Bousa's conclusion and, if he did, sign the report right there

11:49 10   by hand.  Again, why would he stamp those reports if they had a

11   stamp on them.  He's got the thing right in front of him so

12   he'd sign it.

13          Sometimes, he said, Mr. Yelaun was impatient to bill

14   for those tests, so he brought them to Chatterjee's office in

15   Dorchester.  Again, Mr. Chatterjee had to look at them to

16   review them, and he would look at them and he would sign them

17   by hand.  Again, there would be no need or any reason to use a

18   signature stamp.  He told you that he never, ever used a

19   signature stamp on an NCV report, ever.  He also told you that

11:49 20   he never gave Mr. Yelaun his signature stamp or authorized him

21   to use the stamp on an NCV report or any other kind of report.

22   That stamp was just for the use of his secretary, in his own

23   office.

24          Now, Mr. Yelaun also wanted someone to do EMG tests at

25   the Broadway clinic.  And Doctor Chatterjee explained to Mr.

1    Yelaun that Bousa couldn't do EMG tests, that those had to be

2    done by a doctor because it's an invasive test.  It involves

3    sticking needles in a person's body.  And moreover, that's not

4    a test that can be done and reviewed later by somebody else

5    because the EMG test isn't just shocking a person and writing

6    down the numbers.  It involves sticking needles at two points

7    in a person's body and then having them flex their muscle.  And

8    as they flex their muscle, you look at the results, the waves

9    on the screen, to see if it gets abnormal at some point.  If it

11:49 10    does, you can freeze the frame and print it out.  And those are

11    the pictures that you've seen again and again on those reports.

12    But the doctor has to be there to read it, so those can't be

13    done and then reviewed later.

14         Mr. Yelaun offered to have Doctor Chatterjee come to

15    the Broadway clinic to do EMG tests, but he wasn't willing to

16    schedule them at a time when Doctor Chatterjee was available.

17    Doctor Chatterjee had his own practice seeing other clients,

18    and Mr. Yelaun couldn't accommodate him.  So Doctor Chatterjee

19    told you that he never did any EMG tests at the Broadway

11:49 20    clinic, none.

21         Now, I'm sure you remember that whether Doctor

22    Chatterjee did EMG tests at the Broadway clinic was the subject

23    of a lot of cross-examination by Mr. Shapiro.  He asked Doctor

24    Chatterjee again and again.  You sure you never did a test

25    there?  You sure you never did a test there?  Doctor Chatterjee

1    kept saying, to the best of my recollection, I never did a

2    single EMG test at the Broadway clinic.

3            That was Mike Bousa's recollection, too.  He said that

4    he had never done any EMG tests with Doctor Chatterjee at the

5    Broadway clinic.  All those office workers who testified --

6    Julie Leyfer, Alex Smolnitsky -- who were at the Broadway

7    Clinic said they never even saw him there.  They had heard his

8    name.  They'd seen his stamp.  But they never saw him in

9    person.

11:49 10          And, yet, you saw nearly 50 EMG reports stamped with

11   Doctor Chatterjee's signature or appearing to have his

12   handwritten signature that were billed by Global Tech and that

13   supposedly were done at the Broadway clinic during this period,

14   November, 1998, through February of 1999, 50 EMG reports with

15   his signature on them.  How can that be?  Well, one possibility

16   is that Doctor Chatterjee did 50 EMG tests there and just

17   forgot about it or he did them and he's telling you that he

18   didn't.

19           Another possibility is that all 50 of those tests are

11:49 20   fraudulent, that those reports are not reports of tests that

21   Doctor Chatterjee did at the Broadway clinic.  They are

22   phonies.  They are duplicate reports of some other tests, done

23   somewhere else, stamped with Doctor Chatterjee's signature so

24   that Global Tech, Mr. Yelaun's company, could bill for them and

25   collect the money.

1           And the evidence in this case proves to you beyond a

2    reasonable doubt that those tests are fraud.  They are

3    fraudulent.  They were sent to insurance companies at Mr.

4    Yelaun's request to collect money, and they looked real but

5    they weren't.  How do you know the tests were fraudulent?  You

6    know it in at least four ways.  First of all, let's take the

7    tests that were supposedly done by Doctor Chatterjee on

8    February 20.  These are all tests that were either stamped with

9    his signature or left blank at the signature line.  They all

11:49 10   have the date on top, February 20, 1999 -- I'm sorry.  I said

11   1998.  I meant 1999.

12           How do you know these test reports are fraudulent?

13   Well, I would submit that you know it one way.  Look how many

14   were supposedly done on February 20th.  One, two, three, four,

15   five, six, seven, eight, nine, ten -- fifteen tests.  Think

16   about that.  Mike Bousa described to you what a full-blown NCV,

17   EMG test is like.  First, the patient has to be brought into

18   the room.  Somebody has to explain to them that they're about

19   to get these painful shocks and needlesticks.  You have to get

11:49 20   a patient history, which is what you see at the top of the

21   report.  It has to be typed into the machine.  The person has

22   to be prepared to get the test.  The test equipment has to be

23   prepared.

24           And then the shocks begin.  And you saw that device

25   that was used for shocking.  And Mr. Bousa told you it wasn't

1    just one shock and then move on, but you'd get shocked again

2    and again and again in the same spot, with ever increasing

3    amounts of electricity used until the wave got to be the

4    highest it could go, and then that would be captured for the

5    value for that nerve.  He told you that if you were shocked at

6    ten different places that would be, like, up to 50 shocks.  And

7    it took awhile.

8        And then that wasn't over because now the needles

9    began.  Now you had to get stuck with needles in different

11:49 10    parts of your body.  These weren't just a quick needlestick.

11    These were needles being inserted and left there while you were

12    asked to move your muscles, and a doctor looked at waves on a

13    screen, and the technician prints out the graph.  And each one

14    of these people supposedly got at least 12 needlesticks,

15    sometimes 24 needlesticks, according to the report, sometimes

16    28 needlesticks.

17        He told you that a full-blown NCV, EMG test takes at

18    least an hour.  Remember that there's got to be some time in

19    between patients.  Nobody is going test, test, test, test,

11:49 20    test, with a one-second break in the middle.  You've got to eat

21    lunch.  There's got to be a bathroom break.  Yet, there were 15

22    supposedly done on February 20th.  15, 16, 17 straight hours of

23    tests.  You know that wasn't done.  You just know as a matter

24    of common sense those tests didn't occur.  These are frauds.

25        You know it in another way, too.  Mr. Bousa told you

1    that the machine that was used at Global Tech was a Sierra

2    Cadwell machine, and it was a more sophisticated machine than

3    the one Doctor Chatterjee used.  It was hooked up to a printer.

4    And you could -- as soon as the test was done, the printer

5    printed out the report.  That way the doctor could look at it

6    and sign it right then and there.

7         And he told you that he had done hundreds and hundreds

8    and hundreds of these tests with different doctors, including

9    Doctor Chatterjee, and that in his experience every single

11:49 10    doctor signed the test by hand.  Nobody used a signature stamp.

11    Why would they?  The test is coming out of the machine.  You

12    look at it.  You ask Mr. Bousa to make any corrections that are

13    needed.  You print out the final copy.  You review it and you

14    sign it.  You have no reason to use a signature stamp, no need

15    for one.  That's what Mr. Bousa told you.  Nobody ever did it.

16    And, yet, these are all stamped.

17         You know in a third way that they're fraudulent.  And

18    that's because George Rossi came in here, and he told you that

19    nobody stuck him with that needle.  That's the needle which

11:50 20    you've seen a lot of.  I'm sure you remember Mr. Shapiro held

21    it upright to Mr. Rossi's face and said, "That's not a big

22    needle, is it?"  He said, "That looks like a pretty big needle

23    to me."  Does it look like a big needle to you?  George Rossi

24    told you that he was 100 percent certain nobody stuck him with

25    that needle, let alone 12 times, over and over and over again.

1          Now, it's true we all get blood tests and nobody

2     remembers every single blood test they ever got.  In a blood

3     test, they stick the tip of the needle under your vein and draw

4     blood.  And it stings.  We all get flu shots.  Nobody remembers

5     the exact dates they ever got a flu shot.  That's a quick jab

6     and it's out.

7          But that's not what getting stuck with this needle is

8     like.  First of all, the people who got the test or who

9     administered the test told you it's painful.  It hurts.

11:50 10    Furthermore, this needle had to be stuck in weird parts of your

11    body:  in your wrist, here in your forearm, in your bicep, back

12    of your shoulder, in the back of your neck, in the back -- the

13    small of your lower back.  Bousa told you that when it was

14    stuck here he had to be stuck all the way up to the hub and

15    often moved around, and you had to flex those muscles while

16    they looked at the waves on the screen.  And this wasn't just

17    needles being stuck into your body and left there and moved

18    around, but electricity was coming out of there.

19         Do you think anybody gets a test like that and doesn't

11:50 20    remember it?  Even six years later?  You might not remember the

21    exact details of how a car accident occurred, or you might not

22    remember when you went to this hospital or that hospital or

23    whether you got the X-rays here or later.  But if you got a

24    test like that and the shock test, where you're shocked again

25    and again and again, you would remember it.  But George Rossi

1    said it never happened.  Christopher Zambrano testified, and he

2    told you, never happened.  Juan Suazo told you it never

3    happened.

4         But even if you hadn't seen any of that evidence, even

5    if Doctor Chatterjee hadn't testified, if Mr. Bousa hadn't

6    testified, if none of the patients had testified, you'd still

7    know beyond a reasonable doubt that those tests are fraudulent.

8    And you'd know it because of this.  All three of these

9    absolutely identical in every respect.  One shock after

11:50 10    another, every number, the same, to two decimal points.  You're

11    talking about people, different ages, different sizes, some

12    men, some women, some big, some small, some young, some old,

13    some in pain, some in not so much pain, some complaining of one

14    thing, some complaining of another thing, just all sorts of

15    different people.  And, yet, not just -- and, yet, again and

16    again and again you find pairs or three of a kind where the

17    results are exactly the same, exactly, for every shock, for

18    every needlestick, without exception, to two decimal points.

19         You know that's not a coincidence.  You don't need an

11:50 20    expert witness to come in here and tell you that that's just

21    impossible.  The only reason that those tests are identical is

22    because they're just carbon copies of one another.  It's just

23    the same test being used with a different name on top of it so

24    the insurance company can be billed again and again and again

25    without anybody having to be paid for doing a test or the test

1    ever having to be done.  That's just February 20, 1999.

2         How about November 14, 1998?  Ten reports supposedly

3    -- ten tests supposedly on that date, full-blown NCV, EMG

4    tests, expensive ones.  Michelle Mulley, according to her

5    report, she got stuck with that needle 28 times, both sides of

6    her body on the top, both sides of her body on the bottom.  She

7    told you that never happened.  And, yet, on that date

8    supposedly all six of these people got that full-blown NCV, EMG

9    test, as did these people get it.  And for these six people,

11:50 10    every single shock, every single needlestick, at every

11    location, identical, carbon copies of one another.

