# United States Court of Appeals
## For the First Circuit

No. 07-1651

UNITED STATES OF AMERICA,

Appellee,

v.

SEVERIN YELAUN,

Defendant, Appellant.

**JUDGMENT**

Entered: August 27, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Severin Yelaun are affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Quinlivan, Ms. Garin, Mr. Weinreb, Mr. Sternberg, Ms. Chaitowitz, Mr. Shapiro, Mr. Wiesner, Mr. Auerhahn & Mr. Curhan.