12         Do you think that's just an amazing coincidence?  Or

13    doesn't your common sense tell you beyond a shadow of a doubt

14    that that's fraud?  These tests are just copies of one another.

15    Michelle Mulley didn't get that test; Patricia Matul didn't get

16    it; Ovidio Merida didn't get it; Herminia Martinez didn't get

17    it; Romero; Lizardi; they didn't get the test.  The test was

18    just used -- the same test results were used again and again

19    and again and again, with different people's names and stamped

11:50 20    with Doctor Chatterjee's signature so the insurance companies

21    could be billed over and over and over and over again for the

22    same tests.

23         Obviously, some test was done at some point because

24    the tests looked real, but they weren't done by Doctor

25    Chatterjee.  That, you know for sure because he told you.  He

1    didn't do any tests at that clinic.  Mike Bousa told you he

2    didn't do any tests with Chatterjee at that clinic.  They're

3    not signed by him.  They're stamped with his signature stamp.

4    He had nothing to do with those tests.  And so even if one or

5    two of them were done, it really makes no difference because

6    they're still fraudulent because they're stamped with the

7    signature stamp of a doctor who didn't do them.

8         Take a look at December 12, 1998.  Here you actually

9    have some tests -- you have a test that was signed.  This is

11:50 10    the one that Mr. Shapiro showed Doctor Chatterjee, just this

11    one, not these two.  And he was confused by that.  He said that

12    is my signature on that report.  I don't get it because I

13    didn't do any tests there.  You know what happened because it's

14    identical to these two other tests.  That is fraud.  Somehow

15    that signature got on this document, but he didn't put it.  You

16    know that's true because none of these tests are real.  None of

17    them happened to these people because they're all identical.

18         Look who else got tests on that day:  Severin Yelaun

19    got one; Igor Moyseyev got one; Ilena Moyseyev got one, that's

11:50 20    Igor Moyseyev's daughter.  That was a busy day for them.  Or

21    perhaps none of them got the test.  It's just fraud.  They just

22    made them up.  They just took results from somebody else's and

23    put their own names on them so they could bill for their own

24    tests and collect money.

25         And about that use of that signature, again, Mr.

1    Shapiro showed Mr. Chatterjee only four tests or five.  They

2    were all the ones that were actually with his signature on

3    them.  Look at these two:  Rosa Gratini and Myrta Santana.

4    Both have what appear to be his actual signature on them, but

5    they're absolutely identical.  So you know that that signature

6    did not get there because Doctor Chatterjee wrote it on there

7    because these are fraudulent tests.  Once again, they're carbon

8    copies of each other.

9         Same thing with the Diomaris Gratini, identical to

11:50 10  Jose Martinez' test.  By the way, you're going to have all of

11   these back in the jury room.  These are Exhibits 61 through 65.

12   And the tests are in a stack, and the duplicates are one right

13   after another.  So if you want to compare them for yourself and

14   make sure that they're identical, you'll have the chance to do

15   that.  Keep them in the same order they're in in the exhibit,

16   and you'll be able to see, all identical, all these people.

17        The evidence not only proves to you that those tests

18   are fraudulent; it proves to you that Mr. Yelaun, he knew that

19   Chatterjee was not performing those tests, any EMG tests, at

11:50 20  the Broadway clinic.  Of course, he knew that.  He ran the

21   Broadway clinic.  He was the one who hired all the workers,

22   including the doctors.  He hired the technicians like Bousa.

23   He scheduled them.  He ran the show there.  He ran the

24   day-to-day operations.  Of course, he knew Doctor Chatterjee

25   wasn't there on November 27th, February 20th, December 12th,

1    November 11th, because if Doctor Chatterjee was there, it would

2    only be because he brought him there.  He knew all these tests

3    were being billed because he was in charge of the billing

4    operation.  He's the one who told the workers what to bill for.

5    He's the one who prepared the reports for them, who handed them

6    the files.  He told them what forms to fill out, what forms to

7    fill in.  If they had questions they came to him.  Julie Leyfer

8    told you that.  Yevgenia Gorovodsky told you that.  Alex

9    Smolnitsky told you that.

11:50  10        Igor Moyseyev wasn't running the show there.  People

11    barely even saw him there.  It was Mr. Yelaun who was doing it.

12    And so, of course, he knew that Doctor Chatterjee did not

13    perform 50 NCV, EMG tests during that period.  If he had, he

14    would have been paid for them.  Mr. Yelaun didn't pay him any

15    money.  The only thing Doctor Chatterjee got paid for was

16    reviewing those NCV tests by Mike Bousa.  That, he did get paid

17    for.  But he didn't do any EMG tests.

18        Mr. Yelaun knew perfectly well that all of this was

19    going on because Global Tech was his show.  It was his

11:50  20    business.  Moyseyev owned it but he ran it.  That's what every

21    single person told you.

22        I mentioned that when the office workers had problems

23    with any of the reports, with any of the bills, they would go

24    to Mr. Yelaun to get answers.  And you heard that there were a

25    couple of problems.  And you heard that the biggest problem

1    that occurred for Mr. Yelaun was that Doctor Chatterjee got a

2    report with his signature stamp on it, sent to his own office

3    in Dorchester.  It was sent to him by a lawyer who wanted him

4    to certify -- because it had a signature stamp on it, he wanted

5    Doctor Chatterjee to certify that the test had actually been

6    done so that the test could be used in court.

7        But Doctor Chatterjee instead called Mr. Yelaun and he

8    was very, very upset.  He demanded that Mr. Yelaun and Mr.

9    Moyseyev explain what his signature stamp was doing on a report

11:50  10   since he never stamped reports.  He certainly hadn't given them

11   his stamp.  He hadn't authorized them to use his stamp.  They

12   came to his office, and Mr. Yelaun said that they had used his

13   stamp.  He admitted it, that they had used his stamp.  And

14   Doctor Chatterjee asked how many times.  And Mr. Yelaun said

15   that he wasn't sure exactly how many but several.  And Doctor

16   Chatterjee demanded that they give the stamp back.  Mr. Yelaun

17   said that they didn't have it anymore, they had destroyed it.

18       You know that conversation occurred because Yevgenia

19   Gorovodsky remembers it.  She was troubled by some of the

11:50  20   things she saw Mr. Yelaun do in that office, troubled enough

21   that she remembers them pretty clearly seven years later.  Mr.

22   Yelaun hired her in October of 1999, and she only worked for

23   him for a few months.  Then Mr. Moyseyev split with him, and

24   she continued on with Mr. Moyseyev.

25       She remembers a time when she was going through a

1    report, and she saw one of these tests that didn't have a

2    signature stamp on it.  She brought it to Mr. Yelaun and she

3    said, "How am I supposed to bill for this test report?  It

4    doesn't have a signature on it."  He said, "Don't worry.  I'll

5    take care of it."  And then a couple of days later he handed it

6    back to you, and, lo and behold, there was Doctor Chatterjee's

7    signature stamp on it.  She said the stamp looked fresh,

8    meaning that the page right above it had some of the ink on it,

9    indicating that it had just been stamped.

11:50 10        She also told you that there was one time she gave him

11    another report -- this time she doesn't remember if it was an

12    NCV or an EMG test, but it was a report -- and it needed a

13    signature.  And Mr. Yelaun just wrote Doctor Chatterjee's

14    signature on it right there in his own hand, just forged his

15    signature.  And she told you that she wouldn't even touch that

16    report.  She gave it right back to him and said, "I don't have

17    to have anything to do with that."

18        She remembers when Doctor Chatterjee called.  She

19    remembers quite well that there was a time when Doctor

11:50 20    Chatterjee, who she had never met at that time, called and

21    said -- complained that Mr. Yelaun owed him money for reviewing

22    these NCV tests and that he had gotten this report with his

23    signature on it.  He wanted to know what they were doing with

24    his stamp.  And she remembers going to Mr. Yelaun and telling

25    him about that phone call.  And he said, "Don't worry.  I'll

1    take care of it."

2         And what you'll see is that -- I'm going to show you

3    in a minute is that, after that call got made, no more use of

4    Doctor Chatterjee's signature stamp.  That was the end of that.

5    You'll see that after that point, in fall of 1999, when Doctor

6    Chatterjee discovered this and called, no more reports were

7    stamped with his signature.

8         But although Doctor Chatterjee's call put an end to

9    the fraudulent use of his signature stamp, it didn't spell the

11:50 10  end of the fraudulent scheme that Mr. Yelaun was a part of over

11   at Global Tech.  Many of the claims based on those fraudulent

12   tests were still outstanding.  They had been mailed out to

13   insurance companies, but the insurance companies hadn't paid.

14   And after the use of that stamp was discovered and Moyseyev

15   split from Mr. Yelaun, Mr. Moyseyev handed all of those files

16   to Global Tech -- sorry, to Symco Billing Company to bill for

17   them.  And Anna Klebanov and Martina Shartilov, who were the

18   two workers from Symco, and they told you that they attempted

19   to collect on all of those claims.  And they sometimes

11:50 20  succeeded.  Checks came in.  And they remember both Mr. Yelaun

21   and Mr. Moyseyev coming by to ask about those checks.

22        Global Tech's contract with Symco ran from November,

23   1999, through November, 2000.  November, 1999, around the time

24   that the signature stamp was discovered, through November,

25   2000.  You'll have the contract in the jury room.  You will be

1    able to see the dates.  So even after Mr. Yelaun stopped

2    working for Global Tech, the fraud that he had set into motion

3    continued.  And even though he had stopped working at Global

4    Tech, he still believed that he deserved a share of the

5    proceeds from that fraud, a 50 percent share to be exact.

6         That's what you heard him say to Mr. Voykhansky in

7    that phone call in April, 2001.  He was asking Voykhansky to

8    help him get his share of the fraudulent proceeds from

9    Moyseyev.  And so his participation in the fraudulent scheme

11:50 10    continued until at least April, 2001, because all during that

11    period those fraudulent claims were still out there at the

12    insurance companies.  Symco was trying to collect on them for

13    the benefit of Global Tech, and Mr. Yelaun was trying to get

14    his share of the Global Tech money that he felt that he

15    deserved, being an equal partner in this business that was

16    partly legitimate and partly based on this fraud.

17         Even though Doctor Chatterjee's discovery of that

18    signature stamp ended the use of the stamp itself, even though

19    his discovery of it on that report stopped it from being used,

11:50 20    it didn't stop Mr. Yelaun from trying to make easy money

21    through this fraudulent scheme.  He just picked up the

22    fraudulent scheme and took it over to his new business at 140

23    Union Street in Lynn, called Lynn Diagnostics Management.

24         You heard that Lynn Diagnostics Management was located

25    there, at 140 Union Street in Lynn, up there on the second

1    floor.  And then on the first floor was a physical therapy

2    business.  First it was called Orthopedic Physical Therapy.

3    That's the one that Mr. Yelaun at one point was president and

4    treasurer of.  Then it got sold to Carl Jacobs and became

5    Southern Essex.  But the details of that don't really matter.

6    There was physical therapy here and Lynn Diagnostics up at the

7    top.  It used to be Broadway Physical Therapy.  It was the same

8    thing but in a new location.  This is the building with the

9    Social Security Administration.

11:50 10        After Mr. Yelaun set up shop over at Lynn Diagnostics,

11    he continued to bill for NCV, EMG tests.  Many of those tests

12    never actually occurred.  The only difference now is that

13    instead of being stamped with Doctor Chatterjee's signature

14    stamp they were signed by Doctor Montoni, the chiropractor.

15        Doctor Montoni told you how he met Mr. Yelaun.  They

16    were both working in Chelsea.  They had the same landlord.  And

17    Mr. Yelaun and a doctor named Tamaren, whose name you've heard

18    and seen on a lot of these prescriptions -- Mr. Yelaun and

19    Doctor Tamaren wanted to set up an X-ray shop at Broadway

11:50 20    Physical Therapy.  Montoni was an X-ray technician, so they

21    asked him if he'd set it up.  Montoni leased the X-ray

22    equipment, but they were never able to set it up there.  So he

23    never did any X-rays at Broadway P.T., although he did start

24    working as a chiropractor there.

25        He told you during that period when he was working as

1    a chiropractor at Broadway Physical Therapy, one day Mr. Yelaun

2    and Mr. Moyseyev showed up at his home in Swampscott.  They

3    showed up uninvited, in the middle of the day, with no warning,

4    no invitation, to the place where Mr. Montoni lived with his

5    wife and kids.  Mr. Yelaun had a box of files with him, and

6    those files had completed EMG reports in them and they were

7    blank.  There was no doctor's name at the bottom and there was

8    no signature -- I'm sorry.  They were -- I misspoke there.  He

9    had a bunch of completed EMG reports.  I don't think that Mr.

11:51 10    Montoni remembered whose signature was at the bottom because at

11    that point what Mr. Yelaun wanted was prescriptions for those

12    EMGs.  As you heard, to bill insurance companies for these

13    tests, some doctor has to request them and prescribe them.  Mr.

14    Yelaun wanted prescriptions for them so that they could be

15    billed for.

16         And he asked Mr. Montoni -- just came out to his house

17    in the middle of the day, handed him this box of tests and

18    said, "Write prescriptions for all of these tests."  That was

19    obviously not the right thing to do, to write prescriptions for

11:51 20    tests after they've already been done when you don't even know

21    if they're needed.  You don't even know if they're your

22    patients.  Mr. Montoni did it anyway.  He knew that it was

23    fraudulent.  He knew the purpose of this was fraud.  But he did

24    it anyway.

25         He told you why he did it.  He told you he had been

1    clinically depressed for years.  He told you he was intimidated

2    by Mr. Yelaun.  He told you why.  He told you that when the

3    issue of leasing the X-ray equipment came up Mr. Montoni --

4    they went to talk about the lease, and Mr. Montoni didn't want

5    to sign the lease because he was going to be on the hook for

6    the payments, and he was worried about something happening and

7    that's exactly what happened.  He signed the lease for it and

8    he had to make the payments.  The X-ray equipment never got set

9    up.  It was just lost money.

11:51 10         But when he questioned Mr. Yelaun about signing the

11    lease, Mr. Yelaun exploded, yelled at him, started slamming

12    things down on the table.  You saw Mr. Montoni.  You see what

13    kind of a guy he is.  He admitted he was a meek guy.  He was

14    depressed at that time.  He didn't want a confrontation with

15    Mr. Yelaun.  When Mr. Yelaun came out to his house, with his

16    wife and kids, during the day, he didn't want a confrontation

17    there so he did the easy thing.  He just signed the

18    prescriptions.

19         That was a big mistake because that was a crime.  He

11:51 20    told you that as soon as he got caught by the FBI he admitted

21    everything that he did, and from that day forward he admitted

22    it and he was charged with it and he pled guilty, and he, too,

23    is going to be punished.  He knows he's facing time in prison.

24    He doesn't know what he's going to get.  It's up to the Court.

25    He's hoping he's not going to go to jail but he doesn't know

1    what he's going to do.

2         After the move to 140 Union Street -- after Mr.

3    Moyseyev split with Mr. Yelaun and they moved to 140 Union

4    Street, Yelaun came to Mr. Montoni once again to sign

5    documents.  But this time it was EMG reports, and these were

6    the reports that were blank.  They had no doctor's name or

7    signature at the bottom.  Yelaun asked Mr. Montoni to sign

8    these reports, and Mr. Montoni did it even though both of them

9    knew full well that Mr. Montoni had not done those EMG reports,

11:51 10   that he had no idea how to do an EMG report.  He'd never been

11   trained to do it.  And that signing them was fraudulent.  It

12   was certifying that he had read it and done it and he agreed

13   with the conclusions, that it had actually been done.  Of

14   course, they both knew full well that he hadn't done it.  He

15   was in no position to know whether it was a legitimate report

16   or not because he had no idea how to do an EMG test.

17        He told you that Mr. Yelaun came to him a dozen times,

18   and each time he brought him three to five reports.  And, once

19   again, you saw some of those reports in court.  And, once

11:51 20   again, you saw that many of them are just carbon copies, one of

21   the other.  Exhibit 66, which you'll have in the jury room, are

22   some of the reports signed by Doctor Montoni.  William Baez,

23   who testified that he never got stuck with that needle, never

24   got an EMG test.  Jose Grullon testified, never got that needle

25   EMG test.  Gail Famolari testified she never got a needle EMG

1    test.  Baez and Grullon's reports, identical; Plunkett and

2    Martinez's reports, identical; Famolari and Pierre-Louis

3    reports, identical.

4         Just the same thing that was happening at Global Tech,

5    only know Mr. Yelaun was doing it at Lynn Diagnostics.  Instead

6    of using Doctor Chatterjee's stamp on the reports, he was

7    having Doctor Montoni sign them.  And if you look here, you can

8    see that that's just how it went.  These are all of the

9    fraudulent EMG reports from Global Tech that were put into

11:51 10   evidence.  Most of them have Doctor Chatterjee's stamp on the

11   report and on the request, although a couple of them were

12   Doctor Tamaren's signature.  And these were billed in May,

13   1999, all the way up to September, 1999.  And Doctor Chatterjee

14   told you it was in the fall of 1999 that he discovered the use

15   of his signature stamp, and he confronted Mr. Yelaun about it.

16   And at that point no more tests -- no more test reports were

17   billed out using his signature stamp.  That was the end of

18   that.

19         Then you heard that in November of 1999 or soon after

11:51 20   that, a couple months later, Mr. Moyseyev split off from Mr.

21   Yelaun after this discovery was made.  And Mr. Yelaun picked up

22   shop and went over and created Lynn Diagnostics with a guy

23   named Paul Musaelyants.  And then the whole thing started up

24   again after they moved.  It starts up again with Mr. Montoni's

25   signature on the reports and Doctor Tamaren signing all of the

1    prescriptions.  You saw a lot of those prescriptions.  They

2    just say "NCV," "EMG."  They don't even specify what should be

3    done, arm, leg, right, left.  They're undated.  Some of them

4    say "tests prescribed and done," making it obvious that the

5    prescription is being written after the fact.  All of these are

6    files that went into evidence.

7         I want to say a word about the charges in this case.

8    Mr. Yelaun is charged with multiple counts of mail fraud.  The

9    essence of mail fraud is a fraudulent scheme that makes use of

11:51 10   the mails.  In this case the fraudulent scheme was billing

11   insurance companies for EMG tests using phony documents.  It

12   doesn't matter whether the EMG tests were even done or not.

13        What was fraudulent was that they weren't done by the

14   doctor whose name appears at the bottom.  That was a material

15   misrepresentation.  It was a lie.  And it was a lie on every

16   single test that bears Doctor Chatterjee's stamp or Doctor

17   Montoni's signature.  And it was a material lie because it was

18   the kind of thing that insurance companies care about when they

19   decide whether to pay claims.  They care about whether the test

11:51 20   was actually done, and the signature helps them know that the

21   test was done.

22        You have to find that Mr. Yelaun voluntarily and

23   intentionally participated in this scheme with the intent to

24   defraud the insurance companies.  You don't need to write this

25   down because the judge is the one who instructs you on the law,

1       not me, and what I say here doesn't matter if he says something

2       different.  I'm just trying to summarize it for you right now.

3       But what I believe the judge will instruct you is that all you

4       have to find is that he voluntarily and intentionally

5       participated in the scheme with the intent to defraud the

6       insurance companies.

7              But you don't need to find that Mr. Yelaun invented

8       the scheme, that he knew all the details of it, that he

9       participated in each act of it, that he profited from it or

11:51 10    that he even played a major role in it.  You may find that he

11      did one or all of those things but you don't need to.  That's

12      not -- you don't need all of that to be guilty of mail fraud.

13      All that matters is that he participated in it, that he did so

14      voluntarily and intentionally and that he intended to defraud

15      the insurance companies to get money for tests that weren't

16      done.

17             The scheme involved a lot of mail going back and forth

18      from the insurance companies.  And it was mail from Global Tech

19      sometimes, from Lynn Diagnostics, from the insurance companies

11:51 20    to Global Tech and Lynn Diagnostics.  Sometimes it's mail back

21      and forth with Symco.  Sometimes it's mail to lawyers who were

22      involved in representing these patients.  Each count of mail

23      fraud charges one mailing because each mailing is a violation

24      of the statute.

25             The verdict form that you get will pair up each

1    mailing with an exhibit that was introduced in the case, one of

2    the claim forms or cover letters or one of the items of mail

3    that was introduced in the case.  The verdict form will tell

4    you which count is which item of mailing.

5           Now, you have to find that that mailing, that

6    particular item of mail, was connected to the fraudulent

7    scheme, but you don't have to find that that particular mailing

8    was false, whether it's a cover letter or it's a Symco letter

9    asking for payment.  The letter itself doesn't have to be

11:51 10   false, nor do you have to find that Mr. Yelaun personally

11   mailed it or that Mr. Yelaun personally received it.  You only

12   have to find that the mailing was connected with the fraud and

13   that Mr. Yelaun could reasonably foresee that that piece of

14   mail would be generated and would go into the mail because, as

15   long as he is guilty of the fraud, participating in the fraud,

16   and he can foresee that this fraud involves mailings -- and, of

17   course, he could because he was a medical billing expert.  He

18   knew all of this happened by mail, and he knew exactly what

19   documents -- the kinds of documents that were generated because

11:51 20   he's the one who controlled the files.  He's the one who ran

21   the billing.  He's the one who trained everybody.  He's the one

22   who supervised them.  He knew about more billing, as he says in

23   his own words, "I know more about this than almost anybody in

24   Boston."  He knew what kind of mail went back and forth.

25           Finally, remember that the crime of mail fraud is the

1    effort to defraud.  You don't need to find that the insurers

2    were actually fooled by any particular document, and you

3    certainly don't need to find that they actually paid the claim.

4    It's enough that there was an effort to defraud them by sending

5    them documents in connection with this phony scheme.  If they

6    wised up to it and didn't pay, it's still a crime, or if PIP

7    benefits ran out or something like that, that doesn't matter.

8    It's still a crime.

9        The next thing Mr. Yelaun is charged with is

11:51 10   healthcare fraud.  Healthcare fraud is similar to mail fraud.

11   It requires Mr. Yelaun's knowing and voluntary and intentional

12   participation in a scheme to defraud.  But it doesn't involve

13   the use of the mail.  What it does involve, what's different

14   from it and mail fraud is that mail fraud, you can be

15   defrauding anybody; whereas, for healthcare fraud, you have to

16   be defrauding a provider of healthcare benefits.

17        And you heard that auto insurance companies are

18   providers of healthcare benefits.  Every insurance policy in

19   Massachusetts has this PIP coverage, this personal injury

11:51 20   coverage.  So auto insurers are actually in the business of

21   paying for medical care.  They are healthcare benefit

22   providers, and that's why he's charged with healthcare fraud.

23        The third crime Mr. Yelaun is charged with is

24   conspiracy.  A conspiracy is simply an agreement to violate the

25   law between the defendant and one or more other people.  It's

1    just the agreement.  If you agree with somebody to commit a

2    crime, that in itself is a crime because Congress has deemed it

3    dangerous for people to get together and make that agreement

4    even if they don't actually wind up committing the crime.

5         Mr. Yelaun is guilty of conspiracy if he knowingly and

6    willfully joined a plan that involved at least one other person

7    to commit mail fraud or healthcare fraud.  He doesn't have to

8    have thought up the plan.  He doesn't have to have been the

9    first one involved.  He doesn't have to have been involved for

11:51 10    the whole time.  But there must have been an agreement between

11    one or more people to commit healthcare fraud or mail fraud.

12    And Mr. Yelaun has to have knowingly and willfully joined the

13    agreement.  In other words, he has to have joined it meaning to

14    join it, and he has to have joined it with the intention, with

15    the desire, to commit mail fraud or healthcare fraud.  Again,

16    it makes no difference to what extent the plan actually

17    succeeded.

18         Then, finally, Mr. Yelaun is charged with a money

19    laundering conspiracy, conspiracy to commit money laundering.

11:51 20    Now, that is crime that when you hear what's involved in it may

21    sound complicated, but it's really not complicated at all.

22    But, essentially, it requires that the defendant conducts or

23    attempts to conduct a financial transaction affecting

24    interstate commerce; that he knew that the transaction involved

25    illegal money; that the transaction, in fact, involved the

1    proceeds from healthcare fraud or mail fraud; and that he knew

2    he did it for the purpose of promoting the fraud.

3         I'm now going to translate that into what actually

4    happened in this case.  Basically, insurance companies were

5    billed for fraudulent EMG tests.  They sent checks to Global

6    Tech, and you saw many of those checks.  They were entered into

7    evidence.  You saw that they were cashed by Global Tech.  So

8    the money from many of these fraudulent claims went into Global

9    Tech's bank account.  These are the exhibit numbers.  These are

11:51 10  the checks for various things, for the Rossi claim, the Suazo

11   claim, the Fusi claim, the Shtyrkov claim, even Severin

12   Yelaun's own claim.  These are all deposited in Global Tech's

13   bank account.  Dirty money, the money from the fraud, was being

14   mixed into Global Tech's bank account.

15        Then you heard that checks were being written on

16   Global Tech's bank account to pay the workers, to keep the

17   business going, to keep the fraudulent operation running.  Some

18   of those checks were paid to Mr. Yelaun himself.  Some checks

19   were paid to the workers.  You saw a check to Alex Smolnitsky.

11:51 20  You saw a check to Yevgenia Gorovodsky, and you saw many checks

21   to Mike Bousa.  All of these people told you that it was Mr.

22   Yelaun who handed them their paychecks.  He didn't sign the

23   checks.  Igor Moyseyev signed the checks because he owned the

24   business.  But Mr. Yelaun handed them the checks.

25        Handing somebody a check is a financial transaction.

1    Mr. Yelaun -- the checks that were written to him for his role

2    at Global Tech, which included the fraud, he deposited those

3    into his own bank account.  You saw that he endorsed them on

4    the back.  He cashed his paychecks.  That was a financial

5    transaction.  So Mr. Yelaun committed -- he was part of a

6    conspiracy to commit healthcare fraud because he took -- the

7    dirty money from the fraud was being put into Global Tech's

8    bank account, and then checks were being written on Global

9    Tech's bank account to pay him and to pay the other workers who

11:51 10    worked there.  By handing those people their checks and by

11    depositing his own checks, Mr. Yelaun was committing -- was

12    being part of the conspiracy to commit money laundering.

13              THE COURT:  You're now into your rebuttal time, Mr.

14    Weinreb.

15              MR. WEINREB:  Thank you, your Honor.

16              We told you at the start that evidence would prove

17    beyond a reasonable doubt that Mr. Yelaun was involved in a

18    fraud, billing phony EMG tests to insurance companies to get

19    the money.  I would submit to you that the evidence proves to

11:51 20    you beyond any reasonable doubt that that is exactly what he

21    was involved in, first at Global Tech and then at Lynn

22    Diagnostics.  He did it again and again and again and again,

23    and many of those claims that he billed are in evidence, and

24    you'll have a chance to review them back in the jury room.

25              I would submit to you that even if you hadn't heard a

1    single witness in this case you can just look at those

2    documents and know that he's guilty.  And when you take those

3    documents in the context of what you were told, what the

4    witnesses in this case told you, it proves to you beyond a

5    reasonable doubt that he's guilty of mail fraud, healthcare

6    fraud, conspiracy and conspiracy to commit money laundering.

7    And for that reason, I would ask you to return to the jury room

8    at the end of the arguments and the instructions and to find

9    Mr. Yelaun guilty of all of those crimes.  Thank you.

11:51 10         THE COURT:  All right.  For the defendant, Mr.

11    Shapiro.

12         MR. JONATHAN SHAPIRO:  Thank you, your Honor, counsel,

13    ladies and gentlemen of the jury.  First of all, I want to

14    thank you on behalf of my client, Severin Yelaun, and on my own

15    behalf for your patience and attention during a long and

16    complicated trial.  We know what a sacrifice it is for each of

17    you to take time from your personal lives to do this important

18    civic duty, and we really appreciate it.

19         Now, when you retire to the jury room in a short time

11:51 20    to begin deliberating your verdict, I'm sure that one of your

21    fellow jurors will say:  The evidence in this case is

22    overwhelming.  You've heard all the testimony about these

23    patients who claim they never got a needle EMG test.  There's

24    all this evidence of billing which went to the insurance

25    companies for EMG reports that the patients say didn't take

1    place.  That's fraud.  He must be guilty because he was there.

2    You'll probably think to yourself:  That's right.  He must be

3    guilty because he was working at these clinics.

4        But when you get to that point, I'm going to ask you

5    to stop and say to yourself and your fellow jurors:  Has the

6    government really proved beyond a reasonable doubt that Severin

7    Yelaun actually planned, participated, conspired in this

8    fraudulent conduct?  Because in this case that's really the

9    key.

11:51 10        As Judge Gorton will instruct you, it's not enough for

11    the government to prove that someone committed a fraud.  It

12    must prove beyond a reasonable doubt that Severin Yelaun

13    participated in a scheme or conspiracy to defraud the insurance

14    companies knowingly and willfully.  That means that the

15    government must prove that Mr. Yelaun, not somebody else but

16    Mr. Yelaun, specifically intended to defraud the insurance

17    companies and that he did so voluntarily and purposefully.

18        It's not enough for the government to prove, as they

19    certainly have, that he worked in these clinics.  It's not

11:51 20    enough for the government to prove that he was there on many

21    different occasions, that he had a role in supervising billing

22    operations or collection operations at the clinics.  Yeah, he

23    was there.  He worked for the clinics.  But that's not enough.

24        It's not even enough for the government to prove that

25    he was associated with people like Chatterjee, Montoni,

1    Moyseyev and some person whose name you've heard, Paul

2    Musaelyants, but you haven't seen nor have you -- has the

3    government explained what his role in this scheme was.

4         The proof that Mr. Yelaun actually did something, was

5    actually involved in the fraud, is an essential element of the

6    government's case.  And I suggest to you, ladies and gentlemen,

7    you will have to look long and hard for any believable evidence

8    in this case of Severin Yelaun's actual involvement in any of

9    the things that the government is claiming he did.

11:51 10        I mean, just look at all the charts and the graphs and

11    the boards that the government has provided.  You don't see Mr.

12    Yelaun's name on any of it.  You see Doctor Chatterjee.  You

13    see Doctor Montoni.  You've heard a lot about Igor Moyseyev.

14    He was clearly the one signing the checks, running the show.

15    You don't see Mr. Yelaun's name on any of these things except,

16    well, the government put him on as the treasurer of Lynn

17    Diagnostics Management, also as the director of Lynn

18    Diagnostics Management.  But you recall when the FBI agent

19    actually testified, she testified that was a mistake because

11:51 20   when you look at the corporate documents he's not listed as a

21    director.  He's not even listed as an officer.  And as he

22    truthfully told you -- or told in his application for the Mass.

23    School of Law, he was a manager at that operation but not an

24    owner, not a shareholder.  And, of course, the corporate

25    documents show that he wasn't an owner or a shareholder in

1    Global Tech Diagnostics or in the Broadway Physical Therapy

2    Center.

3         In the end, I think you will conclude that the

4    government simply hasn't proven beyond a reasonable doubt that

5    Mr. Yelaun was personally involved in arranging for, creating

6    or doing anything with respect to these phony EMG tests that

7    the government claims were done and for which the insurance

8    companies were billed.

9         Now, I'm not going to insult your intelligence by

11:51 10   standing here and saying that there was no fraud committed in

11   this case.  After all, Doctor Montoni came here and admitted

12   that he committed fraud.  Doctor Chatterjee is no stranger to

13   fraud since he pleaded guilty to a massive insurance fraud in

14   which he admitted, Mr. Weinreb says, to using the wrong code.

15   He admitted to billing for services he never received -- he

16   never provided, as a result of which he received a whole lot of

17   money.

18        In some cases the evidence certainly does appear to

19   show that Global Tech or Lynn Diagnostics billed for EMG tests

11:51 20   that weren't provided, and somebody -- somebody probably knew

21   about it.  But the fraud was certainly not as widespread as the

22   government would have you believe.  The government put on a

23   parade, literally, a parade of witnesses who testified that

24   they were never given a needle EMG test.  But how many of these

25   witnesses were really believable?

1          Most of them didn't remember much, if anything, about

2     the accidents which they claimed to have been involved in or

3     the treatment that they had received afterwards.  Now, if any

4     of you have ever been involved in an automobile accident, you

5     remember that accident.  It's a frightening experience.  You

6     remember for years who hit you, where you got hit, and what

7     happened.  But this parade of witnesses couldn't remember a

8     thing, virtually, or at least most of them couldn't remember a

9     thing.

11:52 10          In fact, the only thing they seem to remember about

11     the whole experience was that they never got a needle EMG test,

12     period.  Of course, the reason that most of these witnesses

13     didn't remember the accident was because so many of them were

14     involved in so many other accidents that just seemed to have

15     taken place at about the same time.

16          Now, remember Jose Grullon.  This was one of the last

17     witnesses to testify.  He simply didn't remember anything

18     except no needles.  He didn't even remember all the accidents

19     he had been in, although he knew he had been in an accident

11:52 20     before the one he was supposedly testifying about and he had

21     been in accidents after the one that he was supposedly

22     testifying about.

23          The same was true of Christopher Zambrano.  He was

24     vague about everything except no needles.  And he, too,

25     admitted to having been involved in a whole series of accidents

1    about which he didn't remember very much at all.

2         George Rossi and Juan Suazo, you remember they were --

3    they claimed to have both been in a car with Mr. Rossi's mother

4    and a friend, whose first name I think he remembered only as

5    Jose.  And they claimed to have been in an accident where

6    everybody -- Mr. Rossi, George, Ria Rossi, his mother, a person

7    known only as Jose, as well as Juan Suazo -- were all injured.

8    They all had to go to physical therapy.  They all filed claims

9    against the insurance company for bodily injury.  And you

11:52 10  remember that all they could tell you was that they were all in

11   this car driving the friend home.  Why were they all in the car

12   driving the friend home?  They had no idea.

13        Then there were the two supposed accidents that took

14   place in parking lots.  Now, how often do you think car

15   accidents involving bodily injury take place in parking lots?

16        Then there was Gail Famolari who had a whole series of

17   accidents about the same time, having happened at the same

18   time, and all involving claims by her for bodily injury.

19        Michelle Mulley, she testified that she had an

11:52 20  accident on July 22nd of 1999 and another accident on July 30th

21   of 1999, and she wasn't sure what happened at each one other

22   than she was injured and she needed therapy.

23        You also remember in a number of these alleged

24   accidents there was no police report; no police responded to

25   the scene; no ambulance.  The people didn't even remember

1   whether they had gone to the hospital or not.  Just an example,

2   Christopher Zambrano testified that he didn't even report a

3   hit-and-run accident until days later, and then he wasn't even

4   sure that he had done it then.  Marta Casco didn't file any

5   police report concerning her alleged parking lot accident.

6       You should be suspicious of whether these alleged

7   accidents and these alleged injuries actually happened or

8   whether these people were just trying to cash in on a phony

9   accident or phony injuries.  And if they were, can you really

11:52 10   trust them to tell the truth about what happened in connection

11   with therapy that they claimed to have had?

12       When the FBI came calling to talk to these witnesses

13   about the accident, you know that all they wanted to do is tell

14   the agents whatever it would take so that they wouldn't be in

15   trouble, so that they wouldn't wind up being charged with fraud

16   for having filed bogus claims.  You know that the last thing

17   they want to do is rock the boat and give the FBI some reason

18   to start looking at them for what, in many of those cases,

19   seemed like an obvious fraud.

11:52 20       And how do you explain the fact that none of them have

21   been charged with what I'm sure that when you think about it a

22   bit and look at some of the testimony that you heard will also

23   conclude are cases of obvious fraud.

24       Now, despite the testimony of these questionable

25   witnesses that they never had an EMG test, there's a great deal

1    of evidence in the record of this case that EMG and NCV tests

2    were routinely given at both Broadway Center for Physical

3    Therapy and Lynn Diagnostics.  Doctor Chatterjee testified that

4    he did, in fact, perform EMG, NCV tests, and there are a number

5    of reports in evidence that he admitted he had signed.  And he

6    said, if he signed it, he did it.

7         And you'll look at the exhibits and you'll see that

8    there are a number of exhibits that -- of EMG tests that were

9    performed during the period of time that Chatterjee was working

11:52 10   at the Broadway Center that he personally signed.

11        Mike Bousa testified that he had done a number of EMG

12   and NCV tests at Broadway Physical Therapy and Lynn

13   Diagnostics, with both Doctor Chatterjee and Doctor Shah.

14        Doctor Montoni testified that he was aware that Doctor

15   Shah was doing EMG tests as frequently as two times a week at

16   the clinics.  And he knew, that is, Doctor Montoni knew, also

17   that Doctor Chatterjee and Doctor Kinnard were doing EMG tests.

18        He also testified that -- Montoni testified, as did a

19   number of other people, that a person by the name of Yuri came

11:52 20   to the clinics with his own EMG equipment and performed EMG

21   tests.  Both Miss Gorovodsky and Mr. Smolnitsky testified that

22   EMG tests had been scheduled at the clinic at various times,

23   and they were aware of people who came with the EMG equipment

24   and performed the tests.  I think Miss Gorovodsky admitted that

25   she had actually seen the equipment.

1          Since the tests were actually being done, and you have

2     a whole parade of witnesses who testified that the tests were

3     actually being done, you've got to question the testimony of

4     witnesses who swear on a stack of Bibles, seven years after the

5     fact, that they never got them.

6          And you've also got to question the government's

7     central claim in this case that there was a plan, a scheme, a

8     conspiracy, to bill for EMG tests that were never done.  That

9     may have happened in some cases, but those were the exceptions

11:52 10     rather than the rule.  The evidence shows that both at Broadway

11     Physical Therapy and the Lynn Diagnostics clinics hired doctors

12     and technicians who regularly did the EMG, NCV tests for which

13     the insurance companies were legitimately billed.

14          But as I said before, the only real question in this

15     case is not whether the tests were given or not given, whether

16     NCV tests were given or not given, EMG tests were given or not

17     given.  The only question in the case is whether the government

18     has proved beyond a reasonable doubt that Severin Yelaun --

19     that he personally was involved in any phony tests, that he

11:52 20     personally, intentionally, knowingly, willingly, participated

21     in any such scheme to do phony tests or to submit phony bills.

22          And I think the answer is clear.  The government did

23     not even come close to proving that essential part of its case.

24     First of all, the government would have you believe that

25     Severin must be guilty because he was in charge and because he

1    would benefit from the tests because, they say, he was a

2    partner.  He was an owner.  He was the power behind the thrown.

3    I mean, you've seen the charts.  You've seen the graphs.  And

4    you've heard the test -- the argument of Mr. Weinreb about how

5    Severin must have known because of his involvement.  But isn't

6    it interesting, in all these charts, in all these -- all of the

7    testimony, the one thing that keeps coming up is Doctor

8    Chatterjee, Doctor Montoni, Igor Moyseyev, not Severin Yelaun.

9         Look at the evidence with respect to Mr. Yelaun's

11:52 10   alleged involvement.  In 1998, Mr. Yelaun was 24 years old, and

11    he had only been in this country a few years, since the early

12    '90s.  There is no evidence that he had any ownership interest

13    in Global Tech or Broadway Center or even Lynn Diagnostics.

14    The corporate papers show it was Igor Moyseyev, or in the case

15    of Lynn Diagnostics, it was a person by the name of Paul

16    Musaelyants.

17         And I suppose that's why the government called Gregory

18    Voykhansky, to testify that Mr. Yelaun told him that he and

19    Igor were partners and to put on this conversation that was

11:52 20   overheard by the FBI when Mr. Voykhansky was put up to having a

21    conversation with Mr. Yelaun.  But not only was Mr. Voykhansky

22    a thoroughly, thoroughly unbelievable witness, clearly had no

23    compunction about lying when he thought it would benefit

24    himself, as when he lied to get admitted to law school and when

25    he lied to get admitted to the Massachusetts Bar.  But his

1  testimony is contradicted by the documentary evidence in the

2  case which shows that Mr. Yelaun didn't have any ownership

3  interest; that it was Igor who controlled the corporations, who

4  ran the businesses, who wrote the checks, and who clearly

5  called the shots.

6         As Severin truthfully stated in his law school

7  application, he was involved in public relations, billing and

8  collections at Broadway, and as a manager at Lynn Diagnostics,

9  not an owner, not a shareholder, not somebody who had a right

11:52 10  to a share of the profits.  Now, he did tell Voykhansky that he

11  believed that Moyseyev owed him a lot of money for the time

12  that he had worked there, and, in fact, the only benefit that

13  you've seen that -- the only financial benefit that you've seen

14  from the evidence that Mr. Yelaun received during a 13-month

15  period, from May of 1998 until June or July of 1999, was a

16  total of $3,750.  And the checks are in evidence.

17         Now, if Severin Yelaun was the beneficiary of any

18  fraudulent billing by Broadway or Lynn Diagnostics, the

19  government certainly hasn't proved it.  And you know that given

11:52 20  the mounds -- the piles of documentary evidence that the

21  government has produced.  If there was evidence in checks or

22  other forms that Mr. Yelaun had received some kind of financial

23  benefit from this operation --

24         MR. WEINREB:  Objection.

25         MR. JONATHAN SHAPIRO:  -- you would have known about

1    it.

2         THE COURT:  Overruled.

3         MR. JONATHAN SHAPIRO:  So what is the evidence on

4    which the government actually relies to prove beyond a

5    reasonable doubt that Severin actually knew about it and that

6    he actually had some role or some participation in a scheme or

7    conspiracy to defraud insurance companies?  Well, Julie Leyfer,

8    with her married name of Gelfand, testified that Severin had

9    hired her, supervised her work in sending out bills to

11:52 10    insurance companies.  But she didn't testify that Severin ever

11    told her to submit anything that was false or fraudulent, and

12    she didn't testify that Severin had anything to do with her own

13    EMG test which she claimed was never done.

14         Similarly, all of the patients who came in and said no

15    needles, no tests, none of them said that Severin Yelaun had

16    anything to do with the tests.  There was no evidence that he

17    was there, that he had even arranged for those tests.  Well,

18    the government said, well, he was in charge.  He must have

19    known.  He must have known.  And that's the thing you've got to

11:52 20    keep in your mind.  He must have known?  Why must he have

21    known?  Because he was there?  Because he was associated with

22    the -- with these people?

23         The question is:  What, if anything, did he do?  And

24    none of the witnesses, the patients, who said no needles said a

25    word about Mr. Yelaun except, I think, one of them said, yes,

1    she remembered seeing him at the clinic.  Well, he worked at

2    the clinic.

3         Alex Smolnitsky testified that Severin had hired him

4    and also supervised his work in sending out bills for EMG

5    tests, and he recalled that EMG tests were given at the clinic.

6    He told you he was particularly interested in the equipment.

7    He was an electronics fan, so that when the people came in with

8    this electronic equipment for doing EMG tests, he knew about

9    it.  He remembered that.  And, of course, he worked for

11:52 10   Broadway.  So he testified that those tests were being done,

11   and he didn't tell you anything about Mr. Yelaun being involved

12   in them, that there was anything suspicious about what Severin

13   did or didn't do.

14        Then there was Yevgenia Gorovodsky who testified that

15   Severin had hired her and supervised her work in doing

16   collections for Global Tech.  She testified that she had never

17   seen Mr. Yelaun using a signature stamp to stamp any documents.

18   Now, on the basis of the government's argument, you'd think

19   that Mr. Yelaun was stamping signatures, you know, all day, and

11:52 20   somebody must have seen him.  But Miss Gorovodsky said she

21   never saw him use a stamp.  And she also told you -- and she

22   was specifically asked, Did you see him do anything unusual

23   with an EMG, NCV test, no doubt expecting her to say, oh, yes,

24   I saw him copy EMG tests, cut and paste them, something like

25   that?  She said no.  She had never seen him do anything unusual

1    with an EMG or NCV test report.

2         Now, the government did want her to testify that on

3    one occasion Severin had given her a document with a stamp that

4    had fresh ink on it so that you would believe that Severin had

5    just stamped it.  But it became clear that what she meant by

6    "fresh ink" was that the document had been stamped sometime

7    within the last several days.  She didn't see it being stamped.

8    She didn't know -- and, in fact, she testified she didn't

9    know -- who had stamped it or when it was stamped.  The only

11:52 10   thing she knew was that it had been stamped in the last several

11   days.  She even said that she didn't touch it to see if the ink

12   was wet.  She just saw that when it had been put on it had been

13   blotted on the page on top of it.  Well, that doesn't tell you

14   anything other than she -- the stamp had been put on by

15   somebody in the last several days before she saw it.  She

16   didn't know what the document was.  She didn't know who had

17   stamped it.

18        And then, of course, there was that somewhat odd

19   testimony that she said that at some point she saw Severin sign

11:52 20   Doctor Chatterjee's name on some document right in front of her

21   and tell her to send it in.  But, of course, the government has

22   never produced any such document.  And if there really had been

23   a document, you'd expect the government to have found it if it

24   involved any false or fraudulent billing.  All of the many

25   documents in this case involving Doctor Chatterjee are either

1    signed with his signature or stamped, and none are even alleged

2    to have been forged.  So one has to question this alleged

3    forgery by Mr. Yelaun of Doctor Chatterjee's signature on a

4    document that you haven't seen, nobody has seen.

5         These witnesses simply establish that Severin

6    supervised billing and collections at Broadway.  They do not --

7    these witnesses don't implicate him in any way, in any false or

8    fraudulent billing practices or prove that he was aware of a

9    single false or fraudulent bill that was submitted to any

11:52 10   insurance company.

11         Now, that brings us to Doctor Chatterjee and Doctor

12   Montoni.  When you think about it, the government's entire case

13   here depends upon convincing you to believe the testimony of

14   those two people beyond a reasonable doubt because they are the

15   only witnesses in this case who say that Severin knew anything

16   about any false or fraudulent practice.  The government has

17   built a house of cards on Chatterjee and Montoni, a house of

18   cards that comes tumbling down because both of these witnesses

19   are simply not worthy of belief.  Both are admitted liars.

11:52 20   Both have admitted to having committed healthcare fraud.

21         Chatterjee, as I said before, admitted to defrauding

22   insurance companies of over $230,000 in 1997 and 1998,

23   essentially the same period of time that we're talking about

24   here, by submitting false bills for services he didn't provide.

25   How convincing was his testimony that he really didn't

1    understand the codes?  He got on the stand.  He lied to you

2    when he told you he didn't know what he was doing.  He knew

3    what he was doing when he pleaded guilty; he admitted to it.

4    He just, when it came to testifying, didn't want to look as bad

5    as he really is and was.  So he said he just didn't understand

6    the codes.

7        Montoni admitted to defrauding insurance companies in

8    this case of over $70,000 by conspiring to submit false bills

9    for services he didn't provide.

11:52 10       Both Chatterjee and Montoni have a huge, a huge

11    incentive to help the government convict Mr. Yelaun.

12    Chatterjee made a deal with the government where he would get

13    no prison time, despite the massive fraud he perpetrated, in

14    return for his help in prosecuting Severin.  Montoni also made

15    a deal on the basis of which he doesn't expect to go to prison

16    so long as he provides substantial assistance in convicting

17    Severin.

18        In each case, as you've heard, it's up to the

19    government, not the Court, not the jury -- it's up to the

11:52 20    government and the government alone to decide whether

21    Chatterjee and Montoni have lived up to their end of the deal.

22    And if the government is not happy with what they say, if the

23    government is not happy with their cooperation, it can revoke

24    the deal, which means Chatterjee can be prosecuted for crimes

25    with which he committed, which he hasn't been prosecuted for up

1    till now, for which he was given immunity in connection with

2    his deal.

3         And Montoni can be prosecuted for the charges that the

4    government dropped.  And you heard a whole series of charges

5    that the government dropped, charges that -- some of which have

6    up to 20 years imprisonment, if the government is not happy

7    with his deal.  And instead of getting probation in this case,

8    which he hopes, just on the basis of his guilty plea, he can go

9    to prison for up to five years.  You know that they are both

11:52 10   very highly motivated to do whatever they can to cooperate with

11   the government, and that means to put the blame on Severin.

12        Now, Judge Gorton will instruct you that the testimony

13   of witnesses who are receiving some consideration in return for

14   their cooperation or who are alleged, as Montoni, to be an

15   accomplice with the defendant, their testimony should be

16   treated with caution because they may have a reason, an obvious

17   reason, to make up or exaggerate things in order to help them

18   sell it, which is exactly what they're doing here.

19        Now, the only -- and I repeat, the only thing that

11:52 20   Chatterjee said in all of his testimony, in this entire case --

21   the only thing that Chatterjee said that implicated Severin in

22   any fraudulent conduct is his testimony about a meeting he

23   claimed to have had with Igor and Severin about the use of the

24   stamp.  This is central to the government's case, that that

25   meeting actually took place and Severin, according to

1    Chatterjee, admitted to having used the stamp.

2            You remember that Chatterjee claimed he had received a

3    letter from a lawyer asking him to certify a Global Tech NCV

4    report that his -- that had his stamped signature, which he

5    said indicated that he hadn't actually signed it.  He claimed

6    that Severin and Igor came to his office and that Severin

7    explained that Chatterjee's secretary had given them the stamp.

8    Now, Chatterjee didn't recall that there was any conversation

9    where Severin told him that the secretary had given him the

11:52  10    stamp and told him that Chatterjee had said he could do it --

11    said she could give it to him.  But in any case, you've got to

12    question whether this meeting ever really happened.

13            This is a case where the government has introduced a

14    massive amount of documentary evidence of every aspect of the

15    case.  And according to Mr. Weinreb, indeed, you don't even

16    need the witnesses.  You can just look at all this documentary

17    evidence and find the defendant guilty.  That's how much

18    evidence that they've introduced.  There is a paper trail for

19    just about everything, for just about virtually every aspect of

11:52  20    the case.  There have been bills, reports, certificates,

21    letters from insurance companies, billing companies and

22    lawyers.

23            But where is the paper trail relating to this crucial

24    part of the government's case?  Where is the letter to

25    Chatterjee from the lawyer which so upset and angered

1    Chatterjee?  Don't you think if he had really gotten a letter

2    which he felt, as he said, might put him in jeopardy, his

3    practice in jeopardy, he would have held onto that letter?  Or

4    where is the report that he said that this lawyer had sent him

5    with the letter, the allegedly fraudulent report?  Don't you

6    think that Chatterjee would have held onto that report,

7    particularly if he thought that his practice was in jeopardy

8    because somebody was doing something phony with his stamp?

9          But, no, you haven't seen the lawyer's letter.  You

11:52 10   haven't seen the supposedly phony NCV report.  We haven't seen

11   anything from Chatterjee.  Did he write back to the lawyer

12   saying this report is not legitimate?  Did he make a report to

13   any law enforcement saying that his stamp is being misused?

14   Did he report it to the Board of Registration in Medicine or

15   whatever?  Not a piece of paper, not a document, not anything

16   that corroborates the alleged meeting where Mr. Yelaun is

17   supposed to have said, yes, I used the stamp.  All you've got

18   is Miss Gorovodsky remembering only that there was a phone call

19   from Chatterjee to the clinic in which Chatterjee -- she says

11:52 20   Chatterjee said to her, "My stamp is missing."  Now, Chatterjee

21   didn't say anything about having a phone conversation with Miss

22   Gorovodsky.  That's for sure.

23         And in any case, you've got to question this whole

24   story which is basically the only aspect of Chatterjee's

25   interaction with anybody in this case which in any way would

1    implicate Mr. Yelaun.  If that didn't happen, then Chatterjee

2    has nothing to contribute to putting Mr. Yelaun in a position

3    where anybody can say he had anything to do with this alleged

4    fraud.  And, of course, even this conversation doesn't prove

5    that Mr. Yelaun knew that any of the documents in evidence here

6    were false.

7         The government's case depends entirely upon your

8    believing Chatterjee's testimony that if an EMG, NCV report is

9    stamped instead of being signed, it means that he never

11:53 10   reviewed it.  That's what they're claiming.  If he says that a

11   stamp -- if there's a stamp there, he didn't have anything to

12   do with it.  And they want you to believe him when he says it.

13        What is his testimony worth, particularly since he

14   testified that he authorized his secretary to stamp documents

15   all the time?  Is there any reason -- is there any logical

16   reason to believe that he wouldn't authorize people with whom

17   he was working at the clinic to stamp reports for the same

18   reason?  Because it saved time?  Because they were overworked?

19        This whole notion of he had this policy of only

11:53 20   stamping certain documents and not stamping other documents and

21   only allowing certain people to stamp his documents, I suggest

22   to you, is all a creation to make the government's case make

23   some sense which, otherwise, it wouldn't because -- and you

24   will see from the evidence there are lots of documents that are

25   stamped.  There are lots of documents that are signed.  There

1    are documents from Chatterjee's home office that are signed and

2    stamped, and there are documents from the clinic that are

3    signed and stamped.

4         And you remember, Doctor Chatterjee said, "I never,

5    never, ever, did an EMG, NCV test at Broadway Physical

6    Therapy"?  That was contradicted by a number of the witnesses

7    who say they saw him there.  And it's also contradicted by the

8    evidence in the case where there are signed -- with an actual

9    signature, signed reports from Global Tech, signed by

11:53 10   Chatterjee, during the time that he claims he never did the

11   tests at the clinic.  And he couldn't explain how that could

12   happen and neither can the government explain why his signature

13   is there.  He didn't get up and say that's a forged signature.

14   He said that's my signature.  He didn't -- there's no evidence

15   that that report has a phony signature on it.  And he simply

16   wasn't able to explain why his signature was on those reports

17   because he claimed he never went there.  And look at Exhibits

18   105, 108, 109, 112 and 114.  Each of those exhibits has his

19   signed signature.  He admitted it.  And they all were at Global

11:53 20   Tech.

21        So how reliable is Doctor Chatterjee when he says, "If

22   it's a stamp, I didn't do it"?  "If it's a signature, I did,

23   but then, again, I never went to Global Tech and did these

24   reports," which the evidence contradicts.

25        Finally, the government makes much of the fact that

1    there are a number of EMG and NCV reports over Chatterjee's

2    signature that are almost identical, and Chatterjee testified

3    that it would be unusual for there to be such similarities in

4    tests of different people.  Well, Chatterjee didn't say it

5    couldn't happen.  He didn't say it's impossible.  He didn't say

6    that -- I mean, he didn't even testify that there's no way that

7    could have happened.  He said it's unusual.  He hadn't seen it

8    before.

9         And, of course, all of these tests were normal tests.

11:53 10   So do we know that normal tests on normal people won't come out

11   with basically the same results?  The government says you don't

12   need an expert to tell you that.  Well, it's not something that

13   I know on the basis of my experience or on the basis of logic.

14   These are normal reports.  They could very well be the same.

15        But, in any case, it's also true that they're not all

16   the same.  The government says that they were photocopied.  You

17   can look at the tests and they're exactly the same, and so they

18   must have been photocopied.  But a number of these reports have

19   some significant differences.  Just take Exhibit 66 and compare

11:53 20   the reports of Baez and Grullon, and you'll see that the

21   numbers are different in at least three places.  Now, if those

22   were carbon copies, as the government claims, how could there

23   be different numbers?

24        There are four differences in the reports, also, in

25   Exhibit 66, of Plunkett and Martinez; and there are four

1    differences in the Famolari, Pierre-Louis report, all Exhibit

2    66.  Well, there are differences so, clearly, they weren't

3    copies.  What explains the differences?  I don't know.  The

4    government certainly hasn't proven anything about the

5    differences.

6         And I suggest to you, it's -- when you look at all

7    those charts and you see on the top of the charts, "tests

8    performed by Chatterjee," "tests performed by Chatterjee," it's

9    far more likely that Chatterjee himself generated reports for

11:53 10   patients he didn't see in the same way he billed for services

11   he didn't render.  As he told you, he was paid by the report.

12   The more reports he provided, the more he would be paid.  So if

13   he does 15 reports in a day, he gets paid -- and I think he

14   said $150 per report.  That's not bad, particularly if he only

15   did one or two.

16        So isn't it more likely, given Chatterjee's

17   background, Chatterjee's history of healthcare fraud, that he

18   was the one -- if anybody created phony reports that he was the

19   one who did it?  That he was getting paid for them?  That he

11:53 20   benefited from them?

21        Again, there's no evidence whatsoever that Severin

22   Yelaun knew that any of these tests were not actually -- had

23   not actually been done or that he participated in any plan with

24   Chatterjee or anyone else to submit false bills for the test.

25        Now, let's turn to Montoni.  The only thing that

1    Montoni said that implicated Severin in any fraudulent conduct

2    is the testimony which he testified to from the stand that Igor

3    and Severin came to his office and asked him to write EMG, NCV

4    prescriptions for patients who had already had the tests and

5    that he did it.

6          Now, he admitted that he had written lots of

7    prescriptions for EMG, NCV reports in the course of his work at

8    the clinic and that he admitted that he wrote the prescriptions

9    when he reviewed the files and determined that they were

11:53 10  medically necessary.  He said he did it.  So, clearly, there

11   are going to be prescriptions in the file from Montoni where he

12   prescribed the EMG and the NCV tests.  And he told you that he

13   had done it.  I think he told you he had done it dozens of

14   times because he believed that the tests were medically

15   necessary.  Even though he was not competent, he said, to do

16   the tests, he did say that he was competent to prescribe the

17   tests.

18          He also testified, on several different occasions,

19   Severin -- and he said only Severin -- asked him to sign some

11:53 20  EMG reports where he, that is, Montoni, had not done the tests.

21   And he identified six reports contained in Exhibit 66 that he

22   had signed.

23          There is, however, nothing but Montoni's word that

24   these meetings ever happened.  Again, the government says,

25   believe Montoni.  He said that this never happened.  Believe

1    him.  Believe him beyond a reasonable doubt.  But as I've

2    already said, Montoni has a strong incentive to shift the blame

3    in this case to Mr. Yelaun.  After all, he hasn't been

4    sentenced yet.  And whether he goes to prison or not depends on

5    whether the government determines that he has provided enough

6    assistance in the prosecution of Mr. Yelaun.  He very much

7    wants to cooperate with the government so that the government

8    will cooperate with him.

9         Montoni's testimony is also suspect because he's told

11:53 10   so many different versions of the story.  Although he testified

11    on the stand the other day that Igor and Severin came to his

12    office to ask him to sign prescriptions, he admitted that back

13    in August of 2002 he told the FBI agent that a person by the

14    name of Paul Musaelyants was -- came with Mr. Yelaun, and they

15    asked him to write prescriptions.

16         He testified on the stand the other day that Severin

17    asked him to sign EMG, NCV reports, but then on

18    cross-examination he admitted that, well, it was Mr. Yelaun.

19    It was also Mr. Musaelyants.  And he wasn't sure which one of

11:53 20   them had asked him to sign the reports at any particular time.

21    He admitted that.  It could have been one or the other.  He

22    wasn't sure of, again, what the crucial piece of evidence in

23    the case is which would implicate Mr. Yelaun with having told

24    somebody to do something he knew was false.

25         Now, his testimony about why he said what he said at

 1    different times is really sort of instructive of his character

 2    and his credibility because just about every time he talked to

 3    anybody he told them a different -- gave them a different

 4    reason for why he had signed the reports.  When he was first

 5    interviewed by the FBI, he said he didn't recall why he signed

 6    the reports.  He said, oh, yes, that's my signature.  I don't

 7    recall signing them or even why I signed them.

 8            Later, when it became clear that that explanation

 9    wasn't going to fly, he came up with another explanation.  He

11:53 10   told the FBI agents that, oh, he was sick at the time or he was

 11   very tired at the time or that he was depressed at the time and

 12   on medication, although he admitted that that wasn't true, that

 13   he really hadn't been on medication other than for a month back

 14   in 1995.

 15           And then, finally, when he gets to testify before you,

 16   he says that the real reason he had signed the documents was

 17   that Severin had yelled at him at one occasion, and he wanted

 18   to avoid any confrontations with Severin because he's a --

 19   according to the government, a meek guy, not too meek to commit

11:53 20   healthcare fraud, not too meek to be involved in whatever

 21   illegal activities he was involved in over the years, but too

 22   meek to say no to committing a federal crime when he claims

 23   that Mr. Yelaun asked him to.

 24           However, when he was interviewed by the government

 25   lawyers and the government agents as recently as 2005, he told

1   them that it was Mr. Moyseyev who asked him to sign the lease,

2   and he didn't mention anything about Severin yelling at him,

3   pounding his fists or anything else on the table.

4         Ladies and gentlemen, the government's entire case

5   comes down to whether you accept the word of Chatterjee and

6   Montoni that Severin said things to them seven years ago.  The

7   government wants you to believe the testimony of admitted liars

8   and cheats even though there is not a single piece of

9   documentary or other evidence to corroborate or back up their

11:53 10   testimony.  It's their word and their word alone, testimony

11   that Judge Gorton will tell you must be considered with caution

12   because of their motive to shift the blame to others.

13         If you have a reasonable doubt as to the truth of

14   their testimony, the government has no case and its house of

15   cards collapses.

16         I want to return to what I said at the outset.  The

17   government must prove to you beyond a reasonable doubt that

18   Severin Yelaun knowingly, willfully and intentionally

19   participated in this scheme to defraud insurance companies by

11:53 20   submitting false bills for EMG tests.  And I'm confident that

21   when you review the evidence as I've outlined it, you will

22   agree that there is simply no concrete proof that Severin was

23   involved in any of this fraud.

24         You may say to yourself, as the government says to

25   you, how could he not have known about it?  He was in charge of

1   billing and collections.  He worked at the clinic.  He should

2   have known.  Perhaps.  But that is all speculation and

3   guesswork.  That is all possibilities or even probabilities.

4   But that's not enough in a criminal case.

5       The government is required to prove its case beyond

6   speculation, beyond guesswork, beyond possibilities and beyond

7   even probabilities.  The government must prove its case beyond

8   a reasonable doubt, and that is simply something it hasn't done

9   because you've got to have some reasonable doubt as to the

11:53 10   truthfulness of its star witnesses:  Chatterjee and Montoni.

11      Now, Severin Yelaun came to this country in the early

12   '90s in part to escape an oppressive --

13      MR. WEINREB:  Objection, your Honor.

14      MR. JONATHAN SHAPIRO:  -- systems where citizens do

15   not --

16      THE COURT:  Overruled.

17      MR. JONATHAN SHAPIRO:  -- enjoy the rights and

18   freedoms which we take for granted here.  It is, indeed, a sad

19   irony that he should find himself prosecuted in a court of the

11:53 20   United States on the basis of what is simply guilt by

21   association.  These prosecutors want you to send him to prison

22   simply because he was associated with people like Chatterjee,

23   Montoni, Moyseyev, Musaelyants, people who were clearly

24   committing a fraud.

25      In the United States, our Constitution and laws does

1    not allow -- do not allow guilt by association.  Don't be

2    fooled by the government's pile of documents, by their charts,

3    by their graphs.  Don't be fooled because the prosecutors

4    essentially are saying to you, where there's smoke, there must

5    be fire.

6          The government hasn't proved beyond a reasonable doubt

7    that there is fire, that Severin Yelaun actually knew,

8    participated, did anything in connection with any fraudulent

9    conduct.  Don't let the government get away with guilt by

11:53 10    association.  I urge you to return a verdict of not guilty.

11    Thank you very much.

12          THE COURT:  You have ten minutes for rebuttal, Mr.

13    Weinreb.

14          MR. WEINREB:  Thank you, your Honor.  Mr. Shapiro

15    would like you to believe that this entire case turns on the

16    testimony of Montoni and Chatterjee, but, of course, you know

17    that's not true.  He said to you at the outset that he wouldn't

18    insult your intelligence by suggesting to you that no fraud

19    took place here; and, yet, then he turns right around and asks

11:53 20    you to conclude that all of these test results were identical

21    just by coincidence.  Do you really believe that's true?

22    That's part of the defense theory of this case, that all of

23    these matches, all of these, these, all the other ones you saw,

24    that was just a coincidence.

25          He tells you that all of these patients who

1    testified -- and there were 11 of them -- they're all lying.

2    That's part of the defense in this case.  They actually got the

3    test, but they came up here -- it seemed when he was

4    questioning them he was suggesting to them that they had just

5    forgotten about it, that they couldn't remember all of their

6    blood tests and flu shots so that meant they forgot about

7    getting the needle EMG, too.  Now the suggestion is that they

8    all committed insurance fraud, too, more guilt by association.

9    He's not only associated with Mr. Montoni and Mr. Chatterjee

11:53 10    but with 11 citizens who, according to Mr. Shapiro, came up

11    here and one after another, after another, swore to tell the

12    truth and perjured themselves to supposedly avoid being

13    prosecuted for some insurance fraud they supposedly committed

14    seven years ago.

15         You think George Rossi wasn't in a car accident?  He

16    told you about his mother being taken to the hospital on a

17    stretcher and how concerned he was.  He wanted to ride in the

18    ambulance with her.  Did he perjure himself and make up that

19    car accident?

11:53 20         Do you think that Inna Shtyrkov -- you remember that

21    sort of smaller woman, Inna Shtyrkov?  She had a very precise

22    memory of her accident and everything that had happened to her.

23    She told you she just has back pain even though, according to

24    the test, she got needles stuck all over her body, which she

25    told you did not happen.  Did she come up here and commit

1    perjury in order to avoid prosecution for a car accident that

2    didn't happen seven years ago?  That's part of the defense

3    theory of this case.

4         Sure, it would be nice if Severin Yelaun had

5    videotaped himself committing this fraud and left it around for

6    the FBI to find.  But he's no dummy.  He didn't do the things

7    that he did in this case out in the open where anybody could

8    see him, so there is no videotape for you to view.  But you

9    don't need a videotape to know that he did it.  I would

11:53 10    respectfully suggest to you that it is an insult to your

11    intelligence to suggest to you that he did not know what was

12    going on here and he was not involved.  There were 50 EMG test

13    reports supposedly done by Chatterjee at Global Tech in a

14    three-month period -- or four-month period.  Remember 1998 to

15    February, 1999?  Fifty reports all billed to insurance

16    companies.

17         Who did the billing at Global Tech?  That would be Mr.

18    Yelaun.  He was the person in charge of billing just like he

19    was in charge of the whole clinic.  He handed -- he prepared

11:53 20    those reports and gave them to the builders so that they could

21    type in the information and slap on the cover letter and send

22    it to the insurance company.  That was all him.

23         Do you think that he actually never saw any of those

24    reports?  That he didn't actually handle them?  And if he saw

25    them, you think he didn't see Doctor Chatterjee's signature --

1    or, rather, Doctor Chatterjee's signature stamp?  But, of

2    course, he knew Doctor Chatterjee wasn't doing tests at the

3    Broadway clinic because he's the one who scheduled all the

4    tests.  He's the one who hired the doctors.  He determined who

5    did the tests.  He was involved in this at every step along the

6    way.

7         You also heard direct testimony about his

8    participation.  You heard about Doctor Chatterjee's discovery

9    of the use of his signature stamp and how he called and how Mr.

11:53 10  Yelaun and Mr. Moyseyev came and admitted to him that they were

11   using the signature stamp and said they would stop.  You know

12   that's true because it stopped right then and there.

13   Chatterjee stopped working there in the summer of 1999.  He

14   discovered the signature stamp in the fall of 1999, and that's

15   when it stops.  The last claim is billed on September 7th.

16        And Yevgenia Gorovodsky, what motive did she have to

17   lie?  She's just an office worker who worked in the office.

18   She had no grudge, no bad blood between her and Mr. Yelaun.

19   She remembered that phone call from Chatterjee.  She remembered

11:53 20  Chatterjee being angry about the use of his signature stamp and

21   demanding that she tell Mr. Yelaun and that Mr. Yelaun come and

22   give him an explanation.  So you know that happened.

23        You also have her testimony about him signing Doctor

24   Chatterjee's signature.  And she remembered that very clearly.

25   You saw her testify.  You think she had forgotten that?  She

1    remembered very clearly she wanted nothing to do with that

2    report.

3         Now, you know that Mr. Yelaun was the one doing the

4    fraud because after Mr. Moyseyev split from him Mr. Yelaun

5    picked up and moved shop.  He moved to 140 Union Street and

6    nobody moved with him.  The only other person you heard was

7    there was Paul Musaelyants.  But the whole thing starts right

8    over again.  He's the common thread.  He's the one who's

9    involved in the whole thing.  He is only one, the only common

11:53 10  thread, through this whole fraud, from beginning to end, is

11    Severin Yelaun.

12         Maybe others were guilty for being associated with

13    him.  You heard that's true.  Mr. Montoni -- Doctor Montoni,

14    he's guilty through his association with Mr. Yelaun.  He paid a

15    price for it.  But it's not that he's guilty for his

16    association with them.  It's the other way around.

17         The claim that -- by the way, it's your memory of the

18    evidence that controls here.  What we say here is just

19    argument.  But I would submit to you that nobody testified that

11:54 20  Doctor Chatterjee ever did an EMG test at Global Tech.  Doctor

21    Chatterjee testified he didn't -- at the Broadway clinic.  I'm

22    sorry.  Mr. Bousa testified that he didn't.  None of the office

23    workers saw him perform a test there.  They saw him there

24    because he saw patients there.  But they did not see him do any

25    tests there.

1          The one thing you did hear was that after Igor

2     Moyseyev moved the clinic over to Everett Avenue, that's when

3     Doctor Chatterjee did do an EMG test, although it was only one

4     or two days.  This was the Everett clinic.

5          In November of 1998, Global Tech moved over here and

6     so did Broadway Physical Therapy, and it was a month or two

7     later that Mr. Moyseyev split from Mr. Yelaun.  He then called

8     Mr. Chatterjee -- Doctor Chatterjee, asked him, now that he had

9     split off with Mr. Yelaun, if Doctor Chatterjee would please

11:54 10    come back and see patients and do EMG tests.  And that's when

11    he agreed.  That was the only place that Mike Bousa or Doctor

12    Chatterjee testified they did it, and that was where Yevgenia

13    Gorovodsky got her EMG test by Doctor Chatterjee, was at that

14    location.  He never did one at Broadway Physical Therapy and

15    nobody ever said he did.

16          Mr. Shapiro suggested to you that the only amount of

17    money Mr. Yelaun got paid were those four checks, but there was

18    no testimony about that.  In fact, there was testimony that Mr.

19    Yelaun's car lease was paid by Global Tech, that his law school

11:54 20    tuition was paid by Global Tech.  And you know that even in

21    April, 2001, he believed he was owed $170,000 from Igor

22    Moyseyev.  So you know that he didn't think that he was getting

23    $4,000 out of this.  He got a lot more and he expected to get

24    more, and he believed he was owed more.

25          Doctor Chatterjee and Doctor Montoni both did commit

1    crimes.  No question about it.  They're guilty of those crimes

2    and they admitted it.  You don't have to like them.  They're

3    not here because they are supposed to be your friends, and

4    they're certainly not friends of the government.  They're here

5    because they worked for Mr. Yelaun, and the government has to

6    call the people who work for Mr. Yelaun.

7         And those people, because they're charged with crimes,

8    have a right to remain silent, a right not to talk.  So the

9    government has a choice.  If it wants you to hear what they

11:54 10   have to say, it has to let them know that nothing they say is

11   going to be used against them; otherwise, they have no motive

12   to talk.

13        But in order for you to have the full picture of what

14   happened there, you need to hear from the people who were

15   there.  And so you needed to hear from Doctor Chatterjee and

16   Doctor Montoni, and that's why you heard that they had these

17   cooperation agreements.  But they didn't get off without any

18   punishment for their crimes.  Both of them -- Doctor Montoni is

19   digging clams now, and he may go to jail.  Doctor Chatterjee

11:54 20   lost his medical license and paid hundreds of thousands of

21   dollars in restitution.

22        All -- and they told you their understanding of their

23   agreement, which was that they had to tell the truth, not what

24   the government wanted to hear but the truth.  In fact, they

25   told that you if they don't tell the truth they could get in

1    big trouble.  That's what they expect.  No matter what Mr.

2    Shapiro suggests to you, what the plea agreements say and what

3    you'll see when you look at them back in the jury room and what

4    they testified is their understanding, is that it's up to the

5    judge to determine if they told the truth and to give them

6    whatever sentence he deems appropriate.  That was true for

7    Doctor Chatterjee when he got sentenced, and it's true for

8    Doctor Montoni when he later gets sentenced in this case.

9         It's true that there's no videotape of Severin Yelaun

11:54 10    duplicating these reports.  They may have been duplicated on a

11    copy machine.  They may have just been spit out one report

12    after another from some machine with numbers changed.  It

13    really doesn't matter how they were duplicated.  You know they

14    were duplicated.

15         You've seen the documents.  You've seen the -- you've

16    heard the witnesses testify.  You know for sure that fraud was

17    committed.  Mr. Shapiro isn't insulting your intelligence by

18    suggesting to you that it wasn't.  But I would suggest to you

19    that it is an insult to your intelligence to suggest to you

11:54 20    that Mr. Yelaun was not part of it, that he didn't know about

21    it, that he was just a victim of circumstances.  Everybody

22    around him was a criminal.  He was surrounded by guilty

23    parties.  He's the only innocent man being taken advantage of.

24         You know that's not the case.  The opposite is true.

25    He ran the show.  He did the billing.  He created these

1    companies.  He hired the workers.  He scheduled the doctors.

2    And he's the one who prepared all of these reports to be

3    billed.  He did it at Global Tech, and then he did it at Lynn

4    Diagnostics.

5           The evidence proves that he's guilty, and I ask you to

6    go back into the jury room and return verdicts of guilty.

7    Thank you.

8    .  .  .  END OF EXCERPT.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      C E R T I F I C A T E

2

3

4          I, Cheryl Dahlstrom, RMR, and Official Reporter of the

5    United States District Court, do hereby certify that the

6    foregoing transcript excerpt, from Page 9-1 to Page 9-88,

7    constitutes, to the best of my skill and ability, a true and

8    accurate transcription of my stenotype notes taken in the

9    matter of Criminal Action No. 05-10010, United States of

10   America vs. Severin Yelaun.

11

12

13

14

15

16                          /s/ Cheryl Dahlstrom

17                          Cheryl Dahlstrom, RMR

18                          Official Court Reporter

19

20

21

22

23

24

25